IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLAYTON MCCRAY;** | : |
| **Plaintiff,** | : Case No. 2:22-cv-00493-KT |
| v. | : |
| **ALLEGHENY COUNTY; DONALD STECHSHULTE, Medical Director; NANCY PARK; JENNIFER KELLY; LAURA WILLIAMS, Chief Deputy Warden of Healthcare Services** | : ELECTRONICALLY FILED |
| | : JURY TRIAL DEMANDED |
| **Defendants.** | : |

## ORDER

**AND NOW**, this 12th day of November, 2024, upon consideration of the foregoing, the parties' Joint Motion to Amend Case Management Order is **GRANTED**. The following deadline are hereby set for expert discovery and summary judgment:

- January 7, 2025: production of Plaintiff's expert report(s);

- February 21, 2025: production of Defendants' expert report(s);

- March 14, 2025: production of Plaintiff's rebuttal expert report(s);

- May 13, 2025: completion of expert depositions;

- July 14, 2025: summary judgment motions due;

- August 14, 2025: response to summary judgment motions due;

- August 28, 2025: reply briefs in support of summary judgment motions due.

BY THE COURT:

s/Kezia O. L. Taylor
KEZIA O. L. TAYLOR
United States Magistrate Judge