IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLAYTON McCRAY, | Civil Action No. |
| | 2:22-cv493-KT |
| Plaintiff, | |
| | The Honorable Kezia O. Taylor |
| v. | |
| | **A Jury Trial is Demanded**. |
| ALLEGHENY COUNTY, et al | |
| Defendants. | |

**Allegheny County's Appendix**

Appendix – Exhibit List

| Exhibit | Document Title | Page Number |
|---|---|---|
| 1 | McCray v. Allegheny County – Dr. Joshua Expert Report- Signed | 1 |
| 2 | Expert Report of Dr. Meagher – February 28, 2025 – Signed | 14 |
| 3 | Complaints Binder | 32 |
| 4 | Progress Notes from ACJ Medical | 48 |
| 5 | May 2020 K2 Smoking – Misconduct – May 28, 2020 | 167 |
| 6 | October 17, 2019 – K2 Misconduct | 168 |
| 7 | Major Incident – Contraband – Controlled Substances – May 28, 2020 | 169 |
| 8 | Cane Incident | 180 |
| 9 | McCray Misconducts | 181 |
| 10 | Complaint Officer's Finding Form | 191 |
| 11 | Segregation Notes | 193 |
| 12 | DeHonney Criminal History | 269 |
| 13 | Intentionally Omitted | - |
| 14 | June 29, 2020 – Incident Report | 273 |
| 15 | Pages from Laura Williams Transcript | 280 |
| 16 | Pages from Donald Stechshutle Transcript | 293 |
| 17 | Cane Pages | 302 |
| 18 | Beasom RHU Pages | 305 |
| 19 | McCray Medical Records – Wound care while in RHU | 318 |
| 20 | Criminal Summary – Isaiah Bickman | 325 |
| 21 | Criminal Summary – Jason Porter | 327 |
| 22 | Medical Clearance Emails from 5B to 8E | 329 |
| 23 | September 2019 – Booking Card | 335 |
| 24 | Wound Care Refusals | 337 |