# EXHIBIT 3

McCray Inmate Complaints

Table of Contents

| Bates Number | Type of Complaint |
|---|---|
| 1. AC -002166 | Wound Care |
| 2. AC -002168 | Wound Care |
| 3. AC -002169 | Commissary |
| 4. AC -002171 | Wound Care & Dirty Cell |
| 5. AC -002173 | Wound Care |
| 6. AC -002175 | Wound Care |
| 7. AC -002177 | Wound Care & AFO Brace |
| 8. AC -002181 | Wound Care |
| 9. AC -002183 | Wound Care |
| 10. AC -002185 | Wound Care |
| 11. AC -002187 | Wound Care |
| 12 AC -002189 | Wound Care |
| 13. AC -002191 | Complaint about a Correctional Officer. |
| 14. AC -002193 | Mental Health |

# Allegheny County Bureau of Corrections Inmate Complaint/Appeal Form

**Complaint or Appeal #** _____ (Staff Only)    **Sub-category Code:** _____ (Staff Only)    **Released:** _____ (Staff Only)

**To: Grievance Officer**

Date of Complaint: 10-9-19

Inmate Name: Clayton L. McCray (Print Legibly)

DOC #: 16949

Pod: 3F    Cell #: 116

**Complaint Shift (check one shift)**

7x3 _____    3x11 ✓    11x7 _____

**Complaint Category** (circle one category OR write the complaint # decision you are appealing)

| Inmate Account | Food Service | Mailroom | Maintenance | Records |
| Mental Health | (Medical) | Staff Conduct | Jail Procedure | Property |

Other: _____ (print)    Appealing Complaint # _____

**Inmate Instructions:** Complete the above sections then briefly state your complaint or reason for appealing a complaint decision below on one form only. Sign your name at the bottom of this form then place the white copy in the housing unit complaint box located at the Officer's desk. **Matters dealing with institutional disciplinary procedures will be dealt with by the Program Review Committee (P.R.C.) and cannot be grieved. Inappropriately filed complaints or a submission that concerns a non-grievance issue will be returned to you and not processed. This includes but is not limited to** submissions on multiple forms, checking more than one shift, circling more than one category, not printing your name legibly, not signing your name, filing an appeal before your complaint has been answered, and/or filing an appeal five or more days after a decision was rendered. If you are appealing a complaint decision you must submit your original pink copies of your Inmate Complaint Form and the Complaint Findings Form that you were given.

**Inmate Complaint OR Reason for Appeal** (Print Legibly)

I have a ulcer on my Right heel that is supposed to get changed daily. On 10-7-19 I had my pod officer call after I got out of the shower, the pod officer said there was a pregnant woman in medical they'll call back when done. It was now the next shift, I asked this pod officer he said they'll see me in the morning. I was asking every shift officer for 2 days and received no help from the medical department. I'm hoping this issue can be addressed so I won't catch an infection. I highly appreciate your time and effort.

Inmate Signature: Clayton L. McCray

White: Staff Copy    Pink: Inmate Copy

Today's Date: 10-9-19

AC_CM_000333

## Allegheny County Bureau of Corrections Inmate Complaint/Appeal Form

**Complaint or Appeal #** _____ (Staff Only)   **Sub-category Code:** _____ (Staff Only)   **Released:** _____ (Staff Only)

**To: Grievance Officer**

Date of Complaint: 10-21-19

Inmate Name: Clayton L. McCray    (Print Legibly)

DOC #: 169149

Pod: 1C    Cell #: 223

**Complaint Shift** (check *one* shift)

7x3 _____    3x11 ✓    11x7 _____

**Complaint Category** (circle *one* category OR write the complaint # decision you are appealing)

Inmate Account    Food Service    Mailroom    Maintenance    Records
Mental Health    (Medical)    Staff Conduct    Jail Procedure    Property
Other: _____ (print)    Appealing Complaint # _____

**Inmate Instructions:** Complete the above sections then briefly state your complaint or reason for appealing a complaint decision below on one form only. Sign your name at the bottom of this form then place the white copy in the housing unit complaint box located at the Officer's desk. Matters dealing with institutional disciplinary procedures will be dealt with by the Program Review Committee (P.R.C.) and cannot be grieved. Inappropriately filed complaints or a submission that concerns a non-grievance issue will be returned to you and not processed. This includes but is not limited to submissions on multiple forms, checking more than one shift, circling more than one category, not printing your name legibly, not signing your name, filing an appeal before your complaint has been answered, and/or filing an appeal five or more days after a decision was rendered. If you are appealing a complaint decision you must submit your original pink copies of your Inmate Complaint Form and the Complaint Findings Form that you were given.

**Inmate Complaint OR Reason for Appeal** (Print Legibly)

I am writing a grievance due to the fact I am being neglected medical treatment. I am ordered to get a dressing change daily for my ulcer I have on my right foot. Medical staff missed 2 days without changing my dressing, 10-18-19 and 10-19-19. This has been an ongoing thing since I've been in the Allegheny County Jail. I have filed a previous complaint on 10-9-19 about the same issue and have yet received a response. I'm hoping that I can get some relief by medical staff changing my bandage as ordered before I catch an infection.

Inmate Signature: Clayton L. McCray    Today's Date: 10-21-19

White: Staff Copy    Pink: Inmate Copy

AC_CM_00354

# Allegheny County Bureau of Corrections Inmate Complaint/Appeal Form

Complaint or Appeal # _____ (Staff Only)   Sub-category Code: _____ (Staff Only)   Released: _____ (Staff Only)

**To: Grievance Officer**

Date of Complaint: 10-29-19

Inmate Name: Clayton L. McCray (Print Legibly)

DOC #: 169149

Pod: 123   Cell #: 6F

**Complaint Shift (check one shift)**

7x3 ✓   3x11 ___   11x7 ___

**Complaint Category** (circle one category OR write the complaint # decision you are appealing)

Inmate Account   Food Service   Mailroom   Maintenance   Records
Mental Health   Medical   Staff Conduct   Jail Procedure   Property
Other: Commissary (print)   Appealing Complaint # _____

**Inmate Instructions:** Complete the above sections then briefly state your complaint or reason for appealing a complaint decision below on one form only. Sign your name at the bottom of this form then place the white copy in the housing unit complaint box located at the Officer's desk. Matters dealing with institutional disciplinary procedures will be dealt with by the Program Review Committee (P.R.C.) and cannot be grieved. Inappropriately filed complaints or a submission that concerns a non-grievance issue will be returned to you and not processed. This includes but is not limited to submissions on multiple forms, checking more than one shift, circling more than one category, not printing your name legibly, not signing your name, filing an appeal before your complaint has been answered, and/or filing an appeal five or more days after a decision was rendered. If you are appealing a complaint decision you must submit your original pink copies of your Inmate Complaint Form and the Complaint Findings Form that you were given.

**Inmate Complaint OR Reason for Appeal** (Print Legibly)

I had officer call Commissary to see if my $128 order was still there from me ordering 2 weeks ago on 3F. The Commissary department said he will be up to discuss the issue, which never did. I'm hoping that my family's hard earned money be returned on my account of receiving my order from 2 weeks ago. Highly Appreciate your time & effort.

Inmate Signature: Clayton L. McCray   Today's Date: 10-29-19

White: Staff Copy   Pink: Inmate Copy

AC_CM_000339

# Allegheny County Bureau of Corrections Inmate Complaint/Appeal Form

Complaint or Appeal # _____ (Staff Only)   Sub-category Code: _____ (Staff Only)   Released: _____ (Staff Only)

**To: Grievance Officer**

Date of Complaint: 12-18-19

Inmate Name: Clayton L. McCray   (Print Legibly)

DOC #: 169149

Pod: 6E   Cell #: 128

**Complaint Shift (check one shift)**

7x3 ✓   3x11 ____   11x7 ____

**Complaint Category** (circle one category OR write the complaint # decision you are appealing)

Inmate Account    Food Service    Mailroom    Maintenance    Records
Mental Health    (Medical)    Staff Conduct    Jail Procedure    Property
Other: _____ (print)    Appealing Complaint # _____

**Inmate Instructions:** Complete the above sections then briefly state your complaint or reason for appealing a complaint decision below on one form only. Sign your name at the bottom of this form then place the white copy in the housing unit complaint box located at the Officer's desk. Matters dealing with institutional disciplinary procedures will be dealt with by the Program Review Committee (P.R.C.) and cannot be grieved. Inappropriately filed complaints or a submission that concerns a non-grievance issue will be returned to you and not processed. This includes but is not limited to submissions on multiple forms, checking more than one shift, circling more than one category, not printing your name legibly, not signing your name, filing an appeal before your complaint has been answered, and/or filing an appeal five or more days after a decision was rendered. If you are appealing a complaint decision you must submit your original pink copies of your Inmate Complaint Form and the Complaint Findings Form that you were given.

**Inmate Complaint OR Reason for Appeal** (Print Legibly)

I am ordered to have my dressing change for my foot ulcer daily. This has been an ongoing problem, since I been in the Allegheny County Jail. I had officer Demis call medical department on 12.14.19 and officer Demis said medical said there busy they'll get to me when they can. I never received treatment on this day. I had officer Finney call for me 12.15.19 and it was the same response, we'll get to him when we can. I've filed previous grievances about the same issue and one of my grievances got approved but there is no change. I'm already living in a filthy enviorment to where as I can catch an infection easy, due to being neglected for treatment by the Allegheny Medical Dept. I've stressed this issue to numerous medical staff and Correctional Officers about me being neglected for treatment while I have a open wound. I'm hoping that this grievance help me so I can be treated daily. If not Im left no choice but to file a civil lawsuit.

Inmate Signature: Clayton L. McCray   Today's Date: 12.18.19

White: Staff Copy    Pink: Inmate Copy

AC_CM_000336

## Allegheny County Bureau of Corrections Inmate Complaint/Appeal Form

Complaint or Appeal # _____ (Staff Only)   Sub-category Code: _____ (Staff Only)   Released: _____ (Staff Only)

**To: Grievance Officer**

Date of Complaint: 2·15·20

Inmate Name: Clayton L. McCray   (Print Legibly)

DOC #: 169149

Pod: 2D    Cell #: 101

**Complaint Shift** (check *one* shift)

7x3 _____   3x11 ✓   11x7 _____

**Complaint Category** (circle *one* category OR write the complaint # decision you are appealing)

| Inmate Account | Food Service | Mailroom | Maintenance | Records |
| Mental Health | (Medical) | Staff Conduct | Jail Procedure | Property |

Other: _____ (print)   Appealing Complaint # _____

**Inmate Instructions:** Complete the above sections then briefly state your complaint or reason for appealing a complaint decision below on one form only. Sign your name at the bottom of this form then place the white copy in the housing unit complaint box located at the Officer's desk. Matters dealing with institutional disciplinary procedures will be dealt with by the Program Review Committee (P.R.C.) and cannot be grieved. Inappropriately filed complaints or a submission that concerns a non-grievance issue will be returned to you and not processed. This includes but is not limited to submissions on multiple forms, checking more than one shift, circling more than one category, not printing your name legibly, not signing your name, filing an appeal before your complaint has been answered, and/or filing an appeal five or more days after a decision was rendered. If you are appealing a complaint decision you must submit your original pink copies of your Inmate Complaint Form and the Complaint Findings Form that you were given.

**Inmate Complaint OR Reason for Appeal** (Print Legibly)

I am writing this grievance due to the fact I've been cut off for my daily dressing change for a reason I was unaware of. So I was given supplies to do it myself. Since I've been doing it myself I've noticed my wound getting worse. On 2·12·20 a 3x11 shift nurse brought me supplies to change my dressing. I then let her know I've put in a sick call and also let her know it was getting worse. I was then sent to 5B where I seen 2 male nurses. I let them know it was getting worse and the one nurse said he agree to put me back on the list for daily dressing to keep a good look on it. The next 2 days luckily I still had left over supplies because no one called for me. Today I had my C.O. call up the nurse said they will call me when they get a chance then later that night stated they were too busy. I've had an appointment approved to go to a outside hospital · follow-up which never happened and been approved over a month. This has become very frustrating dealing with these incompetent medical staff here at ACJ. I've wrote numerous grievances that's been approved but yet dealing with the same results.

Inmate Signature: Clayton L. McCray    Today's Date: 2·15·20

White: Staff Copy    Pink: Inmate Copy

AC_CM_00037

# Allegheny County Bureau of Corrections Inmate Complaint/Appeal Form

Complaint or Appeal # _____ (Staff Only)   Sub-category Code: _____ (Staff Only)   Released: _____ (Staff Only)

To: Grievance Officer

Date of Complaint: 3-17-20
Inmate Name: Clayton L. McCray    (Print Legibly)
DOC #: 169149
Pod: 3B    Cell #: 119

Complaint Shift (check *one* shift)

7x3 _____    3x11 ✓    11x7 _____

Complaint Category (circle *one* category OR write the complaint # decision you are appealing)

Inmate Account    Food Service    Mailroom    Maintenance    Records
Mental Health    (Medical)    Staff Conduct    Jail Procedure    Property
Other: _____ (print)    Appealing Complaint # _____

**Inmate Instructions:** Complete the above sections then briefly state your complaint or reason for appealing a complaint decision below on one form only. Sign your name at the bottom of this form then place the white copy in the housing unit complaint box located at the Officer's desk. Matters dealing with institutional disciplinary procedures will be dealt with by the Program Review Committee (P.R.C.) and cannot be grieved. Inappropriately filed complaints or a submission that concerns a non-grievance issue will be returned to you and not processed. This includes but is not limited to submissions on multiple forms, checking more than one shift, circling more than one category, not printing your name legibly, not signing your name, filing an appeal before your complaint has been answered, and/or filing an appeal five or more days after a decision was rendered. If you are appealing a complaint decision you must submit your original pink copies of your Inmate Complaint Form and the Complaint Findings Form that you were given.

**Inmate Complaint OR Reason for Appeal** (Print Legibly)

Basically it's been 2 days now of my ulcer wound not being changed. C.O Englert supposedly called 3/16/20 3x11 shift, he never gave me a response to what happened. The next morning I noticed my foot was bleeding. I let the 7x3 C.O working know he said he called and they'll get me the next shift. This occurred around 8:00 A.M. So I waited til next shift I then informed him CO Englert once informed he once again didn't let me know what happened if he called or anything. So I hit my emergency button to see if he can call medical he replied "I'm on there schedule, I'm on there's, if I hit my button again he's gone to ignore me." I'm hoping that these issues can be properly established so I'm able to receive proper prescribed medical treatment. And also not facing cruel & unusual punishment for whatever reason from staff for trying to get a medical issue handled. Thank you for your time and effort.

Inmate Signature: Clayton L McCray    Today's Date: 3-17-20
White: Staff Copy    Pink: Inmate Copy    AC_CM_000338

## Allegheny County Bureau of Corrections Inmate Complaint/Appeal Form

**Complaint or Appeal #** _____ (Staff Only)    **Sub-category Code:** ____ (Staff Only)    **Released:** ____ (Staff Only)

**To: Grievance Officer**

Date of Complaint: 3-26-20

Inmate Name: Clayton L. McCray (Print Legibly)

DOC #: 169149

Pod: 8E    Cell #: 120

**Complaint Shift (check one shift)**

7x3 ✓    3x11 ___    11x7 ___

**Complaint Category** (circle one category OR write the complaint # decision you are appealing)

Inmate Account    Food Service    Mailroom    Maintenance    Records
Mental Health    (Medical)    Staff Conduct    Jail Procedure    Property
Other: _____ (print)    Appealing Complaint # _____

**Inmate Instructions:** Complete the above sections then briefly state your complaint or reason for appealing a complaint decision below on one form only. Sign your name at the bottom of this form then place the white copy in the housing unit complaint box located at the Officer's desk. Matters dealing with institutional disciplinary procedures will be dealt with by the Program Review Committee (P.R.C.) and cannot be grieved. Inappropriately filed complaints or a submission that concerns a non-grievance issue will be returned to you and not processed. This includes but is not limited to submissions on multiple forms, checking more than one shift, circling more than one category, not printing your name legibly, not signing your name, filing an appeal before your complaint has been answered, and/or filing an appeal five or more days after a decision was rendered. If you are appealing a complaint decision you must submit your original pink copies of your Inmate Complaint Form and the Complaint Findings Form that you were given.

**Inmate Complaint OR Reason for Appeal** (Print Legibly)

I am writing this complaint due to the fact that I am being neglected over and over again by the ACJ medical department. Due to the fact I have a ulcer (hole) on the bottom of my right foot that is ordered to be changed daily. This has been an ongoing problem to whereas I've caught numerous infections for not being properly treated. Now Im housed in the RHU for however long where Im not able to wash my wound daily before my dressing change, wearing hard sandals instead of shoes with ordered insoles for my wound and my AFO brace. I spoke with P.A Sarah Kielek about these issues 3/26/20 letting her know this is very unsanitary for me due to there being dried up blood all over my floor. That no nurse came to change my wound on 3/25 and 3/26. It's going to be difficult for me to be treated on the daily basis in the RHU for numerous reasons and also for my wound to properly heel without proper medical treatment. I am requesting to be housed in the medical housing unit until my wound is healed. Also spoke with Warden Harper about these continuous issues. 3/27/20

Inmate Signature: Clayton L McCray

Today's Date: 3-27-20

White: Staff Copy    Pink: Inmate Copy    AC_CM_000339

## Allegheny County Bureau of Corrections Inmate Complaint/Appeal Form

**Complaint or Appeal #** _____ (Staff Only)    **Sub-category Code:** _____ (Staff Only)    **Released:** _____ (Staff Only)

**To: Grievance Officer**

**Date of Complaint:** 3-31-20

**Inmate Name:** Clayton L. McCray  (Print Legibly)

**DOC #:** 169149

**Pod:** 8E    **Cell #:** 120

**Complaint Shift (check one shift)**

7x3 ✓    3x11 ____    11x7 ____

**Complaint Category** (circle one category OR write the complaint # decision you are appealing)

- Inmate Account
- Food Service
- Mailroom
- Maintenance
- Records
- Mental Health
- (Medical) ← circled
- Staff Conduct
- Jail Procedure
- Property
- Other: _____ (print)

**Appealing Complaint #** _____

**Inmate Instructions:** Complete the above sections then briefly state your complaint or reason for appealing a complaint decision below on one form only. Sign your name at the bottom of this form then place the white copy in the housing unit complaint box located at the Officer's desk. Matters dealing with institutional disciplinary procedures will be dealt with by the Program Review Committee (P.R.C.) and cannot be grieved. Inappropriately filed complaints or a submission that concerns a non-grievance issue will be returned to you and not processed. This includes but is not limited to submissions on multiple forms, checking more than one shift, circling more than one category, not printing your name legibly, not signing your name, filing an appeal before your complaint has been answered, and/or filing an appeal five or more days after a decision was rendered. If you are appealing a complaint decision you must submit your original pink copies of your Inmate Complaint Form and the Complaint Findings Form that you were given.

**Inmate Complaint OR Reason for Appeal** (Print Legibly)

I've exhausted all remedies, I've put numerous complaints in about the same issue and seem to receive the same results. I caught numerous infections, my wound has gotten worse. My leg is now swollen, I've been in extreme pain all of a sudden. I've been through sick call processes, I've seen P.A.'s, DR's, Capt's and other staff who are aware of the incompetent medical staff. This has become very frustrating. I am living in a filthy housing unit with a cell that has yet to be cleaned. Due to all the above I am being neglected proper medical treatment. This is cruel and unusual punishment. Now I am left with no choice but to get my family and civil attorney involved. I've tried everything and received the same results. Was not seen at all 3/30 nor 3/31/20.

**Inmate Signature:** Clayton L. McCray

**Today's Date:** 3-31-20

White: Staff Copy    Pink: Inmate Copy

AC_CM_000470

## Allegheny County Bureau of Corrections Inmate Complaint/Appeal Form

Complaint or Appeal # _____ (Staff Only)   Sub-category Code: _____ (Staff Only)   Released: _____ (Staff Only)

**To: Grievance Officer**

Date of Complaint: 3-31-20

Inmate Name: Clayton L. McCray   (Print Legibly)

DOC #: 169149

Pod: 3E   Cell #: 106

**Complaint Shift (check _one_ shift)**

7x3 ✓   3x11 ____   11x7 ____

**Complaint Category** (circle _one_ category OR write the complaint # decision you are appealing)

Inmate Account   Food Service   Mailroom   Maintenance   Records
Mental Health   (Medical)   Staff Conduct   Jail Procedure   Property
Other: _____ (print)   Appealing Complaint # 16925/16926

**Inmate Instructions:** Complete the above sections then briefly state your complaint or reason for appealing a complaint decision below on one form only. Sign your name at the bottom of this form then place the white copy in the housing unit complaint box located at the Officer's desk. Matters dealing with institutional disciplinary procedures will be dealt with by the Program Review Committee (P.R.C.) and cannot be grieved. Inappropriately filed complaints or a submission that concerns a non-grievance issue will be returned to you and not processed. This includes but is not limited to submissions on multiple forms, checking more than one shift, circling more than one category, not printing your name legibly, not signing your name, filing an appeal before your complaint has been answered, and/or filing an appeal five or more days after a decision was rendered. If you are appealing a complaint decision you must submit your original pink copies of your Inmate Complaint Form and the Complaint Findings Form that you were given.

**Inmate Complaint OR Reason for Appeal** (Print Legibly)

I am appealing this complaint due to the fact if the medical records or the log book on 8E is checked it will show that I did not receive wound care on these dates. Nichole Froehlich is going as far to make up a lie about me receiving wound care when I wasn't. Instead of taking accountability and try to fix the problem she's lying and once again the proof is in the log book and should be in the medical records. This is causing me stress due to the fact I am not able to do daily activities and limited activities. I've also fell in my cell from being in severe pain from my wound. I'm very depressed due to me trying to get the proper treatment from the medical department and ending with the same results. I'm seeking money compensation for all my issues stated above $1,000,000. I'm asking that camera footage be held on 8E on 3/30 and 3/31/20 to show that I never received wound care.

Inmate Signature: Clayton L. McCray   Today's Date: 4.19.20

White: Staff Copy   Pink: Inmate Copy

AC_CM_000411

# Allegheny County Bureau of Corrections Inmate Complaint/Appeal Form

Complaint or Appeal # _____ (Staff Only)    Sub-category Code: _____ (Staff Only)    Released: _____ (Staff Only)

To: Grievance Officer

Date of Complaint: 5.31.20

Inmate Name: Clayton L. McCray (Print Legibly)

DOC #: 169149

Pod: 8E    Cell #: 103

**Complaint Shift** (check *one* shift)

7x3 ____    3x11 ✓    11x7 ____

**Complaint Category** (circle *one* category OR write the complaint # decision you are appealing)

- Inmate Account
- Food Service
- Mailroom
- Maintenance
- Records
- Mental Health
- (Medical) ← circled
- Staff Conduct
- Jail Procedure
- Property
- Other: _____ (print)
- Appealing Complaint # _____

**Inmate Instructions:** Complete the above sections then briefly state your complaint or reason for appealing a complaint decision below on one form only. Sign your name at the bottom of this form then place the white copy in the housing unit complaint box located at the Officer's desk. Matters dealing with institutional disciplinary procedures will be dealt with by the Program Review Committee (P.R.C.) and cannot be grieved. Inappropriately filed complaints or a submission that concerns a non-grievance issue will be returned to you and not processed. This includes but is not limited to submissions on multiple forms, checking more than one shift, circling more than one category, not printing your name legibly, not signing your name, filing an appeal before your complaint has been answered, and/or filing an appeal five or more days after a decision was rendered. If you are appealing a complaint decision you must submit your original pink copies of your Inmate Complaint Form and the Complaint Findings Form that you were given.

**Inmate Complaint OR Reason for Appeal** (Print Legibly)

I came to the RHU from 5B on 5-29-20. I'm supposed to receive daily wound care, but I did not the morning I was on 5B nor that day on 8E, nor the next day 5-30-20 on 8E. On 6-1-20 during night pill line Holly came and I let her know that I haven't had my foot done in the last 2 days. She came back with supplies for me to do it myself. I let her know this cell I'm in is filthy, she replied well I did my best, and I still have meds to pass. So I was forced to do it myself without any gloves. Also the day I came here 8E 5-29-20 I was prescribed a pro-antibiotic/whatever, and I asked why. The nurse replied it's to make sure you don't get an infection. So I took it and I instantly got sick sweating and throwing up. Due to the RHU not having grievances this is the reason for the delay. Please save camera footage. I appreciate your time to investigate and stop this ongoing treatment. I'm being neglected.

Inmate Signature: Clayton L McCray    Today's Date: 6.9.20

White: Staff Copy    Pink: Inmate Copy

AC_CM_000489

# Allegheny County Bureau of Corrections Inmate Complaint/Appeal Form

Complaint or Appeal # _____ (Staff Only)    Sub-category Code: _____ (Staff Only)    Released: _____ (Staff Only)

**To: Grievance Officer**

Date of Complaint: 6-1-20
Inmate Name: Clayton L. McCray    (Print Legibly)
DOC #: 169149
Pod: 8E    Cell #: 103

**Complaint Shift (check one shift)**

7x3 ✓    3x11 _____    11x7 _____

**Complaint Category** (circle one category OR write the complaint # decision you are appealing)

- Inmate Account
- Food Service
- Mailroom
- Maintenance
- Records
- Mental Health
- (Medical) ← circled
- Staff Conduct
- Jail Procedure
- Property
- Other: _____ (print)
- Appealing Complaint # _____

**Inmate Instructions:** Complete the above sections then briefly state your complaint or reason for appealing a complaint decision below on one form only. Sign your name at the bottom of this form then place the white copy in the housing unit complaint box located at the Officer's desk. Matters dealing with institutional disciplinary procedures will be dealt with by the Program Review Committee (P.R.C.) and cannot be grieved. Inappropriately filed complaints or a submission that concerns a non-grievance issue will be returned to you and not processed. This includes but is not limited to submissions on multiple forms, checking more than one shift, circling more than one category, not printing your name legibly, not signing your name, filing an appeal before your complaint has been answered, and/or filing an appeal five or more days after a decision was rendered. If you are appealing a complaint decision you must submit your original pink copies of your Inmate Complaint Form and the Complaint Findings Form that you were given.

**Inmate Complaint OR Reason for Appeal** (Print Legibly)

I seen Dr. S and Dr. Parks today for my wound care I let them know about me not receiving any wound care the last 3 days, I feel like I have a fever, my cell conditions that I've been throwing up, and most importantly my leg been extremely painful. Dr. Parks said nothing nor did Dr. S there main concern was getting me to sign a paper for a phone conference for tomorrow with a lady from AGH about my ulcer on my right heel. They did not address none of my issues at the time. I let Dr Parks know that I understand I am on a nice bit of pain meds and wouldn't like an increase rather I would like to be checked for infection. It's been over a week that neither of these Dr's tryed to get me checked. CRNP Jodi has tryed her best when I see her and speak of my issues. Now I'm receiving antibiotics for something that has not been checked. In my medical records it will show that I have reactions to different antibiotics. And now medical is just trying medications without properly checking me out. Never checked my vitals are anything.

Inmate Signature: Clayton L. McCray    Today's Date: 6-9-20

White: Staff Copy    Pink: Inmate Copy

AC_CM_000483

# Allegheny County Bureau of Corrections Inmate Complaint/Appeal Form

Complaint or Appeal # _____ (Staff Only)   Sub-category Code: _____ (Staff Only)   Released: _____ (Staff Only)

To: Grievance Officer

Date of Complaint: 6-18-20

Inmate Name: Clayton L. McCray (Print Legibly)

DOC #: 169149

Pod: 8E   Cell #: 103

**Complaint Shift (check one shift)**

7x3 ✓   3x11 ____   11x7 ____

**Complaint Category** (circle one category OR write the complaint # decision you are appealing)

- Inmate Account
- Food Service
- Mailroom
- Maintenance
- Records
- Mental Health
- (Medical) ← circled
- Staff Conduct
- Jail Procedure
- Property
- Other: _____ (print)
- Appealing Complaint # _____

**Inmate Instructions:** Complete the above sections then briefly state your complaint or reason for appealing a complaint decision below on one form only. Sign your name at the bottom of this form then place the white copy in the housing unit complaint box located at the Officer's desk. Matters dealing with institutional disciplinary procedures will be dealt with by the Program Review Committee (P.R.C.) and cannot be grieved. Inappropriately filed complaints or a submission that concerns a non-grievance issue will be returned to you and not processed. This includes but is not limited to submissions on multiple forms, checking more than one shift, circling more than one category, not printing your name legibly, not signing your name, filing an appeal before your complaint has been answered, and/or filing an appeal five or more days after a decision was rendered. If you are appealing a complaint decision you must submit your original pink copies of your Inmate Complaint Form and the Complaint Findings Form that you were given.

**Inmate Complaint OR Reason for Appeal** (Print Legibly)

I had a video conference with Dr. Taft from AGH 6-16-20 8:00am & Dr. Parks. We spoke about my pressure ulcer on my right heel. Dr. Taft's main concern was that medical change whatever there applying to my ulcer and 100% NO weight bearing. Dr. Parks said after the conf. that she would have a meeting with Dr. S because she felt the best thing for me would be housed in the Infirmary. 6-18-20 about 1:30pm Dr. Parks came to 8E to do my woundcare we spoke briefly about my plan for being released from the RHU which was suppose to happen 6-17-20. She said I've been denied to go to the Infirmary for treatment, instead you will be housed on a regular unit in a handicap cell. I let her know I don't think that's a good plan due to the fact I will have to stand in the shower. She said I agree. There are many other issues that can be raised to the reason why I need to be housed on a medical unit until I'm properly healed and ready for General Population. I'm hoping something can be resolved due to the fact I was just being housed in the Infirmary by Dr. Parks before coming to 8E. Dr. Parks said "we feel as though you need to be housed in the Inf. so we can keep a better eye on you. When I am on regular units I have proof of several past grievances of me being neglected woundcare. Due to everything stated above I'm hoping issues can be discussed and the right decision can be made.

Inmate Signature: Clayton L. McCray   Today's Date: 6-19-20

White: Staff Copy   Pink: Inmate Copy

AC_CM_000184

## Allegheny County Bureau of Corrections Inmate Complaint/Appeal Form

Complaint or Appeal # _____ (Staff Only)   Sub-category Code: _____ (Staff Only)   Released: _____ (Staff Only)

**To:** Grievance Officer

Date of Complaint: 6·19·20

Inmate Name: Clayton L. McCray   (Print Legibly)

DOC #: 169149

Pod: 3B   Cell #: 128

**Complaint Shift** (check one shift)

7x3 ____   3x11 ____   11x7 ✓

**Complaint Category** (circle one category OR write the complaint # decision you are appealing)

Inmate Account   Food Service   Mailroom   Maintenance   Records
Mental Health   (Medical)   Staff Conduct   Jail Procedure   Property
Other: _____ (print)   Appealing Complaint # _____

**Inmate Instructions:** Complete the above sections then briefly state your complaint or reason for appealing a complaint decision below on one form only. Sign your name at the bottom of this form then place the white copy in the housing unit complaint box located at the Officer's desk. Matters dealing with institutional disciplinary procedures will be dealt with by the Program Review Committee (P.R.C.) and cannot be grieved. Inappropriately filed complaints or a submission that concerns a non-grievance issue will be returned to you and not processed. This includes but is not limited to submissions on multiple forms, checking more than one shift, circling more than one category, not printing your name legibly, not signing your name, filing an appeal before your complaint has been answered, and/or filing an appeal five or more days after a decision was rendered. If you are appealing a complaint decision you must submit your original pink copies of your Inmate Complaint Form and the Complaint Findings Form that you were given.

**Inmate Complaint OR Reason for Appeal** (Print Legibly)

I spoke w/ PA Maria this morning while she was on 8E about me just getting out the shower with my wound open and not yet receiving wound care. She said "Yes we know you, we will be back up here today to do your wound care." I never received wound care up until past midnight on 3B cell 128. Due to the fact I got up to use the restroom and noticed blood stains on my floor and let C.O Kelly know to call medical to make them aware of the situation. I 100% believe was the only reason I received medical treatment (daily wound care). C.O Kelly seen the blood on my floor and after nurse Colette got done doing my wound care she cleaned the blood up for me. This is totally unacceptable and NO reason why I am not receiving my daily wound care, or having to be in bad situations like such to get treatment. I have nurses saying to me "I need to make sure I take care of it before I lose my foot. There is nothing I can do but hope and pray the medical dept. do what I need done. I am not allowed to walk upstairs to receive treatment everyday I have to wait until medical call.

Inmate Signature: Clayton L. McCray   Today's Date: 6·20·20

White: Staff Copy   Pink: Inmate Copy

AC_CM_000493

# Allegheny County Bureau of Corrections Inmate Complaint/Appeal Form

Complaint or Appeal # _____ (Staff Only)    Sub-category Code: ____ (Staff Only)    Released: ____ (Staff Only)

**To: Grievance Officer**
Date of Complaint: 9-27-20
Inmate Name: Clayton L. McCray    (Print Legibly)
DOC #: 169149
Pod: 5B    Cell #: M4

**Complaint Shift (check one shift)**
7x3 ✓    3x11 ___    11x7 ___

**Complaint Category** (circle one category OR write the complaint # decision you are appealing)

| Inmate Account | Food Service | Mailroom | Maintenance | Records |
| Mental Health | Medical | **(Staff Conduct)** | Jail Procedure | Property |
| Other: _____ (print) | | Appealing Complaint # _____ | | |

**Inmate Instructions:** Complete the above sections then briefly state your complaint or reason for appealing a complaint decision below on one form only. Sign your name at the bottom of this form then place the white copy in the housing unit complaint box located at the Officer's desk. Matters dealing with institutional disciplinary procedures will be dealt with by the Program Review Committee (P.R.C.) and cannot be grieved. Inappropriately filed complaints or a submission that concerns a non-grievance issue will be returned to you and not processed. This includes but is not limited to submissions on multiple forms, checking more than one shift, circling more than one category, not printing your name legibly, not signing your name, filing an appeal before your complaint has been answered, and/or filing an appeal five or more days after a decision was rendered. If you are appealing a complaint decision you must submit your original pink copies of your Inmate Complaint Form and the Complaint Findings Form that you were given.

**Inmate Complaint OR Reason for Appeal (Print Legibly)**

I am writing this complaint due to the fact C.O Wilson told C.O Major that I came out for my rec at 11 after 11. I let them know, rather I let C.O Major know I never came out of my cell. C.O Wilson then came over the box saying she witnessed me come out for 10 minutes then go back in my cell. She said she was gone to watch the kamera. At 11:00 AM to 12:00 pm I never stepped out my cell I hit my button to see if I can get my bandage changed & my door opened, I shut my door back immediately never leaving M4. Please check camera footage, because there was a incident the last time C.O Wilson worked this unit with a male officer stopping at my door saying I said "did you say I look like Janotti 10X bigger". I'm hoping this kan be prevented future reference. I highly appreciate your time and effort. And the C.O was Ingram who worked when she made that accusation.

Inmate Signature: Clayton L McCray    Today's Date: 9-27-20

White: Staff Copy    Pink: Inmate Copy    AC_CM_003496

## Allegheny County Bureau of Corrections Inmate Complaint/Appeal Form

Complaint or Appeal # _____ (Staff Only)   Sub-category Code: _____ (Staff Only)   Released: _____ (Staff Only)

To: Grievance Officer
Date of Complaint: 10·1·20
Inmate Name: Clayton L. McCray   (Print Legibly)
DOC #: 169149
Pod: 5B   Cell #: M4

Complaint Shift (check one shift)

7x3 _____   3x11 ✓   11x7 _____

Complaint Category (circle one category OR write the complaint # decision you are appealing)

| Inmate Account | Food Service | Mailroom | Maintenance | Records |
| (Mental Health) | Medical | (Staff Conduct) | Jail Procedure | Property |

Other: _____ (print)   Appealing Complaint # _____

Inmate Instructions: Complete the above sections then briefly state your complaint or reason for appealing a complaint decision below on one form only. Sign your name at the bottom of this form then place the white copy in the housing unit complaint box located at the Officer's desk. Matters dealing with institutional disciplinary procedures will be dealt with by the Program Review Committee (P.R.C.) and cannot be grieved. Inappropriately filed complaints or a submission that concerns a non-grievance issue will be returned to you and not processed. This includes but is not limited to submissions on multiple forms, checking more than one shift, circling more than one category, not printing your name legibly, not signing your name, filing an appeal before your complaint has been answered, and/or filing an appeal five or more days after a decision was rendered. If you are appealing a complaint decision you must submit your original pink copies of your Inmate Complaint Form and the Complaint Findings Form that you were given.

Inmate Complaint OR Reason for Appeal (Print Legibly)

I spoke with Mental health specialist Vincent around 4:15pm while in my cell (M4) I spoke to him briefly about my depression from just recently having a below the knee amputation. I spoke about mental health issues, while speaking he said the tablets will help out alot. I then let him know that we never received them yet. He left stating he's going to call a Capt. to see whats going on & he will be sending Michelle (MH) a email so she can see me in the a.m. When I came out for rec. around 4:20 C.O McClain said to me don't hit your button for mental health to talk to him about tablets. I let C.O McClain know I spoke to MH about what was going on with me. I then asked C.O McClain how does she know what was talked about with me and mental health. She said MH Vincent came in the bubble & said what we discussed. This is not obeying the HIPAA LAW. due to me having the right to confidentiality. Highly appreciate an thorough investigation due to this not being the first incident with MH Vincent!

Inmate Signature: Clayton L. McCray   Today's Date: 10·1·20

White: Staff Copy   Pink: Inmate Copy   AC_CM_003497