# EXHIBIT 4

inmate will need daily dressing change to foot is also asking for different shoes is not so much life, but anything but the flip flops. Walks with cane, has drop foot AND wound on foot, needs support.

---

Donald Stechschulte MD POSTED ON 5/31/2019 2:44:08 PM EDT                                      Type: MEDICAL MD/DO

I was asked to evaluate the patient in five B Sally port for a large right heel blister that has ulcerated it is approximately two and half by 3 cm and probably half a cm deep it is currently dry with no evidence of erythema or surrounding infection.

Will start a daily dressing changes preceded by a 20 to 30 min soak with warm water and 60 cc of Dakin solution mixed in with the basin containing the will water. Then we will dry it off and use Medihoney with a dry dressing and we will do this for two weeks.

Will also add in boost for two weeks to help the healing process

---

Ashley Malinowski Med Tech POSTED ON 7/6/2019 10:14:59 AM EDT                                  Type: MED TECH

Personal medications destroyed per policy due to release date

---

Sara McClung MA POSTED ON 9/3/2019 11:10:06 PM EDT                                             Type: MEDICAL ASSISTANT

IM came to 5B for wound care. IM states its not getting better, nor does it appear to be healing. He stated he would be going upstate this week. IM asked for new shoes. I stated we dont have access to items and that he would need to put in a request if he is still at this facility. He verbalized understanding.

---

Heather DeJohn MA POSTED ON 9/4/2019 8:50:13 PM EDT                                            Type: MEDICAL ASSISTANT

Called down for IM at 17:15 and was advised by the hall officer that he was the only officer in the hall and he curently had an attorney visit, I then asked him if he wanted to take down the multiple pods and names of all the IM i needed from floor 3 and we could work together to get them all up for wound care. He advised me he had to much going on that he would call back.

---

Sarah Kielek CRNP POSTED ON 9/6/2019 5:27:45 PM EDT                                            Type: NP NOTE

seen in treatment room during drsg change for chronic R heal wound with thicken hyperkeratotic skin. Stated acquired this from the boots he wears 'up state'. Size approx 4 x 5 cm with a central ulceration approx 5 mm deep. No s/s infection or erythema, no overt exudate.

Daily drsg changes, to allow to soak R foot 20-30 mins w/60cc dakins solution/water mix in basin.

Dry heel off and apply medihoney and dry drsg.

---

Jodi Lynch CRNP POSTED ON 9/7/2019 10:05:48 PM EDT                                             Type: NP NOTE

Patient seen in exam room of 5B for c/o wound on L foot getting worse. Skin is hyperkeratotic and thick with ulcerated center that is void of exudate or signs of infection. Patient completed his soak and medihoney placed. Duoderm placed over dressing in attempt to provide a little cushion for area. Patient also reports a lump on R testicle that he just noticed this morning. R testicle is not painful, a small, round lump that is moveable inside scrotum and does not appear to be attached to testicle is noted. US ordered through tristate. No pain or swelling in either testicle. Patient advised to alert medical if he begins to have severe pain or fever. Boost ordered to aid in healing of foot. Patient released back to pod in stable condition.

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)                    048   AC_CM_000494

Maria Ivona Chrzastowska PA POSTED ON 9/14/2019 10:04:20 PM EDT                    Type: PA NOTE

Inm requested to be see while at Sallyport for wound care.

Reports progressive wound debris that do not get cleaned with soaks.

chronic complex  R heel wound w/o infection sxs

A/P:

- R heel neuropathic ulcer 2/2 GSW to spine w/associated R-sided weakness and numbness

  tylenol bid/baclofen

  wound care

  podiatry consult for debridement

---

Maria Ivona Chrzastowska PA POSTED ON 9/14/2019 10:07:06 PM EDT                    Type: PA NOTE

Ordered labs: cbc, cmp.

---

Reneelyn Corley RN POSTED ON 9/21/2019 4:31:02 AM EDT                    Type: NURSE

inmate released longer than 72 hrs, per policy personal meds destroyed

---

Alexandra Bieselt MA POSTED ON 9/24/2019 9:40:51 PM EDT                    Type: MEDICAL ASSISTANT

writer called pod 2x. inmate was a no show for treatment

---

Dzenita Turcinhodzic Physician Assistant POSTED ON 9/24/2019 11:24:48 PM EDT                    Type: PA NOTE

Patient on 5B for wound care. He requested to see provider even though Sarah Kielek CRNP spoke with him already this evening. He reports that his wound to right heel is getting worse and "smells." Patient reports having wound since December 2018. Patient has foot drop to right foot and ambulates with cane 2* to GSW to spine.

Requesting boost and for his podiatry appointment to be rescheduled. Apparently he left last Monday for SCI Fayette and returned yesterday and therefore his offsite appointment was cancelled. States at Fayette they did not soak his foot, just dry dressing changes with Medihoney.

On exam, right heel with thickened skin that is cracked with areas of hyperpigmentation, there is a dime sized opening to heel with no drainage, infection or odor noted. This is the first time I'm seeing this wound and unsure of what it looked like before. Reading previous notes by providers, it appears to be the same upon my exam.

Will continue wound care as ordered and reschedule podiatry appointment ASAP.

---

Esther Stanton PA POSTED ON 9/25/2019 9:36:39 PM EDT                    Type: PA NOTE

S: Inmate to sallyport due to wound in his left heel. He states the wound is worse and it is tender. He has had this wound for a while and most recently was treated with medihoney. He has been approved to see podiatry but this is not yet scheduled.

O: Wound to left heel with copious amounts of calloused skin and a large open area with a dime sized hole as described by the PA on 9/24/19

A/p Severe nonhealing wound with tenderness- rx Keflex and he will see podiatry.

---

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)                    AC_CM_000495

Elon Mwaura PA POSTED ON 9/29/2019 1:45:47 PM EDT                                          Type: PHYSICAL THERAPIST

Tenia pedis

clotrimazole ordered

follow-up p.r.n.

---

Patricia Brewer LPN POSTED ON 9/30/2019 10:28:17 PM EDT                                              Type: NURSE

Wound care completed by MA from previous shift.

---

Donald Stechschulte MD POSTED ON 10/1/2019 10:14:13 AM EDT                                     Type: MEDICAL MD/DO

Patient was seen in the Sally port while he was having a dressing change, he has a large neuropathic ulcer of his right heel area being treated conservatively with the Medihoney dressing changes and p.o. Clindamycin.  He is in line for a podiatry appointment for possible debridement and this has not been scheduled.

Now he is complaining of pain and discomfort we will alter his pain medicine and see if we can initiate a quicker appointment with Podiatry

---

Brandon Woodson MA POSTED ON 10/7/2019 4:28:16 PM EDT                                      Type: MEDICAL ASSISTANT

Called inmate for his dressing change. Inmate was never sent. Called back at 420pm to see if the inmate was being sent. Spoke with officer Cornell,; she stated "she would send him". CO Cornell called back and spoke with RN Laidley and stated" McCray is refusing his dressing change"

---

Donald Stechschulte MD POSTED ON 10/10/2019 9:29:31 AM EDT                                     Type: MEDICAL MD/DO

Patient was seen in the Sally port on 5B with a chief complaint of his foot and leg continue with significant pain.  T4 is have not helped amitriptyline has not helped Cymbalta has not helped the only thing that gives him partial relief his gabapentin.

An ad Hoc committee was called together with Dr. Park and myself and with the patient's history of a gunshot wound with footdrop and pressure ulcers of his calcaneus with a history of failing various medications it seems reasonable to restart his Neurontin

---

Curtis WIlson Med Tech POSTED ON 10/14/2019 5:06:28 PM EDT                                          Type: MED TECH

right testicle is hurting and in both legs

---

SOAP NOTE BY: Nancy Park MD POSTED ON 10/16/2019 2:39:56 PM EDT                               Type: MEDICAL MD/DO

**Subjective**

sally port

25M who is in the treatment room for wound care to right calcaneous ulcer

he asked that a provider also see him for pain right testicle area- present for about 6 months, waxes and wanes, possible lump in the area, perhaps more painful recently, NO discharge/dysuria/abd pain; no definite STD risk but he agrees to be screened

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
| --- | --- | --- | --- | --- | --- | --- | --- |

no acute distress

Abdomen- NT, no guarding, no pain or hernia bialteral inguinal areas

GU- no penile lesions, slightly prominent, mildly tender right epidymis otherwise normal right and left testicular exam, no scrotal masses

U/A negative

## Assessment

1. right calcaneal ulcer

continue daily wound care

podiatry followup 2 weeks

2. mild epidydimitis

he refuses antibiotic at this time

sample submitted for urine culture, chlamydia/GC

discuss results when available

clinic visit if not improving

## Plan

per above

---

Alexandra Bieselt MA POSTED ON 10/17/2019 9:44:39 PM EDT                                    Type: MEDICAL ASSISTANT

inmate rhu status. this writer went down to pod 3f to do dressing change.

---

JmsControllerSegregationRounds POSTED ON 10/17/2019 9:57:56 PM EDT                                    Type: GROUP NOTE

The patient was Admited to Segregation Rounds when moved to LEV1 PODC 226 L.

---

Colette Jones RN POSTED ON 10/20/2019 3:07:25 AM EDT                                    Type: NURSE

Inmate call to 5B medical asking for his dressing to be change because it had drainage coming from it.  Inmate choose to wait until late hours when staffing is used for emergency needs.  Inmate was given some saline on a 4x4 and  dry dressing to wrap his wound until it can be addressed in the morning.

---

Cheryl Hogan CMA POSTED ON 10/20/2019 9:12:43 AM EDT                                    Type: MEDICAL ASSISTANT

Right foot heel and Great toe wound.  Heel ulceration, small amount of drainage, area cleansed, dried, MediHoney applied with non stick telfa, 4x4 (3) for padding and secured with kerlix and coban.  Broken skin with drainage under Great toe, also appears swollen.  Laceration under Great toe cleansed and dried, Bacitracin, telfa, single 4x4 applied and secured with coban.  Will add to sick call list.

---

**MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)**          051   AC_CM_000497

Nancy Park MD POSTED ON 10/22/2019 9:42:39 AM EDT                                    Type: MEDICAL MD/DO

med seg

He is complaining of NO dressing change to right heel since moved to seg 1C on 10/17

Wound care provider advised and wound care will be provided today, it is ordered daily

No other concerns at this time

---

Christina Grunwald RN POSTED ON 10/22/2019 12:36:36 PM EDT                                Type: NURSE

Notified Pharmacy of no am supply of gabapentin. Stated "we will look into it".

---

Nancy Park MD POSTED ON 10/24/2019 9:42:30 AM EDT                                    Type: MEDICAL MD/DO

med seg

he had no complaints to address but officers state that he complains frequently that he does not get dressing changes and he writes complaints

I returned to 1C with MA later in AM and we changed his dressing.  While in the treatment room he stated that the dressing was changed yesterday.

The wound right calcaneous area is clean with no drainage, erythema, induration

There is a lot of thickened callous in the area surrounding the wound

right great toe with some exfoliating skin on the plantar surface but no signs of infection

The dressing was changed by the MA in the treatment room.

Wound care to be continued routinely as ordered.

Podiatry followup appt approved but not scheduled yet.

---

Lucy Miller LPN POSTED ON 10/24/2019 10:29:43 AM EDT                                   Type: MED TECH

i did not have am gaba can someone please check up on these meds

---

Susan Rhodes LPN POSTED ON 10/26/2019 12:30:16 PM EDT                                  Type: MED TECH

Gabapentin not available. Pharmacy notified.

---

Sarah Kielek CRNP POSTED ON 10/26/2019 2:30:38 PM EDT                                   Type: NP NOTE

seg rounds- c/o has gabapentin ordered BID nad has not been rcving am dose since he has been moved to 1c.

Spoke with Curtis from med room to locate medication card, stated he was unable to immediately find card and would contact KANE pharmacy.

---

JmsControllerSegregationRounds POSTED ON 10/26/2019 2:50:38 PM EDT                         Type: REMOVE FROM QUEUE

The patient was discharged from Segregation Rounds when moved out of LEV1 PODC 223 U.

---

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)        052   AC_CM_000498

Briana Bujanowski MA POSTED ON 10/30/2019 11:58:50 AM EDT                    Type: MEDICAL ASSISTANT

Called pod for patient to come for dressing change. Patient is at court.

Diane Hopkins MA POSTED ON 10/30/2019 9:14:16 PM EDT                    Type: MEDICAL ASSISTANT

Could not do dressing change due to IM being at court, as well as females in 5B Sally Port, after 8pm.

Christina Grunwald RN POSTED ON 10/31/2019 12:34:50 PM EDT                    Type: NURSE

No AM card for gabapentin. Order was re-newed on 10/20/19. ACJ pharmacy notifed of missing card and will contact Kane.

Diane Hopkins MA POSTED ON 10/31/2019 8:56:05 PM EDT                    Type: MEDICAL ASSISTANT

Not able to conduct wound care due to females in Sallyport, No Escort until after 8pm, and then an Institutional Lock Down.
Tried to get IM up for wound care at 4:30, count was not clear.

Laura Williams Chief Deputy Warden of Healthcare Services POSTED ON 11/1/2019 2:22:35 PM EDT                    Type: HSA/DHSA

Received notification from Chief Zetwo that Mr. McCray was inquiring about his dressing changes. It appears that he was given some supplies on 10/28/19, but was not seen since then. Notified the ADON's for follow up.

Diane Hopkins MA POSTED ON 11/1/2019 9:49:29 PM EDT                    Type: MEDICAL ASSISTANT

IM was to be seen by provider, and receive wound care.
Called POD twice for IM to come to 5B, no escort.
CO called up at 9:00 pm, to transport IM to 5B.
Sallyport had female IM's at this time.
Will pass along to Night Shift, for available provider.

Diane Hopkins MA POSTED ON 11/1/2019 10:39:43 PM EDT                    Type: MEDICAL ASSISTANT

IM seen in 5B by provider and was treated for wound care.
Cleansed foot area with soap and water.
Applied Bacitracin and Sentanyl.
Wrapped with Gauze.

Maria Ivona Chrzastowska PA POSTED ON 11/1/2019 10:57:09 PM EDT                    Type: PA NOTE

Seen at Sallyport to eval. R foot wound.
PMH/o R chronic plantar ulcer x 8 mo, R foot drop s/p GSW to spinal area, b/l LE neuropathy.
S/p debridement 10/719 by podiatry, picture of the R plantar heel ulcer included in the note/Epic.

At present the ulcer looks much better/smaller than 10/7 appt with Vabetta.

1.5 cm x 1 cm well granulated healing chronic ulcer.

PLAN:

- cont wound care x 7 days as ordered-soap-water-MediHoney gel/dry gauze-if not available santyl may be used,   f/u in clinic to eval for self-care.

- f/u w/podiatry scheduled in Nov.

---

Maria Ivona Chrzastowska PA POSTED ON 11/1/2019 11:16:09 PM EDT                    Type: PA NOTE

Ordered tylenol bid PRN and vitamins/zinc po to promote healing.

---

Diane Hopkins MA POSTED ON 11/2/2019 9:34:36 PM EDT                    Type: MEDICAL ASSISTANT

IM was seen on 5B for wound care on 11/2/19.

Cleansed right heel wound with soap and water, applied Bacitracin to heel area, and MediHoney to actual opened heel wound. Applied Gauze and wrapped with Stretch Gauze Bandage.

---

Nancy Park MD POSTED ON 11/7/2019 1:51:28 PM EST                    Type: MEDICAL MD/DO

Deep neuropathic ulceration right calcaneous persists.

Evaluated it during his wound care visit

The base is clean with no drainage, very thick surrounding calloused skin

There is some swelling of the right lower leg past few days with aching.

Plan

Escalate podiatry followup, discuss with scheduler

Right LE venous doppler ordered

T3 q PM to supplement his other meds

Colace started

---

Nancy Park MD POSTED ON 11/8/2019 12:41:08 PM EST                    Type: MEDICAL MD/DO

Inmate c/o persistent pain testicles

US testicles ordered, Tristate called

---

Kiera Young MA POSTED ON 11/9/2019 5:59:00 PM EST                    Type: MEDICAL ASSISTANT

I called for the patient to come down for wound care. First attempt I was told to call the hall on 6 to see if they can excourt him down. The hall told me that I'd have to ask the next shift. Called again around 5:30 pm. No answer.

---

Nancy Park MD POSTED ON 11/13/2019 6:14:10 AM EST                    Type: MEDICAL MD/DO

Late Entry- 5B sally port

Inmate seen in conjunction with wound care.

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)          054  AC_CM_000500

O

GU exam performed in presence of CO

testicles normal in size and shape, no mass or TTP

Abd- NT

Extr- no swelling or erythema, no inguinal adenopathy

 right heel ulcer not evaluated as wound care had just been done and dressing in place

Plan

await scrotal US which was ordered today

---

Nancy Park MD POSTED ON 11/13/2019 7:31:35 AM EST    Type: MEDICAL MD/DO

Right LE venous doppler  11/8/19

Negative for DVT

---

Nancy Park MD POSTED ON 11/13/2019 7:34:33 AM EST    Type: MEDICAL MD/DO

US scrotum  11/11/19

1 cm right epidydimal cyst otherwise negative scrotal US

Normal appearing testicles

---

Natalie Austin PA POSTED ON 11/20/2019 3:11:26 PM EST    Type: PA NOTE

Procedure note- Left heel debrided with 11 blade. Removed lg amount of callous and black eschar.  Wound was prematuring closing, so it debrided around the opening of the wound.  Pt tolerated procure well. No complications.

---

Curtis Wilson Med Tech POSTED ON 11/22/2019 6:45:29 PM EST    Type: MED TECH

wants to be check for an UTI

---

Nancy Park MD POSTED ON 11/25/2019 3:27:05 PM EST    Type: MEDICAL MD/DO

PODIATRY CONSULT REVIEW:

Advised start Augmentin bid x 5 days, discontinue Medihoney, use Santyl with wound care instead

Orders placed.

---

Nancy Park MD POSTED ON 11/25/2019 3:28:26 PM EST    Type: MEDICAL MD/DO

UA with reflex to culture ordered per previous note.

---

Diane Hopkins MA POSTED ON 12/3/2019 10:15:24 PM EST    Type: MEDICAL ASSISTANT

Unable to conduct wound care due to Benny Harris in Sally Port as well as no escort at the time.

---

Sarah Kielek CRNP POSTED ON 12/12/2019 7:59:14 PM EST                                      Type: NURSE

SCS wants checked for UTI.  UA dip ordered.

---

Briana Bujanowski MA POSTED ON 12/17/2019 1:08:40 PM EST                                   Type: NURSE

Abnormal Vital Signs/Readings: Dr. Park is aware

Blood Pressure Systolic: 161

---

Michael Warner RN POSTED ON 12/19/2019 5:32:25 PM EST                                      Type: NURSE

Abnormal Vital Signs/Readings: Sarah K. CRNP aware

Blood Sugar: 65

---

Diane Hopkins MA POSTED ON 12/19/2019 10:14:08 PM EST                                  Type: MEDICAL ASSISTANT

Cleansed wound with soap and water, applied Santyl to open area and covered with non stick dressing. Wrapped with ace bandage.
Wound has an odor, notified Sarah (CRNP) who will order antibiotic medication.

---

Sarah Kielek CRNP POSTED ON 12/20/2019 11:41:47 AM EST                                     Type: NP NOTE

late entry from 12/19/2019 - medical emergency.
s:IM found alert, laying face down and cuffed in cell.
Room had a strong smell of a burned substance; IM denied any illicit drug use.
Stated he was sitting on toilet and had been straining and became dizzy and fell to the floor.
- bowel movements have been less frequent than normal and endorses some constipation/nausea x3 days. today has only eaten a pear due to nausea
Denies hitting head, having improved however persistent nausea
o:aox3 appears fatigued but well - VS, mildly htn
eomi
ra ctabl
rrr no m/r/g
+bs - multiple well healed scars over abd from previous sx.
a/p: vasovagal response, constipation, nausea, htn
zofran OD now, add x3 days to emar
clonidine 0.1mg po now
add bowel regime
f/u clinic

---

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)          056   AC_CM_000502

Dzenita Turcinhodzic Physician Assistant POSTED ON 12/22/2019 10:09:07 PM EST          Type: PA NOTE

Asked by J. Lynch CRNP to place order for wound culture obtained from patient's right heel.

---

SOAP NOTE BY: Nancy Park MD POSTED ON 12/23/2019 10:31:54 AM EST          Type: MEDICAL MD/DO

### Subjective

5B sally port

during wound care session for the heel ulceration he stated that he his some random skin itching past 24 hrs, esp upper back and left upper eyelid

### Objective

BP: /     Temp:     Pulse:     Resp:     Wt:     Sa02:     BS:     Pain:

alert Ox3
Skin- 2 cm raised urticarial lesion of the left upper back, no other lesions noted and left eyelids appear normal

### Assessment

Pruritis/uricarial lesion upper back
DDX: sulfa antibiotic allergy

### Plan

Discontinue Bactrim

Benadryl ordered

He is to notify INI or if sxs change or worsen.

Steroids not indicated at this time.

Continue to monitor wound closely in daily wound care, defer additional abx at this time.

---

Nancy Park MD POSTED ON 12/24/2019 12:11:37 PM EST          Type: MEDICAL MD/DO

5B wound care

Asked to evaluate inmate re wound right calcaneus and rash

see previous note- Bactrim was discontinued 12/23 due to new onset of generalized itch and what appeared to be an urticarial lesion of the left upper

back, benadryl started

Today he continues to c/o of itching

O

thick callous of right calcaneus with 2 cm central open area with healthy granulation at base

I do not see visible drainage, MA reported a foul odor which I cannot appreciate

Skin- 2-3 cm raised urticarial type lesionof the left upper back which was present 12/23 and a similar lesion of the left medial ankle which may be new

Tinea pedis between all toes of right foot

A/P

1. Chronic wound right calcaneous

   Natalie Austin, PA advised of need for followup and prbable further debridement

   daily wound care

2. Urticaria/pruritis- DDX: sulfa allergy, the lesions also have appearance of possible EN

3. Tinea pedis

Tolnaftate cr ordered

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 12/25/2019 9:51:26 AM EST    Type: MEDICAL MD/DO

**Subjective**

Previous notes appreciated, lesion that was described by Dr. Park on the patient's left upper back now looks like a fixed drug reaction it is annular in nature approximately 4 cm in diameter with a erythematous border and a dark hyper pigmented Center. The area is painful and paretic at the same time

**Objective**

BP: /    Temp:    Pulse:    Resp:    Wt:    Sa02:    BS:    Pain:

Chest is clear, no wheezing appreciated
Heart is regularly regular
Skin lesion is described on his back, he also has one in the posterior auricular area on the right it is somewhat smaller in nature but still has the erythematous ring with the hyper pigmented Center two and half to 3 cm in diameter

**Assessment**

Fixed drug reaction most likely from sulfa that he had been taking in had been discontinued

**Plan**

The plan here will be a combination of prednisone Zantac and Zyrtec we will discontinue the Benadryl

Donald Stechschulte MD POSTED ON 12/25/2019 10:01:32 AM EST    Type: MEDICAL MD/DO

Patient did not want to change from Benadryl to Zyrtec so we will continue the Benadryl

Robyn Smith Staff Educator POSTED ON 12/26/2019 1:54:26 PM EST    Type: NURSE

MT Nosissa notified that patient's AM Gabapentin MNA. Card in 3F PM bin. Pt states he was recently on level 6E, MT was looking if any med cards of this patient's were in the level 6 bins.
I wrote the patient's info on the reorder sheet.

Jolynne Brown RN POSTED ON 12/26/2019 5:26:51 PM EST    Type: NURSE

IM complaining of pain in his right testicle with urination. clinic visit scheduled, scr closed

Natalie Austin PA POSTED ON 12/28/2019 2:27:22 AM EST    Type: PA NOTE

Pt c/o pain with urination. UA ordered. f/u after test completed.

---

Maria Ivona Chrzastowska PA POSTED ON 12/28/2019 2:34:47 PM EST                    Type: PA NOTE

Reviewed wound cxs/suscepts and allergies.

Inm w/chronic plantar wound s/p debridement by podiatry 11/25, was on augmentin course for cellulitic changes on the heel around the debrided wound.

Since inm is allergic to bactrim, will hold on any treatment at present, cont. wound care/santyl and f/u w/podiatry as recommended.

---

Patricia Meehan Medical Assistant POSTED ON 12/28/2019 6:12:20 PM EST                    Type: MEDICAL ASSISTANT

inmate did not want wound care done today 12/28/19. office rice is aware

---

Patricia Meehan Medical Assistant POSTED ON 12/28/2019 10:00:18 PM EST                    Type: MEDICAL ASSISTANT

officer rice called back around 9p and inmate wanted his wound care done then, was unable due to females were here. he will get wound care tomorrow

---

Donald Wilt Physical Therapist POSTED ON 12/31/2019 9:57:14 AM EST                    Type: PHYSICAL THERAPIST

PT eval to be completed

---

Donald Wilt Physical Therapist POSTED ON 12/31/2019 10:11:12 AM EST                    Type: PHYSICAL THERAPIST

S: gunshot spine 2011 affecting RLE. Patient had a unsuccessful fusion and amb with AFO using spc
O: MMT trunk flex 4/5 R hip flex 4/5 abd/add 4/5 quad 5/5 ham 4/5 DF NT  L hip flex/abd 5/5 quad and ham 5/5, DF 4+/5 PF 4-/5. Patient amb with spc and AFO I.  AROM BLE WNL except R ankle.  RLE press man resist 2x10 seated b hip abd, RLE LAQ silver theraband x10 L ankle PF and R hamstring curl green theraband x10
A: decrease RLE and L pf strength secondary spinal injury
P: PT 1-2w4 ther ex, core ex, ROM, PRE BLE

---

Donald Wilt Physical Therapist POSTED ON 1/2/2020 9:08:38 AM EST                    Type: PHYSICAL THERAPIST

S: no new complaints
O:  BLE press man resist 2x10 seated b hip abd gray theraband 2x10 flex+ER with RLE in ext man resist x10.  R LAQ silver hamstring curl R green theraband 3x10 L PF greeen theraband 3x10.
A:  patient tolerated session well
P:  PT 1-2w4 ther ex, core ex, ROM, PRE BLE

---

Lauren Bach Infectious Disease Coordinator POSTED ON 1/2/2020 2:10:08 PM EST                    Type: NURSE

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)          059   AC_CM_000505

Today I was referred a grievance for this pt from DON and admin assistant and instructed to help address this regards wound care access. Instructed to educate on how to appropriately clean wound in the event he is unable to be brought to 5B to obtain wound care dressing change and inform pt on how to access cleaning supplies for his room to address his cell condition. Review of wound care received, dates missed/not documented, progress notes of care received, progress notes of escort/sally port considerations affecting ability to receive wound care at that time, etc. Per nurse feedback, patient is able to wash heal with soap and water. Since he was recently noticed to have fungal infection inbetween toes, he was ordered tolnaftate and is advised to keep that section of his foot uncovered when possible. Ensuring his foot is adequately dried after washing/showering to ensure a reduction in a moist environment. Corrections feedback indicated that M, W, and F are mandatory cell cleaning days and that inmates can ask an officer at any time for chemical supplies to help clean their cells. These cleansers are given to the pods daily by the Supply Department. The patient's housing location required an escort to bring patient to 5B, there are notes of lack of escort being reason for missed wound care appts, as well as females in sallyport and the inability to bring patient down. Due to the location of where wound care is performed as well, a high volume of patients or medical emergencies and/or staff volume may play a role in scheduling conflicts. Patient was relayed this information, and the DON was provided with this feedback and any notes taken/reviewed.

---

Lauren Bach Infectious Disease Coordinator POSTED ON 1/2/2020 3:02:05 PM EST                    Type: NURSE

Per request, Dr. Park and Dr. S consulted regarding recent note of antibiotic consideration. None needed at this time.

Per patient request, asked if provider Natalie or another individual would be performing a debridement soon. Per 5B MD request, patient should be scheduled for debridement appointments in clinic due to the time-requirement needed to help ensure patient flow within the sallyport section. Patient will continue to have daily wound care appts scheduled for that 5B sallyport location though.

Clinic coordinator notified about the debridement appointment needs for this patient. Email sent.

Review closed.

---

Donald Stechschulte MD POSTED ON 1/3/2020 9:31:20 AM EST                    Type: MEDICAL MD/DO

Patient was seen on the Sally port on 5B as he was getting his dressing changed on his foot.  The wound appeared much better and less deep than the last time I saw it; the patient was requesting it be debrided and honestly the tissue surrounding the area looked to be non-necrotic and intake at this time it was appropriate to debride the area.  Because of the concern for MRSA we will take a nasal swab to see if this patient is a carrier; if he is a carrier we will initiate Bactroban nasal swabs

---

Brandon Woodson MA POSTED ON 1/5/2020 9:47:17 AM EST                    Type: MEDICAL ASSISTANT

Inmate stated he was gonna do self wound care

---

Brandon Woodson MA POSTED ON 1/6/2020 5:15:52 PM EST                    Type: MEDICAL ASSISTANT

No level escort

---

Donald Stechschulte MD POSTED ON 1/7/2020 5:45:20 AM EST                    Type: MEDICAL MD/DO

Nasal swab taken to address possible carrier state of MRSA was negative; he does not appear to be a carrier

---

Dennis Larkin Physical Therapist POSTED ON 1/7/2020 11:08:20 AM EST                    Type: PHYSICAL THERAPIST

S: no new complaints

O: BLE strengthening with blue T band  2x10 LQA, TKE, hip abd, HS curls, Pt with foot drop to R ankle, Pt reported he is doing squats, pt instructed to also perform marching, hip and  ext. with standing ex

A:  patient tolerated session well

P:  PT 1-2w4 ther ex, core ex, ROM, PRE BLE

---

Christina Grunwald RN POSTED ON 1/7/2020 1:14:36 PM EST                                    Type: NURSE

Called pharmacy concerning missing am neurontin. Med Tech checked past housing bins with no success. States she will call KANE to see if new card can be sent.

---

SOAP NOTE BY: Natalie Austin PA POSTED ON 1/7/2020 2:30:16 PM EST                        Type: PA NOTE

### Subjective

Pt seen in clinic for right heel debridement. Nasal MRSA swab- NEGATIVE.

### Objective

| BP: 139/83 | Temp: 97.4 | Pulse: 73 | Resp: 18 | Wt: 159 | Sa02: 100 | BS: 0 | Pain: 0 |
|---|---|---|---|---|---|---|---|

vss, afebrile

lungs- cta

ext- antalgic gait, right heel- hard tan eschar to periwound, brown sm eschar on medial aspect of wound, 1.5 cm diameter, circular wound, bone not palpable

### Assessment

Right heel/calcaneous ulcer

### Plan

Debrided today; tolerated procedure well. #11 blade used.

lg eschar removed, periwound tan eschar removed, good blood supply to wound.

Filling in nicely. no signs of infx.

Wound improved.

f/u friday in clinic to see me.

---

Natalie Austin PA POSTED ON 1/7/2020 2:42:46 PM EST                                        Type: PA NOTE

SCR- pt c/o right testicle pain 'shooting pain from my right leg into my right testicle" at times.

US done on testicles 6 weeks ago shows a cyst.

O- vss, afebrile

right testicle examined- mobile soft, NT- same size as last exam.

A- right testicle cyst

P- hot packs ordered qhs; cont tylenol and gabapentin as ordered.

Diane Hopkins MA POSTED ON 1/9/2020 5:02:31 PM EST                     Type: MEDICAL ASSISTANT

Called for woud care at 4:30pm.

IM no show in 5B.

Ntezimana Clementine MA POSTED ON 1/11/2020 10:11:45 PM EST           Type: MEDICAL ASSISTANT

Called to 5B for wound care at 9:30pm. IM no show to 5B.

Ryan Watson Physical Therapist POSTED ON 1/14/2020 11:28:09 AM EST    Type: PHYSICAL THERAPIST

S: pt reports no new complaints

O: BLE seated with blue theraband LAQ, hip abd, HS curls 3x10. standing TKE with blue theraband 2x10. Standing mini squats, hip abd, ext and flex 2x10.

A: pt tolerates tx well

P:  PT 1-2w4 ther ex, core ex, ROM, PRE BLE

Dennis Larkin Physical Therapist POSTED ON 1/16/2020 10:20:50 AM EST  Type: PHYSICAL THERAPIST

S: pt reports mod L knee pain R knee feeling ok

O: BLE seated with blue theraband LAQ, hip abd, HS curls 3x10. standing TKE with blue theraband 2x10. Standing mini squats, hip abd, ext and flex 2x10.

A: pt tolerates tx well pt reported he is doing HEP

P:  PT 1-2w4 ther ex, core ex, ROM, PRE BLE

Diane Hopkins MA POSTED ON 1/16/2020 10:08:27 PM EST                  Type: MEDICAL ASSISTANT

Wound care completed as directed.

Dennis Larkin Physical Therapist POSTED ON 1/21/2020 9:51:32 AM EST   Type: PHYSICAL THERAPIST

S: pt denies pain today

O: RLE seated with gray theraband TKE, LAQ, hip abd, green T band for HS curls 3x10. standing TKE with blue theraband 2x10. Standing mini squats, hip abd, ext and flex 2x10.

A: pt tolerates tx well pt reported he is doing HEP

P:  PT 1-2w4 ther ex, core ex, ROM, PRE BLE

Diane Hopkins MA POSTED ON 1/22/2020 5:00:12 PM EST                   Type: MEDICAL ASSISTANT

IM given supplies, 4x4's and Santyl in a cup.

Ellen Crosby MA POSTED ON 1/24/2020 6:11:11 PM EST                              Type: MEDICAL MD/DO

Imate was called there was no escort at this timne was told to call after 800 will call

---

Diane Hopkins MA POSTED ON 1/24/2020 9:46:39 PM EST                            Type: MEDICAL ASSISTANT

Cleansed wound on left heel with Soap/Water, applied Santyl.

Applied non-stick tefla and gauze.

Wrapped with kerlix.

---

Jodi Lynch CRNP POSTED ON 1/25/2020 11:09:44 AM EST                            Type: NP NOTE

Patient seen in exam room of 5B while having wound care completed. Wound on R heel is void of exudate, swelling, and warmth. Wound bed comprised of granulation tissue. Outer heel around wound comprised of thick yellow callous area, #10 scalpel used to thin callous down. While patient in exam room, reports a pain that occurred last evening in his right testicle, states that pain was a sharp, shooting pain in nature, and with short duration, today he has an ache when touched. Denies any urinary symptoms, denies erectile symptoms and no pain with ejaculation, examined bilateral testicles and no swelling or lumps are noted. Patient can have ibuprofen for discomfort, advised patient that he will be scheduled for f/u in clinic, but if pain continues or gets worse he is to alert medical. Patient had US of area in Nov. revealed no torsion, but a cyst on R testicle was found, L testicle wnl. Today on exam cyst could not be felt, R testicle was smooth without deviation of shape. Patient is afebrile and without pain now, no swelling or firmness of scrotal area noted. Will continue to monitor as needed. Patient released back to pod in stable condition.

---

Donald Wilt Physical Therapist POSTED ON 1/28/2020 9:40:47 AM EST             Type: PHYSICAL THERAPIST

S: Issues with AFO- velcro on strap- unable to use shell AFO due to wound on R heel

O: MMT trunk flex 4+/5 R hip flex 4+ /5 abd/add 4/5 quad 5/5 ham 4/5 DF NT   Patient amb with spc and AFO I.  AROM BLE WNL except R ankle. RLE press man resist 2x10 Seated R hip flex/abd, LAQ silver hamstring curl blue theraband 2x10 Upward diagonal SLR with man resist 2x10

A:  Demo increase RLE strength

P:  consult with DR. S on to cont with theraband PREs or DC to HEP

---

Natalie Austin PA POSTED ON 1/28/2020 5:21:08 PM EST                           Type: PA NOTE

Wound care supplies given to pt today; he can do self wound care.

---

Natalie Austin PA POSTED ON 1/28/2020 10:29:09 PM EST                          Type: PA NOTE

Wound debrided in clinic today; scalpel used; tolerated well.

wound improving- getting smaller/filling in.

f/u prn

---

Donald Wilt Physical Therapist POSTED ON 2/3/2020 9:37:56 AM EST              Type: PHYSICAL THERAPIST

S: patient states feels therapy helping

O:  Therapist place new velcro on AFO, Seated R hip flex/abd, LAQ silver and Hamstring curl blue theraband 3x10

A:  Patient tolerated session well

P:  patient was orded heel cups for wound healing,  will consult with Dr. S on approval to proceed or DC.

---

Dennis Larkin Physical Therapist POSTED ON 2/10/2020 11:04:03 AM EST                Type: PHYSICAL THERAPIST

S: patient denies pain and states feels therapy helping,

O:  Seated R hip flex/abd, LAQ silver and Hamstring curl blue theraband 3x10

A:  Patient tolerated session well

P:  patient was orded heel cups for wound healing,  will consult with Dr. S on approval to proceed or DC.

---

Maria Long RN POSTED ON 2/12/2020 8:20:54 AM EST                Type: NURSE

"my rt heel has a wound that smells now , some dr thought I could do it myself now worse"  would not show m on pod "has a bandage on it and stuff"

skin care teaching done

---

Dennis Larkin Physical Therapist POSTED ON 2/12/2020 10:23:58 AM EST                Type: PHYSICAL THERAPIST

Pt seen today pt refused PT pt reported he is doing good and no longer needs PT.  Will communicate with supervise PT and discuss pt's d/c.

---

Donald Wilt Physical Therapist POSTED ON 2/13/2020 6:23:53 AM EST                Type: PHYSICAL THERAPIST

DC from  PT services per patient request

---

Jessica Northcott Substance Abuse Counselor POSTED ON 2/16/2020 9:27:17 AM EST                Type: SUBSTANCE ABUSE COUNSELOR

Pt requested to speak with writer regarding foot ulcer. Pt requesting daily dressing changes on 5B - writer will consult with ADON.

---

Maria Ivona Chrzastowska PA POSTED ON 2/16/2020 7:46:04 PM EST                Type: PA NOTE

Seen on pod for c/o he didn't have wound care done. Explained that it's weekly order to come to 5B for wound check/Rx otherwise gets supply and can do it himself.

R plantar heel open fat level 2 cm x 2 cm well granulated chronic wound surrounded by overgrowth tissue w/o sxs/o infection.

Applied honey/bacitracin combo/gauze and large bandaid.

He will be called tomorrow to 5B for good wash w/soap and water and dressing change.

Otherwise weekly changes are adequate at present.

Awaits routine f/u w/podiatry for debridement.

---

Amie Domek Medical Assistant POSTED ON 2/16/2020 7:46:34 PM EST                Type: MEDICAL ASSISTANT

Notified Ivonna about inmate requesting daily dressing changes. Wound care order states inmate to be done weekly per Dr Park. Ivonna went to assess and give inmate supplies.

---

Donald Stechschulte MD POSTED ON 2/25/2020 6:20:17 AM EST                                    Type: MEDICAL MD/DO

Patient was seen by Podiatry on February 24, 2020 and it was recommended that he have daily dressing changes consisting of cleaning the area with antibiotic soap than adding Santyl covered with a dry dressing.  They also recommended follow-up with the AGH Wound Clinic.  We will make those arrangements

---

Akeyla Wall MA POSTED ON 3/1/2020 2:12:24 PM EST                                    Type: MEDICAL ASSISTANT

attempted to have inamate sent to medical for wound care. Per officer inmate was on a visit. I will give information to next MA on schedule.

---

Nancy Park MD POSTED ON 3/5/2020 11:10:45 AM EST                                    Type: MEDICAL MD/DO

wound care

evaluated during his wound care session

17 mm open wound right plantar heel with approx 5 mm depth

health granulation at base with no visible drainage

no surrounding cellulitis

very thick callous surrounding the area

Proc:  #15 blade use to debride the surrounding callous from the margin of wound to 1 cm of surrounding area

Plan

CC wound care with daily cleaning and application of Santyl and dressings

Tylenol ordered

Boost reordered as daily x 30 days for wound healing

---

Brandon Woodson MA POSTED ON 3/8/2020 6:35:37 PM EDT                                    Type: MEDICAL ASSISTANT

Called for inmate to come to 5B; no movement currently; modified lock-down

---

Robyn Smith Staff Educator POSTED ON 3/13/2020 2:01:35 PM EDT                                    Type: NURSE

3B pod CO called 5B. Pt was concerned that he was called to 5B for a dressing change and was not notified because he just moved off level 2 to pod 3B.

I informed 3B pod CO that pt is ordered nightly dressing changes (although it appears he does occassionally get dressing changes in am). I informed pod CO that we could not call pt up at this time currently due to the triage room occupied. Pod CO stated he'd relay this to the patient.

---

Monica Philippone Substance Abuse Counselor POSTED ON 3/18/2020 5:23:10 PM EDT                                    Type: SUBSTANCE ABUSE COUNSELOR

Individual seen during scr-medical. Individual stated that he has an open sore on his right heel. Alert set for medical nurse.

---

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)                065        AC_CM_000511

Maria Long RN POSTED ON 3/20/2020 1:05:26 PM EDT                                    Type: NURSE

ns for sc / wouldnt come to see rn  fu pm

---

Akeyla Wall MA POSTED ON 3/21/2020 5:53:34 PM EDT                          Type: MEDICAL ASSISTANT

called to have inmate brought up to 5b for wound care informed by officer noone could escort him at this time

---

JmsControllerSegregationRounds POSTED ON 3/24/2020 2:37:43 PM EDT                    Type: GROUP NOTE

The patient was Admited to Segregation Rounds when moved to LEV8 PODE 120 L.

---

Sarah Kielek CRNP POSTED ON 3/26/2020 11:23:56 AM EDT                                Type: NP NOTE

seg rounds- reports he has not had his R heel drsg changed for 2 days. currently has gauze drsg to R foot/heel. Appears wound care orders expired.  Re-ordered and will contact 5b to inform in need of drsg change.

---

Sarah Kielek CRNP POSTED ON 3/26/2020 5:44:14 PM EDT                                 Type: NP NOTE

alert - patient requesting t#3's ro, request denied. has prn tyl ordered.

---

Elon Mwaura PA POSTED ON 3/28/2020 5:33:08 PM EDT                                    Type: PA NOTE

Asking for wound care, these is already ordered

---

Elon Mwaura PA POSTED ON 3/31/2020 11:45:30 AM EDT                                   Type: PA NOTE

Still requesting a dressing change
5B contacted and an MA will go up to 8E to do the dressing change
No other concern

---

Siix Larry RN POSTED ON 3/31/2020 1:32:22 PM EDT                                     Type: NP NOTE

according to inmates chart inmate was seen by provider today on 8E and is requesting dressing change . 5B was called and reported an MA would go up to 8E to do dressing change. SCR Medical Nurse closed.

---

Sarah Kielek CRNP POSTED ON 4/2/2020 1:52:52 PM EDT                                  Type: NP NOTE

seg rounds- patient c/o about wound care. Advised wound care is ordered to be completed. Contacted 5b, spoke with Kristen RN, to confirm someone

will be going up to see from his wound care today

---

Sarah Kielek CRNP POSTED ON 4/2/2020 8:21:34 PM EDT                                                Type: NP NOTE

late entry s/p medical emergency. found lying down on L side shackled. reports cane got cauught on a plug/cord and lost balance. Denies LOC or hitting his head. Patient prompted to lay supine on back - initially resistant stating he could not move however than he did.

aox3 nad

L ankle w/o edema, ecchymosis

achilles tendon intact

skin warm dry and intact

TTP over general malleolous

ROM intact w/pain

assisted to stand up on feet, painful however tolerated

a/p: L ankle sprain

assisted vaia stretcher to cell

has prn pain meds already

add cold packs for comfort

RICE

---

Sara McClung MA POSTED ON 4/3/2020 7:34:16 PM EDT                                          Type: MEDICAL ASSISTANT

Went to 8E for wound care. Inmate has a quarter size hole on Right heel. Since this writer had done inmtes wound care, It has gotten worse. WIll notify provider. Inmate states his wound has gotten worse due to sporatic wound dressing.

---

Aeriel Garner CMA POSTED ON 4/7/2020 2:45:12 PM EDT                                         Type: MEDICAL ASSISTANT

SARA MCCLUNG COMPLETED INMATES WOUND CARE I AM JUST DOCUMENTING TO KEEP TRACK OF INMATES CARE. CO VERIFIED THAT SHE WAS UP THERE AS WELL.

---

Sarah Kielek CRNP POSTED ON 4/7/2020 4:34:46 PM EDT                                                Type: NP NOTE

s.seg rounds- Patient states he wants T#3's reordered for his chronic foot pain. He is currently on gabapentin 800mg po BID for pain mngt.

o: aox3 nad no facial grimacing

observed patient get himself up from his cell bed and ambulate fluidly to cell door.

a/p: chronic pain

at this time T#3 's for pain mngt is not warrented which angered the patient with me

offered short course prn tyl, patient than became calmer and agreeable

-suspicious for malingering

---

JmsControllerSegregationRounds POSTED ON 4/9/2020 2:17:10 PM EDT                      Type: REMOVE FROM QUEUE

The patient was discharged from Segregation Rounds when moved out of LEV8 PODE 120 L.

---

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)            067   AC_CM_000513

Sarah Kielek CRNP POSTED ON 4/10/2020 10:00:56 PM EDT                                            Type: NP NOTE

s:s/p medical emergency. Patient was washing hands at sink and 'my L leg fell out'. Upon arrival patient laying on R side on ground. Denies LOC, trauma or hitting head, any illicit drug use. Holding ontp LLE, general nonspecific pain through his entire leg. denies trauma to legs, did attempt to extand arms and break fall.

c/o shooting pains in BLE that are intermittent and rotate shooting pain from LLE to RLE. BLE pain both start from bottom of feet and shoots up his legs.

o: aox3 nad mildly elevated BP however I believe this is likely due to the recent events he has incurred.

ra easy respirations

no obvious gross deformity to RLU, TTP throughout

+d/p flexion and rotation to ankle

+rom L knee

skin intact

no joint effusion appreciated

a/p: s/p fall, chronic nerve pain

patient did not want assistance getting back to bunk

did assist patient with lifting legs to bed - oh note I barely utilized asistance,  patient lifted both legs jointly up into the air and pulled legs to bed from core

addt'l ibu prn 800mg; recently rcv'd tyl from evening med pass

physical therapy referal

increase gabapentin for his chronic nerve pain

---

Tim Kubistek Physical Therapist POSTED ON 4/13/2020 11:34:38 AM EDT                              Type: PHYSICAL THERAPIST

PT Assessment to be scheduled/completed.

---

Donald Wilt Physical Therapist POSTED ON 4/14/2020 8:53:35 AM EDT                                Type: PHYSICAL THERAPIST

S: gunshot spine 2011 affecting RLE, received therapy in which he request dc as progressed well.  howevfer several days states RLE ave out and fell to floor

O:  MMT trunk flex 4/5 R hip flex 4/5 abd/add 4/5 quad 5/5 ham 4/5 DF NT(ankle fused)  L hip flex/abd 5/5 quad and ham 5/5, DF 4+/5 PF 4-/5.

Patient amb  with spc landing foot flat with increase hip flex to clear on swing secondary to no AFO at this time..  AROM BLE WNL except R ankle.

RLE press man resist 2x10.  Patient instructed SLR flex and hip abd- stand hip abd isometrics

A:  decrease RLE strength secondary spinal injury

P:  Patient edu on HEP.  Patient benefit from AFO how ever has heel wound-plan 1-2w4 as able/allowed due to covid-19 and proceed with PREs, isometrics

---

Donald Stechschulte MD POSTED ON 4/14/2020 10:00:15 AM EDT                                       Type: MEDICAL MD/DO

Spoke with physical therapist and apparently since the patient was transferred to eight he has lost his AFO for his foot drop and need another one

We will attempt to find his original but in the meantime I will order a nnew AFO for right foot drop

---

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)          AC_CM_000514

Christina Grunwald RN POSTED ON 4/17/2020 9:26:19 AM EDT                                            Type: NURSE

Inmate requesting wound care with debridment. Will make practioner appt to eval need for further wound care.

---

Fern Hast-Murphy LPN POSTED ON 4/17/2020 2:44:35 PM EDT                                            Type: NURSE

Inmate wants a stronger dose of Gabapentin for his chronic pain. Alert sent.

---

Sara McClung MA POSTED ON 4/18/2020 5:27:51 PM EDT                                        Type: MEDICAL ASSISTANT

Went to do wound care for inmate. I was informed that woundcare was to be done in Sally port on 3E. 3 CO's were sitting in the hallway at floor control. I performed my wound care with out supervison. Laura Williams was made aware.

---

Maria Ivona Chrzastowska PA POSTED ON 4/19/2020 8:47:07 PM EDT                                      Type: PA NOTE

Reviewed med alert re: increase gabapentin dose-it was increased 4/10/see note below.

---

Dennis Larkin Physical Therapist POSTED ON 4/21/2020 9:47:50 AM EDT                      Type: PHYSICAL THERAPIST

S: Pt seen today pt denies pain but has some difficulty amb due to foot drop

O: Patient review HEP to R LE SLR  hip flex and hip abd- stand hip abd isometrics

A: decrease RLE strength secondary spinal injury pt has good understanding of HEP

P: Patient edu on HEP.  Patient benefit from AFO how ever has heel wound-plan 1-2w4 as able/allowed due to covid-19 and proceed with PREs, isometrics

---

Aeriel Garner CMA POSTED ON 4/22/2020 5:29:54 PM EDT                                        Type: MEDICAL ASSISTANT

notified Dr. S and Dr. Parks about inmates foot

---

Nancy Park MD POSTED ON 4/23/2020 1:44:32 PM EDT                                            Type: MEDICAL MD/DO

I evaluated inmate's right heel ulcerative wound with the MA during wound care

15 mm open wound plantar surface of right heel of approx 5 mm depth visually

there is some overgrowth of skin at the margins

base appears well granulated with some scant serous drainage

A/P  chronic right plantar heel wound

I will make every attempt to debride the wound next week, it is in need of debridement.

Continue wound care sessions daily as directed

Santyl changed to Therafoam Honey Pads

He asked for T4 for pain which I declined.

I have increased his Tylenol dose.

---

Maria Ivona Chrzastowska PA POSTED ON 4/26/2020 9:46:05 PM EDT                    Type: PA NOTE

S/p med emergency for lying on the floor w/bloody sock on R foot, coffee spilled on the ground when med team arrived.

Known chronic R plantar ulcer s/p multiple debridements per podiatry and onsite.

Reports R foot pain, off narcotic analgesia, his tylenol was increased recently.

Last wound care 4/25, does it himself too, keeps santyl in cell.

VS 136/90, 16, 107, 98.7, 95%

NAD awake and alert

R plantar heel open fat level ~2 cm x ~2 cm well granulated chronic wound surrounded by overgrowth tissue w/o sxs/o infection.

A/P:

- R foot pain-chronic plantar ulceration/neuropathy

  s/p increased gabapentin Rx as of 4/10

  off narcotic analgesia as of 4/23, tylenol was increased, ibuprofen 600 mg now

  wound care-changed dressing in cell w/santyl/gauze/kerlix

  pending debridement this wk

---

Siix Larry RN POSTED ON 4/30/2020 1:34:22 PM EDT                    Type: NP NOTE

RN on pod for med pass/sick call. inamte is requesting boost to be reordered. boost order expired 4/29. will send alert to providers que.

---

Siix Larry RN POSTED ON 4/30/2020 7:59:59 PM EDT                    Type: NP NOTE

Pod officer from 3E called 5B and reported inmate is requesting dressing change. pod officer informed inmates can come to 5B for dressing changes. pod officer reported he would have to find escort to get inmates to 5B.

---

Siix Larry RN POSTED ON 5/3/2020 3:44:17 PM EDT                    Type: NP NOTE

Pod officer called reporting inmate is requesting a dressing change. RN informed Pod officer that supplies could be taken to inmate to do wound care. Pod officer reported that inmate was okay with this. supplies taken to 3E.

---

Zooey Carter RN POSTED ON 5/3/2020 4:08:25 PM EDT                    Type: NURSE

Wound supplies given to inmate on 3E for wound self-care. inmate stated  "last time I did it, sore got worse", inmate refused to apply own wound care, insisted wound care be done by someone else, offered to leave supplies w inmate to be done later, inmate refused, said took old bandage off yest for shower

---

SOAP NOTE BY: Nancy Park MD POSTED ON 5/4/2020 10:53:35 AM EDT                    Type: MEDICAL MD/DO

**Subjective**

WOUND CARE 5B

presents for wound care of chronic ulcerative area right heel

he has had podiatry evaluations in past and in 3/2020 they recommended AGH Wound Care referral

He asks for Boost renewal

He has had ongoing issues with AFO; it is undetermined as to where he lost his brace; right epididymal cyst, yes

His RLE AFO brace was lost when he changed pods.

## Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

alert NAD

Skin: 2 cm deep ulcerative lesion right heel with granulation and muscle at the base

NO necrosis, drainage

GU- 3 mm smooth, mobile cystic lesion of the right hemiscrotum adjacent to the right testicle, minimal TTP

Testicles normal in size, consistency, no mass

Penis normal- no rash or lesion

Wound Care: wound cleaned with saline, right heel ulcer debrided at margins with a #15 blade, Theraderm Honey applied to wound and padded

dressing applied

## Assessment

Chronic nonhealing ulcer right heel

right foot drop- lost AFO brace

pain right hemiscrotum- right epididimal cyst

## Plan

Boost reordered- 1 daily x 30 days

Allstar PT reconsulted re AFO brace

Urology consult ordered re chronic right scrotal pain, known epididimal cyst

UA c reflex to culture ordered

Consider use of Biataine Alginate dressing to pack wound at next wound care session.

AGH Wound Care consult resubmitted.

---

Michael Warner RN POSTED ON 5/4/2020 4:28:46 PM EDT                    Type: NURSE

This writer called Inmate to have daily changed.

Inmate stated that he came to 5B already today and wound I&D by Dr Park

---

Donald Wilt Physical Therapist POSTED ON 5/5/2020 9:46:37 AM EDT          Type: PHYSICAL THERAPIST

Therapist met with Dr. Parks to update that therapy is working with medical to replace AFO

---

Lynda Balint RN POSTED ON 5/10/2020 12:54:16 PM EDT                    Type: NURSE

During med pass inmate c/o increased pain to right foot. He states he doesnt want anything more for pain but wants to see a doctor because he thinks

it's infected. Priority alert sent to provider.

---

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)                071   AC_CM_000517

Donald Wilt Physical Therapist POSTED ON 5/14/2020 8:34:34 AM EDT          Type: PHYSICAL THERAPIST

S: patient states pain so/so.

O: hip abd 4/5 flex 4+/5 quad 5/5. Patient tender along R ITB. RLE press with man resist, seated r hip flex/abd, add man resist 2x10 terminal knee ext man resist x5. Patient to cont with seated hip isometrics

A: patient I with isometrics

P: awaiting price for AFO. Also plan to proceed with theraband PRE but cont with HEP at this time

---

Sara McClung MA POSTED ON 5/14/2020 9:27:40 AM EDT          Type: MEDICAL ASSISTANT

Went to pod to do wound care. Upon inmate removing his shoe, this writer smelled a foul smell, which I haven't noticed before. INmate states he told med nurse he thinks his foot is infected. Alterted Dr. Park was issue. Also on 5/12/20, I called pod to ask if inmate wanted wound care done. CO on pod stated he refused. Doing the wound care today, inmate stated he did not refuse the wound care on 5/12/20, which he never does.

---

Kristen Wilson-Hall RN POSTED ON 5/14/2020 11:06:23 AM EDT          Type: NURSE

Periperal lab draws taken from R arm using sterile precautions. He tolerated the procdure. Educated on PMH of GSW to spine and the long lasting effects and complications, he was in understanding of this information. He was seen by the provider for R foot I&D. Safety maintained.

---

Nancy Park MD POSTED ON 5/14/2020 11:15:30 AM EDT          Type: MEDICAL MD/DO

5B wound care session

2 cm wound cavity plantar suface of right heel

margins of wound debrided with #15 blade

piece of Biatane Alginate AG cut to size of wound and laid inside the cavity

absorbant dressing applied over the site

Monitor closely with this new treatment plan

---

Nancy Park MD POSTED ON 5/14/2020 11:17:42 AM EDT          Type: MEDICAL MD/DO

addendum

tinea pedis noted between several toes of right foot and ketoconazole cream ordered as KOP

---

Maria Ivona Chrzastowska PA POSTED ON 5/15/2020 9:48:30 AM EDT          Type: PA NOTE

Labs reviewed and unremarkable.

---

Charles Timbers CRNP POSTED ON 5/16/2020 4:55:29 PM EDT          Type: NP NOTE

Patient has been seen and evaluated concerning his right foot area. Please refer to the providers note

Michael Warner RN POSTED ON 5/19/2020 4:57:20 PM EDT                                    Type: NURSE

This writer call for this Inmate for daily dressing change

CO stated that Inmate had dressing changed already today

---

Nancy Park MD POSTED ON 5/20/2020 11:32:52 AM EDT                                    Type: MEDICAL MD/DO

Wound Care 5B

right plantar heel ulcer

2 cm diameter, approx 1 cm depth

malodorous, minimal serous drainage present, granulated tissue at the base

No debridement performed today.

wound cleaned with saline and a piece of Biatin Alginate AG applied into the wound cavity

area covered with a dressing

Right lower leg:

swollen from foot to thigh, peripheral pulses full and normal perfusion toes

no erythema/induration, no localizing areas of TTP

Plan:

Wound care discussed with ADON

Recommended that Medihoney layer be applied to the wound and then covered with the Biatin Alginate and the orders will be changed to reflect this.

AGH Wound Care appointment upcoming on 6/9/20

RLE venous doppler ordered re RLE swelling

Recent bloodwork results reviewd with him, stable

T3 q PM ordered for pain RLE

VSs today all WNL

---

Nancy Park MD POSTED ON 5/21/2020 9:57:53 AM EDT                                    Type: MEDICAL MD/DO

Preliminary RLE venous doppler result 5/21/20- Negative

VSs 5/20/20 were all WNL

Right Foot/calcaneous xrays ordered- r/o osteomyelitis

Bloodwork ordered, not done yet.

---

Nancy Park MD POSTED ON 5/21/2020 10:00:03 AM EDT                                    Type: MEDICAL MD/DO

Bloodwork 5/14/20- CMP, CBC, TSH WNL

---

Esther Stanton PA POSTED ON 5/22/2020 1:11:31 PM EDT                                    Type: PA NOTE

S: Inmate seen on pod for followup wound evaluation. He is scheduled to see wound care at AGH next month. He denies fever or chills. Lower extremity doppler negative for DVT. Hx GSW to spine and leg

O: Right heel with plantar ulcer with dimensions charted 1 day ago. Wound is surrounded by some macerated tissue. The wound is foul smelling with

serosanguineous ... continues to be a good perfusion with serous and ... edema of leg and swelling from ankle to thigh.

A/p Nonhealing wound- continue medihoney and biatin alginate daily

He is to notify medical if he develops fever or chills or notes any changes to his wound.

He will follow up with AGH

---

Natalie Austin PA POSTED ON 5/25/2020 9:28:31 PM EDT          Type: PA NOTE

I called pod to see pt on 5B to eval foot wound due to recent decline and +malodorous slough present.

Pt declined.

Foot xray reviewed, showed no acute osteo.

Will obtain wound culture tomorrow.

Dakins cleanse/packing ordered for plantar foot wound, which will kill the bacteria.

Oral antbx started as if he had osteomyelitis, since the sx are very telling of osteo. These won't start until tomorrow PM, after cx is taken.

---

Michael Warner RN POSTED ON 5/26/2020 9:11:57 PM EDT          Type: NURSE

Inmate brought to 5B for dressing change and eval by Provider Natallie (PA)

---

Natalie Austin PA POSTED ON 5/26/2020 9:20:24 PM EDT          Type: PA NOTE

Saw pt on 5B for right heel wound care. He said he didn't really want to be housed here.

O- vss, NAD

R heel- 3cm open wound, viable red/purple wound base, +UM @ 2:00, no tunneling no palpable bone, +malodorous, sm amt of tan slough washed about with dakins scrub/rinse. periwound calloused

A- non healing R heel wound

P- cx taken, added dakins rinse to wound care regimen; packed with dakins; hold off on medihoney for now, rec heel cup for offloading assistance.

Pt is putting too much pressure on the wound, and it is not going to heal. Pt went back to pod.

---

Colette Jones RN POSTED ON 5/28/2020 6:14:03 AM EDT          Type: NURSE

Zofran 4mg x1 for c/o n/v related to new medication Moxifoxacin 400mg

---

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 5/28/2020 10:00:00 AM EDT          Type: MEDICAL ASSISTANT

## Subjective

Patient was brought to 5B to be more aggressively treated for his foot wound and we could insure that medications were being given appropriately.

He has an upcoming wound evaluation at Allegheny General

He was started on Mobic for discomfort and this really upset his stomach and made him nauseated we will discontinue this medication

## Objective

| BP: | Temp: | Pulse: 69 | Resp: 14 | Wt: | SaO2: | BS: | Pain: |
|---|---|---|---|---|---|---|---|
| 120/68 | 98.3 | | | | 100 | | |

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)          074   AC_CM_000520

Vitals are stable

Chest is clear

Heart is regularly regular

Wound was not inspected will try to do so later

## Assessment

Deep right heel wound secondary to gunshot wound that left him with a footdrop and an apparent ill fitting brace that started this ulcer on his right heel

## Plan

Will DC the Mobic

He stated that he had good pain relief with a combination of gabapentin and baclofen in the past

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Donald Stechschulte MD POSTED ON 5/28/2020 10:07:59 AM EDT                    Type: MEDICAL ASSISTANT

I made a mistake the patient is not on Mobic he was on Moxifloxicin; he was unable to tolerate that secondary to GI discomfort; the wound culture showed many g positive cocci a positive rods and negative rods; the sensitivies not available yet will start an antibiotic possibly based on those culture results

Dennis Larkin Physical Therapist POSTED ON 5/28/2020 11:03:22 AM EDT                    Type: PHYSICAL THERAPIST

S: Pt seen toay pt reported pt had 10/10 pain to R LE last night but feeling better today due to pt had his pain meds.

O: Pt instructed in isometric ex with QS, GS, hip flex, hip abd/ add, active AP x 10 reps each

A:  patient I with isometrics

P:  awaiting price for AFO. Also plan to proceed with theraband PRE but cont with HEP at this time

Michael Warner RN POSTED ON 5/28/2020 3:36:34 PM EDT                    Type: NURSE

Inmate was suspected smoking and also there was found contraband in his cell

Dr S was notified and Inmate is Medical cleared to leave this POD.

Sarah Kielek CRNP POSTED ON 5/28/2020 9:00:31 PM EDT                    Type: NP NOTE

IM saw me walking through the MHU from his cell and requested to speak with me. He was inquiring about a brace and when he would be receiving it. Endorses that he does have a yellow carter pillow in his room to offload heal pressure.

Reviewed PT notes, AFO brace is still in the process of being obtained and that the plan includes a theraband pre cut resistence band for strengthening.

**MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)**

Roxanne Lutz RN POSTED ON 5/29/2020 6:43:40 AM EDT                                    Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: Provider Dr. Stechschulte notified during AM shift change report

Blood Pressure Diastolic: 60

---

JmsControllerSegregationRounds POSTED ON 5/29/2020 8:31:34 AM EDT                     Type: GROUP NOTE

The patient was Admited to Segregation Rounds when moved to LEV8 PODE 103 L.

---

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 5/29/2020 9:34:47 AM EDT               Type: MEDICAL ASSISTANT

**Subjective**

Yesterday's events appreciated apparently the patient was caught smoking some substance in his cell as result he is being transferred to a segregation cell

Culture results from his foot show many Staph look arcus negative for penicillin binding protein as he was not able to tolerate the moxifloxacin we will start him on clindamycin

**Objective**

| BP: | Temp: | Pulse: 71 | Resp: 16 | Wt: | Sa02: 98 | BS: | Pain: |
| 102/60 | 98.2 | | | | | | |

Vital stable
Chest is clear
Heart is regularly regular

**Assessment**

Patient with right footdrop and a pressure ulcer over his heel that we had moved here to get more consistent wound care was found smoking a substance of unknown type and was transferred back to DHU

Culture the wound showed a dominant staff that was negative for penicillin binding protein

**Plan**

Will change antibiotic to clindamycin
Will continue with wound care

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Jodi Lynch CRNP POSTED ON 5/30/2020 1:38:45 PM EDT                                    Type: NP NOTE

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)          AC_CM_000522

Patient seen in clinic. Pt states that current wt 144g since they've brought up as has had a real wt less. Patient was recently started on clindamycin for infectin on foot. Patient has extensive history with heel wound and has been on multiple abx treatments. Patient also taking T3s, which could be upsetting stomach. Will discontinue abx for now and keep T3, add zofran and florastor. If patient is still having GI upset will change pain med.

---

Natalie Austin PA POSTED ON 5/31/2020 4:45:32 AM EDT                    Type: PA NOTE

Wound cx reviewed- Group B strep, staph aureus, many diphtheroids.

Pt is allergic to bactrim.

Tx- Rifampin as adjunct therapy to vanco.  Will order both orally.

Cefazolin is written on lab resport, but does not say resistant or susceptible.  I called the labs- lab tech will call tomorrow with results.

---

Natalie Austin PA POSTED ON 6/1/2020 8:08:46 PM EDT                    Type: PA NOTE

I spoke with Patrick to order pt a heel cup and/or DFO insert for pt's shoe to offload the wound.

SIZE 9 shoe

---

Elon Mwaura PA POSTED ON 6/2/2020 9:40:19 AM EDT                    Type: PA NOTE

Inmate asking about his wound/care- medical aware and a plan for daily care will be put in place

---

Donald Stechschulte MD POSTED ON 6/2/2020 9:46:16 AM EDT                    Type: MEDICAL ASSISTANT

Telephone contact with Dr.Taffe of the Allegheny General Hospital Wound Center today during which she off and a video consult with the patient tomorrow at 8:00 a.m..  Because we do not have explicit in confidential structures in place we will use face time with the patient's permission.  We will discuss this with him and of make those arrangements so that we can get an expert opinion as to where we need to go from here.

---

SOAP NOTE BY: Nancy Park MD POSTED ON 6/2/2020 11:50:39 AM EDT                    Type: MEDICAL MD/DO

## Subjective

Wound Care:

Dr Stechschulte and I went to 8E pod to provide wound care.

He is doing his best to keep the right LE elevated and keep it clean and dry.

He has no new complaints or concerns today.

## Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

2.5-3 cm wound plantar surface of right heel

The wound appears more healed with less depth compared with approx 5 days ago.

There is no drainage and no odor.

---

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)                    077    AC_CM_000523

Area cleaned with saline and Dakin's Solution soaked gauze 2x2 applied to the wound and left in place by wrapping the area.

## Assessment

Chronic wound right heel

## Plan

CC wound care plan with Dakin's Solution daily.

Facetime encounter with Dr Taffe at AGH Wound Care arranged for tomorrow at 8AM

Inmate signed a consent to do the Facetime encounter and expressed an understanding of the rationale for this visit.

Further plans per opinion of Dr Taffe.

Vancomycin po and Rifampin discontinued at this time.

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Carla White RN POSTED ON 6/3/2020 7:54:25 AM EDT                    Type: NURSE

Dr Park went to inmates pod and completed wound care as directed.

---

Nancy Park MD POSTED ON 6/3/2020 9:21:16 AM EDT                    Type: MEDICAL MD/DO

8E pod visit:

Went to pod for the planned Facetime encounter with Dr Taffe at AGH Wound Care at 8 AM.

Upon entering the pod I was advised that there were other corrections issues with another inmate and that this inmate could not be brought out from his cell for the visit we had planned to do in the attorney room.

Phone call with Dr Taffe, AGH Wound Care:

Clinical summary provided to Dr Taffe verbally and at the same time she was able to review the clinical reports in EPIC which included podiatry visits.

Her recommendations are for him to be 100% NON WEIGHT BEARING.

Dakin's Solution for wound care acceptable at this time and as heals further can transition to a silver alginate.

RLE 2 layer or short stretch wraps to the RLE also advise re RLE edema.

She was also in agreement with periodic debridement.

Dr Taffe was comfortable with monitoring and if issues with healing going forward we can try to reschedule a

Facetime appt or onsite at AGH.

---

Nancy Park MD POSTED ON 6/3/2020 9:21:48 AM EDT                    Type: MEDICAL MD/DO

I will return to 8E later in day to do his wound care.

---

Nancy Park MD POSTED ON 6/3/2020 3:24:38 PM EDT                    Type: MEDICAL MD/DO

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)          078   AC_CM_000524

WOUND CARE on 8E

Right heel wound appears about the same, no necrosis present.

Right heel cleaned with saline and 2x2 pad soaked with Dakin's solution applied to site. Dressing applied over the area.

Distal pulses full, normal cap RF

Inmate discussed the need to be non weight bearing and keep the RLE elevated.

We will discuss the care needs with corrections admin

Housing on 8E is not recommended with regard his wound care.

Will need to seek stretch wraps for the right lower leg to address the edema.

AFO for the right foot drop on order.

---

Natalie Austin PA POSTED ON 6/3/2020 6:19:02 PM EDT                     Type: PA NOTE

WOUND CX SENSITIVITY update- I spoke again with AGH lab. Cephazolin (ancef) is SUSCEPTIBLE.

Oral equivalent is Cephalexin (keflex). pt has multiple allergies and sensitivites to antibiotics. Will dw team.

---

Elon Mwaura PA POSTED ON 6/4/2020 10:47:19 AM EDT                     Type: PA NOTE

Seen inmate after a shower in the shower area

Inmate still continues to talk about diarrhea, which at this point is excessive

This could be as a result of his recent antibiotic use, currently on Florastor

Spoke with Dr. Park regarding his continued care, she will be going to see him later today and is also in contact with Dr. Taffe at AGH wound care regarding his care

Wound is clean

Continue current TX plan

Loperamide 4 mg given now and 2 mg b.i.d. As needed ordered

---

Nancy Park MD POSTED ON 6/4/2020 11:38:29 AM EDT                     Type: MEDICAL MD/DO

Previous provider note appreciated.

AGH Wound Care contacted and message left for clinical staff or Dr Taffe to call me back to discuss this inmate once again and to clarify if they feel that antibiotics would be of benefit at this time.

---

Carla White RN POSTED ON 6/4/2020 12:09:52 PM EDT                     Type: NURSE

Wound care completed by Dr Park on pod.

---

SOAP NOTE BY: Nancy Park MD POSTED ON 6/4/2020 1:28:14 PM EDT                     Type: MEDICAL MD/DO

**Subjective**

Wound care on pod 8E:

He complains of some generalized pain today, goes on to say no pain at wound site.

He has had diarrhea for a few days. Loperamide started today. Past history of C diff. Not on antibiotics presently.

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)          079  AC_CM_000525

**Objective**

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |

Right LE:

some generalized nonpitting edema of the right leg, more pronounced distal to the knee, no erythema or induration, soft/NT

distal pulses full and good cap RF toes

Open wound plantar surface of right heel filling in with improving granulation at wound bed, depth about 5 mm, irregular calloused tissue at the wound margins.

No drainage and minimal odor today.

Wound care provided with Dakins Solution and dressing

## Assessment

Chronic wound right plantar heel

Right foot drop/ old GSW- AFO in care of Physical Therapy storage until he is out of segregation

LE swelling- most likely related to right foot drop and muscle atrophy of lower leg, possibly some lymphedema

Diarrhea- past hx of C diff

## Plan

Continue the current wound care regimen with Dakins solution as wet to dry dressings- daily

Coban wraps to the right lower leg above the wound- applied today

Elevation and non weight bearing as much as possible reinforced with him.

Await call back from Wound Care service about recommendation for antibiotics

Await word from corrections about possible 5B housing to provided consistent elevation of leg and complete NWB

Pain management adequate at this time, see orders.

Immodium for diarrhea

Check stool cxs and C diff toxin if diarrhea persists.

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Jodi Lynch CRNP POSTED ON 6/5/2020 12:48:05 PM EDT                                   Type: NP NOTE

Patient asked to be seen by provider on pod. Patient states that he is still having problems with diarrhea. Patient was started on immodium by doctor yesterday, discussed medication was just ordered yesterday and may take a couple of doses to take effect. Stool culture ordered, reviewed testing procedure with patient. Will order CBC and BMP as well Patient stable in cell when provider left pod.

Donald Stechschulte MD POSTED ON 6/5/2020 1:42:29 PM EDT                              Type: MEDICAL ASSISTANT

Previous notes appreciated the MA who was changing the patient's dressing also mention that he continues to have diarrhea and is under the impression he has C diff. He is not currently on antibiotics but he has been in the past and this could be a contributing factor will give him a hat and also check for C diff stool cultures have already been ordered

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)          080   AC_CM_000526

Aeriel Garner CMA POSTED ON 6/5/2020 3:07:35 PM EDT                                   Type: MEDICAL ASSISTANT

Inmate was given a hat for possible c-diff. Once the sample was obtained I notified the inmate that we could not use it because his stool was fully formed (looked like pebbles). He was given a pack of medium diapers and told to inform medical if he starts having any other issues. Inmate also reports having chills and body aches along with the diarrhea. Please become aware of why the inmate was moved to 8E to gain insight on why he might be experiencing these symptoms.

Maria Ivona Chrzastowska PA POSTED ON 6/6/2020 11:24:49 AM EDT                         Type: PA NOTE

Seg rounds: changed dressing R foot: 3 cm x 3 cm x 1 cm depth chronic plantar wound w/o signs/o infection.
Unnaboot applied up to the knee hight for support.
PMH/o GSW 2011, foot drop/neuropathy/wound RLE.

Natalie Austin PA POSTED ON 6/6/2020 8:41:24 PM EDT                                    Type: PA NOTE

Wound care was completed 6/5 by Aeriel- wound is filling in nicely.
No need for debridement at this time.

Jodi Lynch CRNP POSTED ON 6/8/2020 10:55:53 PM EDT                                     Type: NP NOTE

Patient seen on pod for wound care, wound bed is beefy red, no exudate. Ankle is swollen, warm and pink. Patient has order to elevate during day and use wheelchair. Patient cannot have wheelchair on 8E. Patient needs to be DHU. Will discuss with Dr. S regarding housing.

Nancy Park MD POSTED ON 6/9/2020 7:51:07 AM EDT                                        Type: MEDICAL MD/DO

Wound Care 8E treatment room:

No new complaints today.
Querried re depression/sadness/SI/HI and he denies- PHQ2 form completed.

Dressings and leg wrap removed.
Wound right heel is filling in with reduction of depth and granulation forming.  No odor or visible drainage.
Right leg is only swollen at level of ankle.  Distal perfusion adequate.
Wound cleaned with saline and Dakins soaked 2x2 cotton pad applied to site.
Wound area dressed with rolled gauze and then the Coban was applied over the dressing from foot to proximal tibial.

Inmate was sized for crutches, due to RHU status he is not able to keep them in cell and cannot use them out of cell due to handcuffs.  The crutches are taken to 5B nurse's station to store until he is released from RHU.
In the meantime he is strongly advised to use the wheelchair when out of his cell for rec or anything else.
100% nonWB status is encouraged to him and he will do the best he can in the present circumstance.

Nancy Park MD POSTED ON 6/9/2020 7:52:20 AM EDT                                        Type: MEDICAL MD/DO

see wound care note

segregation note completed

---

Nancy Park MD POSTED ON 6/10/2020 2:40:06 PM EDT                                    Type: MEDICAL MD/DO

Wound Care 8E treatment room:

Right heel wound appears further improved, more filled in with some granulation.

Site cleaned with saline and Dakin's soaked cotton pad applied, then wrapped with dressing and Coban wrap applied to the leg up to the knee.

He comments that another provider started an antibiotic and that he does not want it unless we do a wound culture.

At this time there is no indication of infection and I believe the benefit does not outweight the risk, clindamycin discontinued.

Continue daily wound care as ordered.

He is making satisfactory progress.

He was told that wound care has been consulted by phone x 2 by myself and Dr S; if necessary we can consult further.

Elevation of the leg and NWB reinforced today.

---

Carla White RN POSTED ON 6/11/2020 11:13:12 AM EDT                                   Type: NURSE

Wound care completed by Dr. Park on inmates pod.

---

Nancy Park MD POSTED ON 6/11/2020 1:58:59 PM EDT                                    Type: MEDICAL MD/DO

Wound Care 8E treatment room:

Right heel chronic wound continues to look good with healthy pink tissue at the base which is gradually filling in.

There is some thickened callous buildup at the margins, no overt necrosis, no odor

Overall the LE edema is improved with some residual swelling of the right ankle area, NO erythema or induration

Distal pulses full, toes warm.

Right 2nd toenail avulsed in past 24 hrs, the nail is thickened and onychomycotic and held in place at the lateral margins but avulsed at the base. No secondary infection.

Wound care to the right heel area provided as usual with Dakin's solution wet to dry dressing.

The right leg was wrapped with Coban from ankle to proximal lower leg.

The right 2nd toe was cleaned with saline and a bandaid was applied to prevent further irritation.

I left a message with AGH Wound Care to set up a virtual/facetime type visit to have him assessed.

A housing form was completed stating that when he is ready for transfer off of 8E the medical staff wants him on

5B initially for wound management and improved ability to comply with nonWB status.

He should have some wound debridement when off of 8E.

---

Donald Stechschulte MD POSTED ON 6/11/2020 2:57:56 PM EDT                            Type: MEDICAL ASSISTANT

The secretary from the Allegheny General Wound Clinic called and said that Dr.Taffe would like to set up a tele conference with of this patient via face

Jodi Lynch CRNP POSTED ON 6/11/2020 3:27:27 PM EDT      Type: NP NOTE

Patient A&OX3 standing at door during seg rounding. Patient states that he is still having pain in legs. Questioned if I was going to do wound care. I advised him that Dr. Park would be up to do his wound care. Patient agreeable. States that his toenails are falling off then showed me his R second toenail that is almost completely off. No bleeding or swelling of toe, foot, or ankle. Patient given ankle sleeve to help with compression of ankle, reviewed how to apply and how long to wear it if he decides to do so. Patient in stable condition when provider left pod.

Sarah Kielek CRNP POSTED ON 6/16/2020 9:48:26 AM EDT      Type: NP NOTE

seg rounds- not in cell during rounds.

Nancy Park MD POSTED ON 6/16/2020 2:03:01 PM EDT      Type: MEDICAL MD/DO

Epic Review 6/16/20 Triangle Urology, Dr Bagga

Diagnosis of right epididymal cyst based on exam and past US scrotum 11/2019

Repeat US scrotum and testicles requested and this was ordered/approved

Nancy Park MD POSTED ON 6/16/2020 2:13:56 PM EDT      Type: MEDICAL MD/DO

Wound Care/Virtual Visit on Facetime with Dr Taffe 6/16/2020:

Encounter occurred in the attorney room across from 8E pod.

Dr Taffe reviewed his PMH and history of his wound/treatments

A)  Chronic open wound right plantar heel

Plan

Dr Taffe advises 100% non wieght bearing status

Dressing changes daily or bid if possible

She recommends a silver alginate product at this time to pack the wound but if the wound regresses we can go back to Dakin's solution.

Continue compression of the right leg.

Physiatry evaluation suggested to address his AFO to see if appropriate for the situation or if there are any other suggestions.

Nancy Park MD POSTED ON 6/17/2020 7:13:13 AM EDT      Type: MEDICAL MD/DO

NOTE:

Future order for 6/20/20 placed for T3- 1 q PM for leg pain, #30x0

Aeriel Garner CMA POSTED ON 6/17/2020 8:30:58 PM EDT      Type: MEDICAL ASSISTANT

wound care was done again by Shaunice and I.

Esther Stanton PA POSTED ON 6/18/2020 9:43:51 AM EDT                                    Type: PA NOTE

Seg rounds: inmate seen on seg rounds complaining that he is supposed to be nonweight bearing and does not have a wheel chair and that his wound dressing was supposed to be changed to silver alginate which was not yet done. I verified in his video consult with wound care that he is non-weight bearing and is supposed to start the silver alginate. I conferred with Dr. Park, who was in the vidio visit, that he will start the silver alginate today. Inmate does have a wheel chair for use out of his cell but is not allowed to have crutches on 8E. He will be moved in the near future from 8E where he will be allowed crutches and the wheel chair to maintain full non weight bearing status, per Dr. Park.

Nancy Park MD POSTED ON 6/18/2020 1:41:18 PM EDT                                    Type: MEDICAL MD/DO

Wound Care 8E:

Wound care orders changed today to reflect the change to Biatain Alginate.

Right heel wound appears similar with some slight increase of darkened tissue adjacent to the healthy tissue which is filling in, thickened callous present at the wound margins, some odor today, no visible drainage, RLE NT, no pitting edema, right ankle swollen but improved
Wound cleaned with Dakin's solution, patch of Biatain Alginate Ag applied to the wound and dressing applied over the area.
Coban applied from the midfoot to the infrapatellar area.

Anticipate probable transfer off of DHU to a regular pod; HC cell has been requested to insure NWB status.
When he moves out of 8E he will get his crutches which are being held on 5B. He states he prefers no WC but advised to consider until we see how he does.

Will call him to 5B treatment room when off of 8E so that debridement of wound can be performed.

JmsControllerSegregationRounds POSTED ON 6/19/2020 9:44:03 PM EDT                   Type: REMOVE FROM QUEUE

The patient was discharged from Segregation Rounds when moved out of LEV8 PODE 103 L.

Colette Jones RN POSTED ON 6/20/2020 2:43:39 AM EDT                                    Type: NURSE

Inmate was upset his dressing was not change son RN went to 3B to do his dressing. The base of right innner heel wound was dark pink with margins of wound filling in with layered thickened callous skin around wound, bloody drainage on floor as if inmate had walk on floor, right ankle swollen, wound was cleaned with Dakin's solution, patch of Biatain Alginate Ag applied to the wound and dressing applied over the area with Coban from the midfoot to the ankle area. Inmate tolerted procedure well.

Esther Stanton PA POSTED ON 6/23/2020 11:38:38 AM EDT                                    Type: PA NOTE

S: Patient stated he was not worried about his pain management today but worried about his wound. He has chronic non-healing wound to right heel. He is followed closely in wound care and had phone consult with wound care very recently. Wound care recommendations are being completed as recommended by Dr. Taffe in a wound care virtual consult 7 days ago
O: AAOx3 NAD
   Right heal wound with drainage through the sock
A/p Chronic wound- continue care as directed in recent orders by Dr. Taffe. Inmate will contiue on T3 and baclofen.

Michael Warner RN POSTED ON 6/23/2020 3:59:22 PM EDT                              Type: NURSE

Seg/Clearnce Temp-98.5

---

Kristen Raypush RN POSTED ON 6/23/2020 4:16:17 PM EDT                            Type: NURSE

Dr. Park perfomed wound care on inmate in triage on 5B.

---

Dennis Larkin Physical Therapist POSTED ON 6/24/2020 9:52:52 AM EDT       Type: PHYSICAL THERAPIST

S: Pt seen today pt amb with B crutches pt reported he is now NWB to R LE due to heel wound. Pt c/o mod R LE pain

O: Pt review HEP with isometric ex with QS, GS, hip flex, hip abd/ add, active AP x 10 reps each

A:  patient I with isometrics pt without c/o with post tx session

P:  awaiting price for AFO. Also plan to proceed with theraband PRE but cont with HEP at this time

---

Nancy Park MD POSTED ON 6/24/2020 1:09:17 PM EDT                          Type: MEDICAL MD/DO

wound care:

physician and MA provided wound care today per wound care orders

addendum:

late entry- wound care was provided by myself on 6/23/20

the right heel was cleaned with Dakin's solution, debridement was performed with a #15 scalpel, Dakin's soaked 2x2 applied over the site and a

dressing was applied.

Coban was applied to the distal RLE after the wound care was completed

---

Carla White RN POSTED ON 6/25/2020 10:15:58 AM EDT                               Type: NURSE

Inmate called to 5B for wound care.

---

Nancy Park MD POSTED ON 6/25/2020 1:45:56 PM EDT                          Type: MEDICAL MD/DO

wound care:

wound care provided with the RN on 5B

right heel wound cleansed/irrigated with dakins soln

dakin's soaked 2x2 place in the wound site

area covered with dressing

coban applied to the right lower leg

non WB status reinforced- he stated doing it 90-95% of the time

crutches adjusted for a better fit

---

Maria Ivona Chrzastowska PA POSTED ON 6/28/2020 11:32:57 AM EDT                    Type: PA NOTE

S/p medical emergency s/p fall while walking on crutches in the common area.

Inm on the ground when medical team arrived, NAD, awake alert w/o bleeds or bruising.

Reports severe pain of R foot and T#3 is not helping-prefers T#4, didn't sleep last night-feels frustrated w/headache.

We took crutches out, brought his wheelchair-wheeled closer to his cell to change R foot dressing.

Chronic R plantar ulceration healing very well w/good granulation w/o sxs/o infection-rinsed w/NNS, cleaned w/iodine, applied bacitracin/gazes and kerlix.

PLAN:

- cont. ongoing wound care-ongoing excellent results of healing

- no crutches for now to avoid falls

- will exchange inm's wheelchair 2/2 brakes malfunction

- tylenol/ibuprofen for a headache now

- sleep hygiene recommended

Maria Ivona Chrzastowska PA POSTED ON 6/28/2020 1:53:17 PM EDT                    Type: PA NOTE

delivered wheelchair to pod-it's a bigger size but brakes are working.

Will exchange for a reg size when availble.

ADONs aware via email.

SOAP NOTE BY: Nancy Park MD POSTED ON 6/29/2020 3:35:54 PM EDT                    Type: MEDICAL MD/DO

### Subjective

3B wound care visit/ followup:

previous note appreciated

he is complaining of ongoing right foot and ankle pain which has worsened in the past 7-10 days

he is concerned about the wound odor and the healing process

he has had some nausea today, no vomiting

Crutches taken away from him on his pod due to a fall on the pod yesterday

New shower chair taken to his pod today for his use.

He states that he has pain of the penis, he asks me to check the area.

### Objective

BP: /        Temp:        Pulse:        Resp:        Wt:        Sa02:        BS:        Pain:

Right heel ulcerative wound appears more filled in with pink tissue inferiorly with some gaping at the superior aspect of the wound

There is malodorous drainage on the dressing when removed.

The wound was copiously irrigated with Dakin's solution and cleaned with a Dakin's soaked 4x4.

2x2 gauze pad soaked with Dakin's and packed into the wound and laid on the surface.

The usual dressing was applied- telfa over site wrap with rolled gauze and 4x4's also place for padding when wrapping the area.

Coban was applied from the proximal foot to the infrapatellar area of right leg.

### Assessment

Right heel chronic wound- slow healing process

cystic lesion- right

small right testicular hydrocoele

small left epididymal head cyst 0.64 cm

Pain penile shaft per inmate

## Plan

Debride the wound once again in 1-2 days

Do a wound culture at the debridement session

repeat right foot and ankle xray due to increased pain

trial of a post op shoe for the right foot when he comes for debridement- size 9.5-10

I have increase the gabapentin to 1200 mg bid

I gave him zofran 8 mg on the pod for nausea and ordered 4 mg bid x 3 days

Increase T4 to 1.5 q PM

Benadryl hs x 7 days for sleep

Fax scrotal US report to urology tomorrow

Do a GU/penis exam next encounter for wound care, will likely require that urology address this issue

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Vincent O'Reilly RN POSTED ON 6/29/2020 8:52:12 PM EDT — Type: NURSE

Admit to 5C. Close observation. Gown only for safety. VO S. Mundy PA-C/V O'Reilly RN

Vincent O'Reilly RN POSTED ON 6/29/2020 9:12:43 PM EDT — Type: NURSE

Per Dr. Park, Inmate given 1.5 tabs of tylenol #3, and 1200mg of gabapentin.

Nancy Park MD POSTED ON 6/30/2020 12:16:11 PM EDT — Type: MEDICAL MD/DO

Phone call with MH- Tom Patts

Concern that gabapentin is exacerbating depressive sxs.

I have decreased the dose to 600 mg bid at this time.

Nancy Park MD POSTED ON 6/30/2020 3:18:27 PM EDT — Type: MEDICAL MD/DO

I spoke with Chief Laura Williams and we will transfer inmate to MHU, form completed.

Natalie Austin PA POSTED ON 6/30/2020 4:12:07 PM EDT — Type: PA NOTE

LATE entry- pt was seen on 5C for foot debridement. Pt denied NVFC. NAD.

PROCEDURE NOTE:

R heel- non healing wound

Area- 2.25 cm x 2.25 cm debridement

Removed 3 cc gray malodorous adherant nonviable material

Used #11 blade and forceps

No cx obtained.

Cleaned wound with NSS and dakiins solution; packed area with WDD dakins, covered with telfa/4x4s, kerlex and coban.  Lateral foot Xray tomorrow to r/o osteomeylitis.  Pt tolerated procedure well. Min blood loss.

---

Natalie Austin PA POSTED ON 6/30/2020 4:13:48 PM EDT                                      Type: PA NOTE

Vitamin C and Zinc ordered for wound healing; cont boost.

---

Vincent O'Reilly RN POSTED ON 6/30/2020 5:24:06 PM EDT                                      Type: NURSE

Temp 98.8 prior to transfer.

---

Vincent O'Reilly RN POSTED ON 6/30/2020 9:08:17 PM EDT                                      Type: NURSE

All meds transfered to 5B and were checked/signed. Tranfer without incident at 2100.

---

Kristen Wilson-Hall RN POSTED ON 6/30/2020 9:09:42 PM EDT                                      Type: NURSE

IM arrived to the 5B medical housing unit safely. Pt specific medications were delivered, narcs signed into the book and confirmed by another RN. Safety maintained.

---

Kristen Raypush RN POSTED ON 6/30/2020 10:18:19 PM EDT                                      Type: NURSE

Late entry 6/30/20 1000

1200mg Gabapentin given as per orders prior to the order change to 600mg BID.

---

Patricia Brewer LPN POSTED ON 7/1/2020 5:09:01 AM EDT                                      Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: Dr.S. given a copy of the vitals

Blood Pressure Diastolic: 53

---

SOAP NOTE BY: Nancy Park MD POSTED ON 7/1/2020 10:32:19 AM EDT                                      Type: MEDICAL MD/DO

**Subjective**

Transferred from SCHU M-13 yesterday in order to promote NWB status and cleanliness and to continue agressive wound care measures. He expresses a willingness to cooperate with this plan.

C/o some nausea this AM and thinks it may be due to the T3 dose and asks to reduce it.

Mood stable today, no SI/HI/AH/VH

## Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|---|---|---|---|---|---|---|---|

AVSS per record

Lungs CTAB

COR RRR

WOUND CARE: wound right heel cleaned with Dakin's soln and then irrigated with Dakin's using a 10 cc syringe

wound packed with a Dakin's soaked 2x2 gauze and then dressing of telfa and rolled gauze applied. Coban applied from right ankle area to the infrapatellar area of leg

Post op shoe obtained from supply coordinator and inmate will use it to protect the foot and keep dressing clean and dry during the daytime.

## Assessment

Chronic slow healing wound right heel

One kidney- inmate not sure which side, one kidney surgically removed

GSW- hx of right ankle fusion/ foot drop

## Plan

CC wound care regimen daily. Coban application to RLE. Wound last debrided 6/30/20.

Reduce T3 dose to 1 q PM for pain re possible cause of nausea

He avoids NSAIDS due to renal history- last renal function 5/14/20 WNL

NWB status- he uses WC and crutches

Urged to shower daily

Limit personal belongings and commissary collections in cell in order to have the floor cleaned daily.

Wound care appt 7/9/20

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Maria Ivona Chrzastowska PA POSTED ON 7/1/2020 5:51:40 PM EDT                    Type: PA NOTE

Inm asked for tylenol for pain; stated has no true allergy to ibuprofen, GI ADRs are significant though.

Donald Wilt Physical Therapist POSTED ON 7/2/2020 8:09:09 AM EDT                Type: PHYSICAL THERAPIST

Therapist met with patient, increase pain and fear of falling- usig w/c at this time to remain complaint with NWB status. Plan to proceed with theraband PREs next session if pain better controlled as states his sx are worse and limited tolerance to activity at this time

SOAP NOTE BY: Nancy Park MD POSTED ON 7/2/2020 12:03:14 PM EDT                                      Type: MEDICAL MD/DO

### Subjective

PT note appreciated.

He states that his right leg is painful, he would like a consideration for increasing the T3, he adds that he thinks the supplements that were added to his meds- zinc and vit C- may have caused his nausea.

### Objective

BP: /     Temp:     Pulse:     Resp:     Wt:     Sa02:     BS:     Pain:

AVSS as per record

alert NAD

Lungs CTAB

COR RRR

MSK- evaluate right foot in wound care after his shower

### Assessment

chronic wound right heel

GSW- right foot drop and hx of right ankle fusion

hx of nephrectomy

### Plan

CC wound care regimen, he is making slow progress

AGH wound care appt 7/9/20

100% NWB reminded/urged- WC/crutches available to him

Post op shoe to keep the right foot clean and protected

Daily showers

CC meds

I will increase the T3 to 0.5 in AM and 1 in PM- as wound heals further I will reduce the dose again

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Nancy Park MD POSTED ON 7/2/2020 1:26:23 PM EDT                                      Type: MEDICAL MD/DO

Right foot and ankle xrays from 7/2/20 reviewed with Dr Stechschulte.

Per radiology report and our review of xrays there has been interval change of the calcaneous showing probable osteomyelitis. Ankle views unchanged.

Voice message left at AGH Wound Care for Dr Taffe to call back to discuss next steps. Inmate does have appt with Dr Taffe on 7/9/20.

He has surgical hardware in his right ankle which could be a consideration for doing an MRI.

Nancy Park MD POSTED ON 7/2/2020 1:28:16 PM EDT        Type: MEDICAL MD/DO

Wound Care:

Inmate's wound was cleaned and irrigated with Dakin's solution and wound packed with Dakin's soaked 2x2.

Dressing applied and lower leg wrapped with Coban.

Nancy Park MD POSTED ON 7/2/2020 1:29:08 PM EDT        Type: MEDICAL MD/DO

Wound culture performed during wound care today.

Nancy Park MD POSTED ON 7/2/2020 1:46:23 PM EDT        Type: MEDICAL MD/DO

Dr Taffe reviewed the xrays and her clinical staff called stating that she wants him to see Dr Sferra- 412-359-3895

Dr Sferra's office called and message left with his scheduler Jade to call back to set up an appt. asap.

SOAP NOTE BY: Maria Ivona Chrzastowska PA POSTED ON 7/3/2020 11:31:55 AM EDT        Type: PA NOTE

### Subjective

Seen in cell, reports R foot pain s/p debrided/cx is pending.

XR w/plantar ulceration w/sinus tract/osteomyelitis.

### Objective

| BP: | Temp: | Pulse: | Resp: 18 | Wt: | SaO2: 98 | BS: | Pain: |
|---|---|---|---|---|---|---|---|
| 125/60 | 97.9 | 106 | | | | | |

NAD

RRR

CTA

chronic R plantar fulcer/foul odor noted

### Assessment

- R plantar ulceration w/evolving osteomyelitis per XR
- h/o GSW RLE/hardware
- ambulatory dysfuction
- chronic pain syndrome

### Plan

- clindamycin Rx while wound cx pending
- tramadol 50 mg/tylenol 650 mg TID/d/c T#3

D/w dr S.

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Maria Ivona Chrzastowska PA POSTED ON 7/3/2020 11:33:35 AM EDT                    Type: NURSE

Abnormal Vital Signs/Readings: 60

Blood Pressure Diastolic: 60

---

Natalie Austin PA POSTED ON 7/4/2020 7:49:13 PM EDT                    Type: PA NOTE

Spoke with pt about his vit c and zinc, which helps with wound healing. He said he had GI upset when taking in the morning, so he has been refusing it.

O- vss

in W/c, surgical boot intact- had wound care earlier

odor almost resolved per nurse

A- non healing foot ulcer, right

P- cont dakins as ordered, offlooad; changed vit c and zinc to pm to see if he can tolerated it better after dinner. He agreed to try it at that dosing time.

---

Dina Smith RN POSTED ON 7/5/2020 5:32:20 AM EDT                    Type: NURSE

Abnormal Vital Signs/Readings: Send Alert to Nurse's Queue

Blood Pressure Diastolic: 54

---

Maria Ivona Chrzastowska PA POSTED ON 7/5/2020 6:57:08 AM EDT                    Type: PA NOTE

Reviewed wound cx sent 7/2/20-w/rare Proteus vulgaris and many Strep spp, gr B.

Susceptibility reviewed but due to multiple abx Rx ordered augmentin that could cause cross rxn w/cephalosporins-inm was on augmentin Rx previously.

Added PPI and probiotic course.

Will f/u closely.

---

Dennis Larkin Physical Therapist POSTED ON 7/6/2020 10:38:10 AM EDT                    Type: PHYSICAL THERAPIST

S: Pt seen today pt amb with B crutches Pt c/o mod R LE pain

O: Pt performed ex with QS, GS, Man hip flex, hip abd/ add, active AP, green T band with LAQ, HS curls all ex 2 x 10 reps each 2 x 10 reps each

A:  patient I with isometrics pt without c/o with post tx session

P:  awaiting price for AFO. Also plan to proceed with theraband PRE but cont with HEP at this time

SOAP NOTE BY: Nancy Park MD POSTED ON 7/6/2020 1:31:04 PM EDT                    Type: MEDICAL MD/DO

## Subjective

He is not interested in discussing his status with me today. He does admit to ongoing right foot/ankle pain.

Wound culture grew grp B strep and now on Augmentin day 2.

## Objective

BP: /     Temp:     Pulse:     Resp:     Wt:     Sa02:     BS:     Pain:

AVSS per record

Wound: right heel wound evaluated in treatment room during wound care session.

appox 1.5 cm dimension, much more filled in with healthy red tissue, no odor

wound care provided by nurse with Dakin's solution to clean and Dakin's soaked 2x2 applied over site, dressing applied

## Assessment

chronic wound right heel- recent wound culture Group B strep

xray evidence of early osteomyelitis right calcaneous

right foot drop/hx right ankle fusion/GSW

chronic pain

## Plan

Scheduler advised of need to make an appt with Dr Sferra for ugently.

In the meantime continue the wound care regimen with Dakin's solution which has worked the best for him.

Pain being managed with gabapentin, tylenol and tramadol

Continue Augmentin for now

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Sheldon Summers RN POSTED ON 7/7/2020 5:25:48 AM EDT                    Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: providers during am report

Blood Pressure Diastolic: 56

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 7/7/2020 10:37:23 AM EDT                    Type: MEDICAL ASSISTANT

## Subjective

Patient states that the odor of his foot has definitely improved but it is more swollen this morning. I think the swelling is secondary to the wrapping of

his calf that is too tight will discuss with Dr Park

## Objective

| BP: 108/56 | Temp: 100 | Pulse: 81 | Resp: 16 | Wt: 141 | Sa02: 99 | BS: | Pain: |
|------------|-----------|-----------|----------|---------|----------|-----|-------|

Low-grade temp of 100 degrees

Chest is clear

Heart is regularly regular

Slowly improving clinical ulcer on his right heel but x-rays are suspicious for osteo myelitis

## Assessment

Patient with no sensation in his foot that his been fused developed a AE heel ulcer that has been refractory to treatment

Patient has follow-up appointment with orthopedics later this week

## Plan

Will continue the same for now until he sees the orthopedic service

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Donald Stechschulte MD POSTED ON 7/7/2020 10:37:51 AM EDT                Type: NURSE

Abnormal Vital Signs/Readings: Patient is asymptomatic at this point

Blood Pressure Diastolic: 56

---

Nancy Park MD POSTED ON 7/7/2020 11:08:01 AM EDT                Type: MEDICAL MD/DO

Wound Care

Inmate seen in the 5B treatment room in presence of an officer.

Dorsum right foot mod swollen with some pitting edema, NO erythema or induration, DP/PT pulses full, good cap RF

Ulcerative open wound plantar surface of right heel, approx 17 mm diameter, approx 1 cm depth

Healthy granulated tissue present.

Area cleaned and irrigated with Dakin's solution.

gauze 2x2 opened and fluffed and soaked with Dakin's which was then applied to the open wound.

Nonstick Telfa applied over the area and then foot and ankle wrapped with rolled gauze.

COBAN WRAP WAS NOT APPLIED TO THE RIGHT LEG AT THIS TIME DUE TO THE SWELLING OF FOOT.

The foot will be rechecked later in day and if swelling down consider wrapping leg with Coban at that time or waiting until tomorrow.

Inmates treatment plan at ACJ was reviewed with him and rationale was explained regarding wound care, culture results, antibiotic, Boost nutritional supplement. He was reminded of the importance of non weight bearing and leg elevation for wound healing with use of WC and crutches. He was advised that hygiene with daily showers should be adhered to.

Recent xray results rev2ll2d ... cv#00493-KET plan for treatment pre-surgery ... ... re to iRaget49in oftild:2d about necessary steps in his care; he was advised that they may recommended further testing, possible surgery and possibly IV antibiotics. He will need close followup regardless.

His weight today is 142 (down about 20 lbs x 6 months)

He attributes weight loss to poor appetite.

He was encouraged to take the Boost supplement and do the best he can with his diet.

Followup bloodwork ordered.

---

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 7/8/2020 6:58:54 AM EDT          Type: MEDICAL ASSISTANT

### Subjective

Previous notes appreciated

Patient seems to be doing much better this a.m., he is afebrile his foot is significantly less swollen this morning

### Objective

| BP: 120/61 | Temp: 98.6 | Pulse: 85 | Resp: 16 | Wt: | Sa02: 99 | BS: | Pain: |

Vitals are stable

Chest is clear

Heart is regularly regular

Right foot swelling has diminished markedly he is not wearing any Coban wrap at this point

### Assessment

Chronic wound infection of the right heel possible osteo

Has an appointment with orthopedics this Friday

### Plan

Will continue with our current plan here for now

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Michael Warner RN POSTED ON 7/8/2020 9:18:03 PM EDT          Type: NURSE

Inmate refused Zinc and Florster for the second night in row

Inmate states the meds make him sick to his stomach

---

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 7/9/2020 9:29:52 AM EDT          Type: MEDICAL ASSISTANT

### Subjective

Patient is complaining of GI issues this morning he stated that they seem to come on with the onset of the use of Augmentin which I explained was very common specially diarrhea and he mentioned that that was an issue as well. I explained that it is helpful to have food in your stomach when Augmentin is taken

## Objective

| BP: | Temp: | Pulse: 66 | Resp: 16 | Wt: | Sa02: 97 | BS: | Pain: |
|-----|-------|-----------|----------|-----|----------|-----|-------|
| 123/59 | 97.1 | | | | | | |

Vitals are stable

Heart is regularly regular

Chest is clear

Foot is far less edematous it is currently wrapped he does have the Coban on his lower leg

## Assessment

Chronic heel ulcer with possibility of osteomyelitis

## Plan

We will continue same medications including Augmentin he is scheduled to see orthopedics tomorrow

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Donald Stechschulte MD POSTED ON 7/9/2020 9:30:09 AM EDT                                   Type: NURSE

Abnormal Vital Signs/Readings: Patient is asymptomatic

Blood Pressure Diastolic: 59

SOAP NOTE BY: Nancy Park MD POSTED ON 7/9/2020 11:50:15 AM EDT                    Type: MEDICAL MD/DO

## Subjective

Wound Care:

Earlier progress note reviewed.

He continues to lack appetite.

PHQ2/PHQ9=0

Denies SI/HI/AH/VH

No other new concerns at this time.

No fever past 48 hours

## Objective

| BP: | Temp: | Pulse: 66 | Resp: 16 | Wt: | Sa02: 97 | BS: | Pain: |
|-----|-------|-----------|----------|-----|----------|-----|-------|

Right Heel Wound:

15 mm diameter and approx 1 cm depth

Callous buildup around the margins.

No odor

Tissue within the open wound is pink and granulated; NO visible drainage or necrosis

Wound cleaned with Dakin's Solutions, Dakin's soaked 2x2 gauze soaked with Dakin's applied to the wound.

Dressing applied over the area.

COBAN used to wrap the right leg from mid foot to infrapatellar area.

## Assessment

Chronic right heel wound

Evidence of osteomyelitis right calcaneous on recent xrays.

Weight Loss/poor appetite

## Plan

Wound care per above

He has orthopedic appt with Dr Sferra tomorrow 7/10/20 to determine next steps in evaluation and care.

Ortho can access recent xray results.

Bloodwork drawn today which can be viewed by ortho on EPIC- CMP, CBC, ESR, CRP, prealbumin

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Patricia Brewer LPN POSTED ON 7/10/2020 4:24:48 AM EDT                    Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: D.Turcinhodzic, PA-C

Blood Pressure Diastolic: 57

Maria Ivona Chrzastowska PA POSTED ON 7/10/2020 9:49:15 AM EDT                    Type: PA NOTE

Seen at Sallyport-wound care R foot done as per guidance.

Maria Ivona Chrzastowska PA POSTED ON 7/10/2020 9:53:04 AM EDT                    Type: PA NOTE

C/o diarrhea-received bismatrol dose.

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 7/10/2020 10:04:05 AM EDT                    Type: MEDICAL ASSISTANT

## Subjective

Patient still having dyspepsia with the taking of his Augmentin; no new concerns regarding his foot at this point. He is somewhat frustrated about not seeing the specialist which is scheduled for later on today

## Objective

| BP: | Temp: | Pulse: 74 | Resp: 14 | Wt: | Sa02: | BS: | Pain: |
|-----|-------|-----------|----------|-----|-------|-----|-------|
| 113/57 | 97.1 | | | | 100 | | |

Vitals are stable

Chest is clear

Heart is regularly regular

## Assessment

Long-term pressure ulcer in his right heel that possibly has developed osteo myelitis of the calcaneus

Nausea associated with Augmentin; will add Zofran with the Augmentin

## Plan

To follow-up with orthopedic surgery today

Will add Zofran to the Augmentin

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Donald Stechschulte MD POSTED ON 7/10/2020 10:04:13 AM EDT                    Type: NURSE

Abnormal Vital Signs/Readings: Remains asymptomatic

Blood Pressure Diastolic: 57

---

Maria Ivona Chrzastowska PA POSTED ON 7/10/2020 11:38:15 AM EDT                    Type: PA NOTE

Reviewed labs: sed rate and CRP elevated.

Thrombocytosis 656, likely reactive w/ongoing foot infection/osteo.

Albumin 3.9 wnl, prealbumin decreased 14.0 (17-42).

WBC wnl, hgb 12.3<13.8 in May.

---

Donald Stechschulte MD POSTED ON 7/10/2020 1:31:06 PM EDT                    Type: MEDICAL ASSISTANT

Apparently late yesterday afternoon of Dr. Sferra's office called and canceled the appointment stating it was an interval appropriate referral and the patient should be seen by podiatry. In fact the patient was seen by podiatry who then referred the patient to the wound care clinic who then stop referred the patient specifically to Dr. Sferra

who is the head of foot and ankle issues at Allegheny. After numerous phone calls and in terminal bull weight is on hold I was able to speak to the scheduling person in the residents Clinic who stated that he could be seen by them next week at 1:30 p.m. On Friday the 17th of July. I will take that

---

Donald Stechschulte MD POSTED ON 7/10/2020 1:54:00 PM EDT                    Type: MEDICAL ASSISTANT

Patient has been scheduled for a follow-up appointment on the 17th. I explained to the patient that he was scheduled to go out today at the last minute the orthopedic office called and canceled it and it was just made known to me just as he was supposed to be leaving. He was appropriately upset and I explained that I will do everything I can to ensure that he makes his appointment.

---

Kristen Wilson-Hall RN POSTED ON 7/11/2020 4:38:11 AM EDT                    Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: Provider made aware. Asymptomatic.

Blood Pressure Diastolic: 59

---

Maria Ivona Chrzastowska PA POSTED ON 7/11/2020 7:54:28 AM EDT                    Type: PA NOTE

Reviewed VS-stable, remains afebrile, uneventful night as per RN report.

Cont. current Rx/wound care.

Awaiting ortho-foot spec. appt next week

---

Natalie Austin PA POSTED ON 7/12/2020 4:18:22 AM EDT                    Type: PA NOTE

Saw pt in cell- RLE- elevated on bed; he said it feels better with the ted hose off. Pain is minimal now.

O- vss, NAD

RLE trace edema, good color, no blisters, dried ss drainage on plantar dressing/kerlex

psych- A&O x 3

A- chronic non healing foot ulcer with osteo

P- cont as planned- ortho surgery r/s for Friday 7/17.

Cont vit c and zinc for wound healing.

---

Natalie Austin PA POSTED ON 7/12/2020 4:31:13 AM EDT                    Type: PA NOTE

Calcaneus xray ordered- R heel.

Observe improvement or decline of osteomyelitis since starting antbx.

---

Patricia Brewer LPN POSTED ON 7/13/2020 4:49:41 AM EDT                    Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: Dr. Park

Blood Pressure Diastolic: 58

---

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)          099    AC_CM_000545

SOAP NOTE BY: Nancy Park MD POSTED ON 7/13/2020 1:45:03 PM EDT                                      Type: MEDICAL MD/DO

## Subjective

Events of last week noted and efforts to reschedule the orthopedic appt appreciated. The referral states ortho appt rescheduled for 8/17/20, several provider notes say 7/17/20. I was unable to reach clinic manager/scheduler to clarify this discrepancy.

He denies any new concerns at this time. I did explain that we had to reschedule the ortho appt due to the previous appt cancelled by ortho.

Recent labs reviewed which support osteomyelitis risk with inc ESR/CRP. Low prealbumin indicates poor nutritional status, he has lost weight with this infection and has no appetite.

## Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

AVSS today

Skin:

right heel ulcerated wound has further filled in since last week in diameter 1 cm and depth 0.75 cm

healthy granulation present, no necrosis visible

WOUND CARE: His usual wound care was performed with the assistance of MA

cleaned with Dakin's Solution and Dakins soaked 2x2 gauze applied, wrapped with rolled gauze dressing.

Coban applied to right lower leg

## Assessment

Chronic right heel wound

Underlying osteomyelitis- xray evidence as well as elevated ESR/CRP

## Plan

Repeated plain films ordered previously for comparison

Clarification needed for his rescheduled ortho appt

Continue the wound care as ordered

Continue supportive measures, nutritional supplements

CC meds/pain management

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Dennis Larkin Physical Therapist POSTED ON 7/14/2020 9:05:45 AM EDT                                      Type: PHYSICAL THERAPIST

S: Pt seen today pt amb with B crutches mod I pt NWB to

O: Pt performed ex with QS, GS, Man hip flex, hip abd/ add, active AP, green T band with LAQ, HS curls all ex 2 x 10 reps each 2 x 10 reps each

A: patient I with isometrics pt without c/o with post tx session

P: awaiting price for AFO. Also plan to proceed with theraband PRE but cont with HEP at this time

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)                    100    AC_CM_000546

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 7/14/2020 9:55:05 AM EDT                    Type: MEDICAL ASSISTANT

## Subjective

Patient fairly comfortable has no new complaints this a.m. Is frustrated about the canceled appointment last week as I am

## Objective

| BP: 112/66 | Temp: 97 | Pulse: 62 | Resp: 18 | Wt: | SaO2: 98 | BS: | Pain: |

Vital stable
Chest is clear
Heart is regularly regular

## Assessment

Chronic pressure ulcer his right calcaneus area with suspected osteomyelitis

## Plan

Continue dressing changes
He does have an orthopedic appointment later this week

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Nancy Park MD POSTED ON 7/14/2020 11:49:54 AM EDT                    Type: MEDICAL MD/DO

Wound Care:
Right LE heel wound further improved today, approx 1 cm diam, 0.5 cm depth
Healthy pink appearing granulated tissue, no visible drainage.
Area cleaned with Dakin's Solution and an irrigated with Dakins also.
2x2 gauze Dakins soaked pad place over the wound.
Dressing applied over the area.
Coban applied from the mid foot to the right infrapatellar area.

Patricia Brewer LPN POSTED ON 7/15/2020 6:25:44 AM EDT                    Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: Dr.S.-given a copy of the vitals

Blood Pressure Diastolic: 49

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 7/15/2020 8:34:36 AM EDT                    Type: MEDICAL ASSISTANT

## Subjective

Patient stated he has no new complaints this a.m.

His foot does not seem to be bothering him at this point

Previous dressing change acknowledged in appreciated

## Objective

| BP: | Temp: | Pulse: 62 | Resp: 14 | Wt: | Sa02: 99 | BS: | Pain: |
|-----|-------|-----------|----------|-----|----------|-----|-------|
| 107/49 | 97.4 | | | | | | |

Vitals are stable

Chest is clear

Heart is regularly regular

Foot is slightly swollen but no where near what it was

## Assessment

Infected pressure ulcer that has definitely been improving but a very strong concern for the possibility of osteomyelitis of his right calcaneus

## Plan

He has an appointment with orthopedics this week on the 17th

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Nancy Park MD POSTED ON 7/15/2020 9:59:15 AM EDT                    Type: MEDICAL MD/DO

Wound Care:

Right heel wound looks clean with no visible drainage and healthy granulation tissue.

Site cleaned with Dakin's Solution and irrigated with Dakin's Solution.

2 x 2 gauze pad soaked with Dakin's applied over the right heel wound and the area was covered with a dressing.

Coban applied from the right mid foot to the right infrapatellar area of the leg.

Patricia Brewer LPN POSTED ON 7/16/2020 4:48:10 AM EDT                    Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: D.Turcinhodzic

Blood Pressure Diastolic: 48

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 7/16/2020 8:46:24 AM EDT                    Type: MEDICAL ASSISTANT

## Subjective

Patient had an uneventful night he has no new complaints for any complaints without matter this morning

## Objective

| BP: 104/48 | Temp: 98.2 | Pulse: 85 | Resp: 14 | Wt: | Sa02: 96 | BS: | Pain: |
|---|---|---|---|---|---|---|---|

Vitals remained stable

Chest is clear

Heart is regularly regular

## Assessment

Patient has improving heel wound we are still very concerned about the possibility of osteomyelitis of the calcaneus

## Plan

Scheduled to see orthopedics tomorrow

Ongoing wound care

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Dennis Larkin Physical Therapist POSTED ON 7/16/2020 10:27:10 AM EDT                    Type: PHYSICAL THERAPIST

S: Pt seen today pt amb with B crutches mod I pt NWB to R LE

O: Pt performed ex with QS, GS, Man hip flex, hip abd/ add, active AP, green T band with LAQ, HS curls all ex 2 x 10 reps each 2 x 10 reps each

A: patient I with isometrics pt without c/o with post tx session

P:  awaiting price for AFO.Cont PRE and HEP at this time

---

Nancy Park MD POSTED ON 7/16/2020 1:58:02 PM EDT                    Type: MEDICAL MD/DO

Wound Care:

Right heel wound appears further filled in today, granulation approx 2mm from the surface with a central area of more depth, approx 1 cm diameter, no visible drainage or odor

Wound cleaned with Dakin's Solution and Dakins soaked 2x2 applied to the wound and the area was covered with a nonstick telfa pad and wrapped with rolled gauze.

Coban was then applied from the mid foot to the right infrapatellar area.

Inmate had no complaints and tolerated the wound care session.

---

Nancy Park MD POSTED ON 7/16/2020 2:09:18 PM EDT                    Type: MEDICAL MD/DO

Inmate seen in the 5B treatment room and had a secondary complaint of pain of the penis.

This has been intermittent and of approx 6 weeks duration.  Pain occurs shaft of penis and often with erection.

Denies rash or lesions in the GU area currently

He will go days with no symptoms and pain will last seconds when it occurs.

O

GU- skin of GU area entirely WNL with no rash or lesion

0.5 cm smooth mobile lymph node present right inguinal area, no TTP

testicles normal size, no TTP or nodules

he has hx of epididymal cyst, I could not feel this today

penis is semi erect and normal in appearance

A

Interm penile pain

hx of epididymal cyst- scrotal US last done 6/19/20

Plan:

followup epididymal cyst with US at 6 month interval in 12/2020

he was seen by urology 6/16/20 and they will followup with him as needed

I have no etiology to offer for the penile sxs.

I will ask Dr S to give opinion.

---

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 7/17/2020 9:39:06 AM EDT                    Type: MEDICAL ASSISTANT

### Subjective

Previous notes appreciated

Patient had no complaints this morning including no mention made of any penile discomfort

### Objective

| BP: 106/58 | Temp: 98.3 | Pulse: 57 | Resp: 16 | Wt: | Sa02: 99 | BS: | Pain: |
|---|---|---|---|---|---|---|---|

Vitals are stable

Chest is clear

Heart is regularly regular

Foot is slightly swollen wound care has not yet been done

### Assessment

Heel ulcer with questionable osteomyelitis of the calcaneus on the right

### Plan

Scheduled orthopedic visit for later on today

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Donald Stechschulte MD POSTED ON 7/17/2020 9:39:20 AM EDT                                              Type: NURSE

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)          104   AC_CM_000550

Abnormal Vital Signs/readings- this has been his baseline he remains asymptomatic

Blood Pressure Diastolic: 58

---

Aeriel Garner CMA POSTED ON 7/17/2020 12:30:12 PM EDT                     Type: MEDICAL ASSISTANT

inmate out for appt.

---

Donald Stechschulte MD POSTED ON 7/17/2020 3:20:16 PM EDT                     Type: MEDICAL ASSISTANT

I observed the patient walking down the hall after his appointment at AGH and in spite of being told to be nonweightbearing the patient continues to walk bearing weight on that infected foot.  The papers accompanying him were left in intake I will try to go directly to epic to ascertain what happened during that visit with Orthopedics

---

Donald Stechschulte MD POSTED ON 7/17/2020 3:26:19 PM EDT                     Type: MEDICAL ASSISTANT

There was no orthopedic note in epic at the time that I reviewed however in the encounter area I can see that an MRI of the ankle in foot was ordered and vascular studies of the right leg were ordered as well as a referral to the vascular surgery service
Finally once the MRIs are completed they want to see him back in Orthopedics
According to the correction officer that accompanied him they also want him to have twice a day wound care which we will initiate
Will continue on Augmentin

---

Natalie Austin PA POSTED ON 7/17/2020 7:02:58 PM EDT                     Type: PA NOTE

Notes reviewed. Dr. S ordered all of the testing and referrals.
R/o Augmentin per ortho note.

---

Laura Williams Chief Deputy Warden of Healthcare Services POSTED ON 7/17/2020 8:21:02 PM EDT                     Type: HSA/DHSA

Spoke with Mr. Clayton McCray through cell door #M4 on 5B, at his request. He asked why I had not responded to his written requests. I apologized, but informed him that I had not recalled receiving any requests from him. He asked me if I knew about his situation. I informed him that I had an understanding that he had a wound on his heel that required extensive monitoring and treatment. I asked him about his conduct as I had heard that he had not been complying with expectations and had been reportedly disrespectful to staff. He denied such allegations. He reported that he was complying and was concerned about his health condition.

I asked him if there was something specific that he wanted to discuss. He said, "maybe next time." He seemed to be interested in knowing that I had some level of awareness of his condition.

---

SOAP NOTE BY: Natalie Austin PA POSTED ON 7/18/2020 5:30:15 AM EDT                     Type: PA NOTE

**Subjective**

Pt seen after vitals- c/o edema above right eye and 3 cm oval raised area on right scapula- +pruritis, started after he took Augmentin, even though he

---

just had 10 days of abx med.2 cm red above alergies to penicilin no iodine no thyroid dis

## Objective

| BP: | Temp: | Pulse: 71 | Resp: 14 | Wt: 0 | SaO2: 98 | BS: | Pain: 0 |
|-----|-------|-----------|----------|-------|----------|-----|---------|
| 130/76 | 97.6 | | | | | | |

NAD

EOMI

lungs- non labored resp

psych-a&ox3

skin- 1 cm edema, red above right eye; 3 cm oval raised red welt on right scapula

## Assessment

Drug rash?

## Plan

dc augmentin

Benadryl 25 po given, no affect, so

Benadryl 50 IM and solumedrol 40 IM given.

Benadryl ordered po tid x few days prn.

cont to monitor pt-

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Kristen Wilson-Hall RN POSTED ON 7/18/2020 11:44:43 PM EDT                                          Type: NURSE

IM continues to c/o pruritic rash to head and back. He was medicated with 40mg IM solumedrol and 50mg PO benadryl. Will continue to assess. Safety maintained.

---

Kristen Wilson-Hall RN POSTED ON 7/19/2020 4:55:47 AM EDT                                          Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: Provider made aware, no further action at this time, remains asymptomatic.

Blood Pressure Diastolic: 53

---

Carla White RN POSTED ON 7/19/2020 1:35:43 PM EDT                                          Type: NURSE

Inmate called out to treatment room for wound care. Wound care completed by 5B MA on duty.

---

Christina Grunwald RN POSTED ON 7/20/2020 4:55:41 AM EDT                                          Type: NURSE

Abnormal Vital/Reading: Reviewed by MD asymptomatic

Blood Pressure Diastolic: 51

---

Dennis Larkin Physical Therapist POSTED ON 7/20/2020 10:41:14 AM EDT                    Type: PHYSICAL THERAPIST

S: Pt seen today pt amb with B crutches mod I pt NWB to R LE

O: Pt performed ex with QS, GS, Man hip flex, hip abd/ add, active AP, green T band with LAQ, HS curls all ex 2 x 10 reps each ex 2 x 10 reps each

A: patient I with isometrics pt without c/o with post tx session

P: awaiting price for AFO.Cont PRE and HEP at this time

---

SOAP NOTE BY: Nancy Park MD POSTED ON 7/20/2020 1:05:08 PM EDT                    Type: MEDICAL MD/DO

### Subjective

Inmate seen in 5B treatment room for encounter and wound care:

He has no new concerns or complaints.

He inquires about the time frame for getting his MRI foot and ankle and I advised him that we are making every attempt to escalate the appt as best we can, no date for the testing yet.

We briefly reviewed the orthopedic encounter and their ideas for testing and possible future care options.

### Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

AVSS as per record

Right wound with 1x1 cm area of granulation tissue and central gap which has been reported to be a sinus tract to the calcaneous.

Wound cleaned with Dakin's Solution and a Dakin's soaked 2x2 was applied to the wound site and then area covered with a dressiang.

Coban applied from the mid foot to the right infrapatellar area of leg.

### Assessment

Chronic right heel ulcerative wound with progression to the calcaneous, bone loss calcaneous apparent on xrays, osteomyelitis concern

Loosening of fixation hardware right ankle- per ortho, no demonstrated fusion of ankle present

Allergic reaction after completion of Augmentin course- further Augmentin course deferred

### Plan

PREOP TESTING being organized:

MRI right foot and ankle

Vascular studies RLE- US with ABI

Vascular surgery consult

Orthopedic followup to discuss plans after testing completed

BID wound care

CC meds

Continue NWB status/crutches/WC

PT

---

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)                    107    AC_CM_000553

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Nancy Park MD POSTED ON 7/20/2020 1:52:02 PM EDT                                Type: MEDICAL MD/DO

He is currently complaining of increased itch on his back

O  numerous superficial scratch marks of the upper back

 NO urticaria or other lesions noted.

A/P

Possible delayed reaction to penicillin/ Augmentin

Additional dose of benadryl ordered- 5o mg

He requested another steroid injection- I declined him for this stating that he had Solumedrol 40 mg IM on 7/18/20 and that it is too early to represcribe.

If sxs persist consider prednisone 40 mg q day x 3 days short course- hold this for now.

Patricia Brewer LPN POSTED ON 7/22/2020 5:07:35 AM EDT                                Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: D.Turcinhodziic, PA-C


Blood Pressure Diastolic: 58

Aeriel Garner CMA POSTED ON 7/22/2020 10:29:55 AM EDT                                Type: MEDICAL ASSISTANT

WOUND CARE WAS COMPLETED ON 7/21/2020 IN 5B TREATMENT ROOM BY ME. I FORGOT TO DOCUMENT, MY APOLIGIES.

SOAP NOTE BY: Nancy Park MD POSTED ON 7/22/2020 10:34:47 AM EDT                                Type: MEDICAL MD/DO

**Subjective**

Inmate seen in treatment room of 5B for encounter and wound care:

He has no new concerns to report.

It is noted that the VS record state temp was 99 last shift but typed report passed to us states 97.0. We shall repeat a temp this AM.

He denies recurrence of pruritis or rash- it was felt to have been secondary to Augmentin.

He denies dyspnea, SOB, ENT sxs, nausea, vom, diarrhea.

Decreased appetite is improved.

**Objective**

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|---|---|---|---|---|---|---|---|

VSS- temp as discussed above.

alert NAD

Skin- WNL, no edema, lesions, or rashes

Neck supple, NT

Lungs CTAB

COR RRR no MRG

Skin- see wound care

WOUND CARE:

wound right heel essentially unchanged- approx 1 cm diameter with approx 0.75 cm depth and central sinus opening visible, healthy granulation at the periphery

No drainage or odor present

Wound cleaned with Dakin's Soln and 2x2 gauze pad soaked with Dakin's applied over the site and dressing applied.

Coban was not applied to the RLE today- patient requested and I felt that one day without the COBAN would do no harm.

## Assessment

Chronic open wound right heel

Underlying osteomyelitis right calcaneous

Loosened fixation hardware right ankle with no evidence of fusion per ortho

## Plan

CC meds/Boost/analgesia

Continue daily wound care as ordered

Awaiting appt for MRI right foot and ankle- scheduler has been advised that this is top priority.

Vascular studies/consult ordered/approved at request of ortho

Ortho follow up after MRI

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Shaunice Haywood MA POSTED ON 7/22/2020 10:29:04 PM EDT                     Type: MEDICAL ASSISTANT

Inmate said he'll get it done tomorrow.

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 7/23/2020 9:49:17 AM EDT                     Type: MEDICAL ASSISTANT

### Subjective

I was informed that the patient refused his p.m. Dressing changed yesterday when I questioned him about it he said that they came in at approximately 10:00 a.m. And awaken him and he was not in the mood to have a changed at that time

Other than that he has no complaints this morning

### Objective

| BP: | Temp: | Pulse: 68 | Resp: 14 | Wt: | Sa02: 97 | BS: | Pain: |
|---|---|---|---|---|---|---|---|
| 121/64 | 96.6 | | | | | | |

Vitals are stable

Chest is clear

Heart is regularly regular

## Assessment

Chronic pressure ulcer possibly complicated with osteomyelitis rather complex workup has been ordered but as of this morning the procedures have not yet been scheduled

## Plan

Will continue the same protocols

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

SOAP NOTE BY: Maria Ivona Chrzastowska PA POSTED ON 7/24/2020 8:01:07 AM EDT                                   Type: PA NOTE

### Subjective

Uneventful night.

Reports improved nausea and flushing.

Resolved eye swelling and back rash-poss. augmentin induced cross Rxn to cephalosporins.

### Objective

| BP: | Temp: | Pulse: 70 | Resp: 18 | Wt: | SaO2: | BS: | Pain: |
|-----|-------|-----------|----------|-----|-------|-----|-------|
| 117/69 | 97 | | | | 100 | | |

NAD

RRR no M

CTA b/l

R foor dressed-dressing to be changed later this am

### Assessment

- RLE chronic plantar ulceration/osteomyelitis w/draining sinus

- chronic pain sx/neuropathy

- ambulatory dysfxn

- PMH/o RLE GSW 2011

### Plan

- cont. current Rx/daily wound care/PT, OOB

- awaits R foot MRI/vascular consult

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|

---

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)                           110   AC_CM_000556

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Sarah Kielek CRNP POSTED ON 7/25/2020 11:26:37 AM EDT          Type: NP NOTE

patient seen in sallyport,

c/o new pain that started last evening to RLE. hurts when he touches it

aox3 nad, in wc

RLE w/obvious musc atrophy

with leg extension visible cord to medial proximal tibia

palpable cord like structure; ttp - no facial grimacing or withdrawl on palpation

no edema, erythema, exudate.

no skin opennings

a/p: r/o palpable tendon vs vasculitis vs dvt ?

musc rub given now and than prn

US ordered

crp/sed - Carla 5b m aware of collection need

discussed w/u w/pt, agressable to plan at this time

Carla White RN POSTED ON 7/25/2020 1:23:27 PM EDT          Type: NURSE

Labs sent per Sarah Kielek CRNP

SOAP NOTE BY: Nancy Park MD POSTED ON 7/27/2020 11:51:53 AM EDT          Type: MEDICAL MD/DO

**Subjective**

He states that the palpable cord-like area of the right medial lower leg is slightly less prominent.
US RLE noted to have been ordered.

**Objective**

BP: /      Temp:      Pulse:      Resp:      Wt:      Sa02:      BS:      Pain:

AVSS

MSK- superficial linear subcut cord-like area of the right lower leg from medial knee to mid calf area

no erythema or TTP

Wound Care:

right heel wound: approx 0.75-1 cm diameter, granulation at margins, visible central sinus of alpprox 1 cm depth

area cleaned and irrigated with Dakins Solution

Dakin's soaked gauze applied in the wound

Dressing applied over the area

Coban applied to the right lower leg

Right heel chronic wound with central sinus tract

Osteomyelitis calcaneous adjacent to wound

Loosened fixation hardware right ankle

Neuropathy RLE

Superficial prominent vein right medial lower leg- no strong features of phlebitis

## Plan

Continue wound care as ordered

NWB status- WC and crutches

Testing pending which was requested by ortho: MRI right foot and ankle, vasular studies RLE, vascular surgery consult- scheduler contacted today and urged that this is a priority.

Doppler study RLE ordered/pending

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Patricia Brewer LPN POSTED ON 7/28/2020 4:39:51 AM EDT                                              Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: D.Turcinhodzic, PA-C

Blood Pressure Diastolic: 58

SOAP NOTE BY: Nancy Park MD POSTED ON 7/28/2020 1:23:57 PM EDT                                      Type: MEDICAL MD/DO

## Subjective

Evaluated during wound care session. He notes some increase RLE pain today.

## Objective

BP: /        Temp:        Pulse:        Resp:        Wt:        Sa02:        BS:        Pain:

AVSS

Skin/Wound Care:

approx 1 cm open wound plantar surface of right heel, healthy granulation at the margins with central depression

no drainage or odor noted

The wound margins were debrided today with a #15 blade

The wound was cleaned and irrigated with Dakin's Solution

Dressing applied.

Coban applied to the Right lower leg

Extr- distal pulses RLE full, superficial minimally tender cord palpable from right medial proximal lower leg to the medial thigh

**Assessment**

Right heel chronic wound

Osteomyelitis right calcaneous

neuropathy RLE

Loose fixation hardware right ankle from remote surgery

prominent vein right medial leg

**Plan**

Discussed with clinic manager the necessity of getting the right foot/ankle MRI scheduled asap in addition to the vascular consult and testing- these

will be needed in anticipation of possible surgery

NWB status

Daily wound care.

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Michael Warner RN POSTED ON 7/28/2020 8:37:12 PM EDT                                                                    Type: NURSE

Inmate refused to have dressing changed this evening

Inmate only wants dressing changed once a day.

Patricia Brewer LPN POSTED ON 7/29/2020 4:51:48 AM EDT                                                                  Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: D.Turcinhodzic, PA-C

Blood Pressure Diastolic: 8

Patricia Brewer LPN POSTED ON 7/29/2020 4:52:35 AM EDT                                                                  Type: NURSE

Abnormal Vital/Reading - Indicate who was notified:

Blood Pressure Diastolic: 48

Donald Wilt Physical Therapist POSTED ON 7/29/2020 6:56:33 AM EDT                                    Type: PHYSICAL THERAPIST

7-27,28,29 institutional lockdown unable to see patient

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 7/30/2020 7:16:20 AM EDT                          Type: MEDICAL ASSISTANT

**Subjective**

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)          113    AC_CM_000559

Patient inquired about the ultrasound that was done several days ago which turned out to be absolutely normal no evidence of DVT I explained this to him.

Also check the schedule for his upcoming appointments in the MRI was initially scheduled for October 5th that is for far too long await I spoke to the clinic manager and implored upon him the necessity of getting this scheduled as soon as possible because all his other appointments depend on that MRI

## Objective

| BP: | Temp: | Pulse: 83 | Resp: 18 | Wt: | Sa02: 99 | BS: | Pain: |
|-----|-------|-----------|----------|-----|----------|-----|-------|
| 115/67 | 97.5 | | | | | | |

Vitals are stable

Chest is clear

Heart is regularly regular

## Assessment

Chronic ulcer of the right calcaneus possible osteomyelitis of that same bone

## Plan

Attempting to reschedule his MRI sooner so that subsequent appointments can also be scheduled in a much more timely fashion

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Patricia Brewer LPN POSTED ON 7/31/2020 5:15:43 AM EDT                                          Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: Dr.S.

Blood Pressure Diastolic: 52

---

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 7/31/2020 9:43:42 AM EDT            Type: MEDICAL ASSISTANT

## Subjective

Patient was sitting up in a chair without any complaints did have his dressing changed yesterday and is in store to have it done today in checking the scheduled for outpatient procedures he has not been rescheduled for a date for his MRI sooner than October 5th which she currently has

## Objective

| BP: | Temp: | Pulse: 83 | Resp: 14 | Wt: | Sa02: 99 | BS: | Pain: |
|-----|-------|-----------|----------|-----|----------|-----|-------|
| 111/52 | 97.2 | | | | | | |

Vitals remained stable

Chest is clear

## Assessment

Right lower leg neuropathy with a pressure ulcer that may have infected his calcaneus

Still having daily dressing changes

Is in need of an MRI of his foot sooner rather than later with follow-up ortho and vascular surgery appointments

## Plan

Will make every attempt to reschedule his MRI

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Donald Stechschulte MD POSTED ON 7/31/2020 9:43:49 AM EDT                    Type: NURSE

Abnormal Vital Signs/Readings: Remains asymptomatic

Blood Pressure Diastolic: 52

Natalie Austin PA POSTED ON 7/31/2020 9:40:11 PM EDT                    Type: PA NOTE

Saw pt in his cell- says his right ankle is sore. He has it elevated with dressing off.  Calcaneal wound looks good- no odor or drainage.  The tramadol is not working anymore to help with pain.

O- NAD, vss

right ankle- +edema, warm to touch, no erythema, calcaneal wound- packing intact, callous on periwound. pink moist, 2 cm round, no drainage, no odor no infx

A- ankle pain

P- gave ice pack and extra 50mg tramadol; will inc tramadol to 100mg qhs.  Xray tomorow; monitor vitals.

Natalie Austin PA POSTED ON 8/1/2020 12:16:31 AM EDT                    Type: PA NOTE

Hot pack and benadryl ordered.

Natalie Austin PA POSTED ON 8/1/2020 4:19:27 AM EDT                    Type: PA NOTE

Patient is having increased pain and edema in his RLE, with hx of osteomyelitis, non healing calcaneal ulcer, and right foot drop secondary to GSW. He is asking for stronger pain meds due to the pain.

Request is for a PICC line to start IV antibiotcs of vanco and zosyn and MRI of RLE per ortho recs.

O- VSS, afebrile

RLE- has edema, erythema, calcaneal ulcer no odor or purulent drainage, 2cmx1cm

psych- A&O, anxious about his foot edema

A- Acute osteomyelitis R calcaneus

Labs- 7/9 sed rate-88, C reactive protein- 5.7

    7/25- sed rate 52, C reactive protein- 1.5 (after PO clinda and augmentin), Prealb- 14, WBC- 6.78.

P- Send to AGH ED for PICC line placement for IV vanco and zosyn; MRI Right ankle per orthopedic recs.

---

Natalie Austin PA POSTED ON 8/1/2020 5:12:56 AM EDT                                    Type: PA NOTE

I spoke with AOD, who agreed with ED transfer.  I called AGH ED/ One call and spoke with the physician about the pt- dx of acute osteomyelitis, requesting PICC line, poss ID consult to obtain vanco and zosyn IV dosing recs, poss MRI per ortho recs, which are pushed out due to COVID-19 restrictions.  PMHx, labs and xray results d/w MD as well.  Chart copied for transfer.

---

Jennifer Kelly Director of Nursing POSTED ON 8/1/2020 6:56:00 AM EDT                      Type: NURSE

Priority One EMS to arrive at 0715 to tranport inmate to AGH

---

Maria Ivona Chrzastowska PA POSTED ON 8/1/2020 7:47:17 AM EDT                         Type: PA NOTE

Called ER AGH 412-359-6840/d/w ER attending-George- inm would benefit from admission/IV abx Rx and further eval. by ortho/vascular teams.

---

Natalie Austin PA POSTED ON 8/1/2020 6:44:12 PM EDT                                    Type: PA NOTE

Abnormal Vital/Reading - Indicate who was notified:  These are AGH ED vitals

Blood Pressure Diastolic: 49

---

Natalie Austin PA POSTED ON 8/1/2020 7:13:33 PM EDT                                    Type: PA NOTE

Hospital return- same labs and xrays we completed were done there. ESR 59, CRP 4.6.
No MRI ; no PICC line. F/u ortho, which is already scheduled.

I asked for the ortho resident to call me. Tarrell Coley, ortho resident did and said since the pt is not acutely ill, the MRIs and vascular studies can be done outpatient, and aren't urgent. WBC WNL. They will proceed with partial calcanectomy once studies are completed.

MRI x 2 scheduled for 8/17/20 @ 9:45 AM & Ankle-brachial indicies Ultrasound for 8/27/20 @10:45 AM.

---

Patricia Brewer LPN POSTED ON 8/3/2020 5:06:33 AM EDT                                  Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: D.Turcinhodzic, PA-C

Blood Pressure Diastolic: 56

---

Donald Wilt Physical Therapist POSTED ON 8/3/2020 8:43:05 AM EDT                Type: PHYSICAL THERAPIST

S: patient voices no new c/o

O: patient transfer bed to w/c maintain NWB RLE. patient amb crutches and shoe RLE NWB mod I. R hip flex r+ abd 4+ quad 5/5 ham 4-/5. RLE

press man resist 3x10 seated R hip flex/abd, LAQ, hamstring curl man resist 3x10 Eccentric R hamstring curl 2x10

A: patient progressing as expected

P: cont PT 1-3w4 ther ex, gait training.

---

SOAP NOTE BY: Nancy Park MD POSTED ON 8/3/2020 11:01:19 AM EDT                Type: MEDICAL MD/DO

### Subjective

Sent out to ER this past weekend for increased pain and swelling right foot/ankle area.

Plain films and bloodwork completed, unchanged.

MRI appt rescheduled for 8/17/20.

He asks that his tramadol dosing be change to 8-12-8

### Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

AVSS as per record

Lungs CTAB

COR RRR

Skin/Wound Care:

1 cm ulcerative wound plantar aspect right calcaneus, more depth centrally with granulation at the margins, no drainage or odor

wound care provided by the 5B RN- cleaned with Dakins and Dakins soak wick place in the wound. Dressing applied.

Coban applied to the RLE distal to the knee.

### Assessment

Right calcaneus chronic wound

Osteomyelitis right calcaneus

neuropathy RLE

PMH fixation right ankle with loosened hardware

### Plan

CC care with NWB status, wound care 1-2 x per day

CC meds

MRI now scheduled for 8/17/20- check with scheduler and clinic manager to be sure coodinated with corrections.

Vascular studies and consult also ordered.

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

**MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)**                117    AC_CM_000563

Patricia Brewer LPN POSTED ON 8/4/2020 4:43:57 AM EDT                                    Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: D.Turcinhodzic, PA-C

Blood Pressure Diastolic: 59

---

Dennis Larkin Physical Therapist POSTED ON 8/4/2020 10:12:25 AM EDT                   Type: PHYSICAL THERAPIST

S: patient voices no new c/o

O: patient transfer bed to w/c maintain NWB RLE.  patient amb crutches and shoe RLE NWB mod I.  RLE press man resist 3x10 seated R hip flex/abd, hip abd add, LAQ, hamstring curl man resist 3x10  Eccentric R hamstring curl 2x10

A: patient progressing as expected

P: cont PT 1-3w ther ex, gait training.

---

Nancy Park MD POSTED ON 8/4/2020 11:28:22 AM EDT                                    Type: MEDICAL MD/DO

He asks if increased erections are a side effect of tramadol, he often has an AM erection, I looked up tramadol and this was not listed as a side effect and I advised him of this.  He will let us know if this is an increasing or worsening issue.

AVSS

Wound care provided to the right calcaneus area per usual.

CC meds/ wound care

Await further testing to determine next steps for care:  MRI right foot/ankle, vascular studies, vascular consult.

Some discussion was had this AM re consideration of ID consult- they would still want deep bone cultures to determine proper therapeutic antibiotic decisions, esp in view of his multiple antibiotic allergies.

---

Patricia Brewer LPN POSTED ON 8/6/2020 4:29:49 AM EDT                                    Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: Provider

Blood Pressure Diastolic: 59

---

Dennis Larkin Physical Therapist POSTED ON 8/6/2020 10:31:23 AM EDT                   Type: PHYSICAL THERAPIST

S: patient voices no new c/o

O:  patient transfer bed to w/c maintain NWB RLE.  patient amb crutches and shoe RLE NWB mod I.  RLE press man resist 3x10 Man resistance with seated R hip flex/abd, hip abd add, LAQ, hamstring curl man resist 3x10  Eccentric R hamstring curl 2x10

A: patient progressing as expected

P: cont PT 1-3w ther ex, gait training.

---

SOAP NOTE BY: Nancy Park MD POSTED ON 8/6/2020 12:49:47 PM EDT                        Type: MEDICAL MD/DO

**Subjective**

Inmate seen in 5B treatment room for wound care.

He also states the known right scrotal cyst continues to be intermittently painful.

He has had scrotal US in 11/8/19 and 6/19/20- 1.3 cm cyst head of right epididimus which had enlarged slightly from 11/19.

6 month followup US ordered for 12/2020.

He saw UROLOGY on 6/16/20 after which we did the second US.

## Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

alert NAD

GU: 1 cm cystic structure palpated superior to the right testicle, mobile, soft, not particularly tender

Skin/wound care:

right plantar calcaneal heel wound is further improved with more granulation tissue filling in. Approx 1 cm diameter.

No drainage or odor.

Wound cleaned with Dakin's Solution and dressing applied.

RLE wrapped with Coban

## Assessment

Chronic wound right plantar calcaneus

Early osteomyelitis right calcaneus

RLE neuropathy

Hx fixation surgery right ankle- hardware has loosened per ortho

right epididymal cyst- painful

## Plan

CC wound care regimen

Await MRI foot/ankle scheduled for 8/17/20

Vascular studies 8/27/20

vascular consult prior to consideration of surgery for right heel

Followup scrotal US study to be done in 12/2020- sooner prn

Urology f/u if sxs change or worsen

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

SOAP NOTE BY: Maria Ivona Chrzastowska PA POSTED ON 8/7/2020 8:20:20 AM EDT    Type: PA NOTE

## Subjective

Uneventful night.

Seen in cell, reports no c/o at present.

## Objective

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)    119    AC_CM_000565

| BP: | Temp: | Pulse: 79 | Resp: 16 | Wt: | SaO2: 98 | BS: | Pain: |
| 107/62 | 97.3 | | | | | | |

NAD

EOMI PERRLA

RRR no M

CTA

R foot dressed

## Assessment

Chronic wound, R foot w/chronic osteomyelitic changes on XR, MRI pending

RLE neuropathy/ambulation dysfunction

H/o GSW/R ankle surgery 2016/loosened hardware

R epididymal painful cyst-f/u US in Dec

## Plan

cont current Rx/wound care/PT

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Colette Jones RN POSTED ON 8/9/2020 6:29:51 AM EDT          Type: NURSE

Abnormal Vital Signs/Readings: vitals given to md no new orders.

Blood Pressure Diastolic: 55

---

Colette Jones RN POSTED ON 8/10/2020 6:01:35 AM EDT          Type: NURSE

Abnormal Vital Signs/Readings: no change within patients norm.

Blood Pressure Diastolic: 55

---

Ryan Watson Physical Therapist POSTED ON 8/10/2020 9:17:18 AM EDT          Type: PHYSICAL THERAPIST

S: pt reports status quo

O: pt amb with crutches maintaining NWB R LE with MI. R LE press with man resist 3x10. R hip flex, abd, add, LAQ and knee flex with man resist 3x10.

A: pt tolerates tx well without complaint

P: cont POC concentrating on ther ex, gait training.

---

SOAP NOTE BY: Nancy Park MD POSTED ON 8/10/2020 10:02:41 AM EDT          Type: MEDICAL MD/DO

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)          120    AC_CM_000566

**Subjective**

No medical complaints today.

Evaluated at time of his wound care session.

He requests moisturizer renewal which I completed.

**Objective**

| BP: 105/55 | Temp: 97.2 | Pulse: 63 | Resp: 14 | Wt: | Sa02: 99 | BS: | Pain: |

alert NAD

VSs per record

Lungs CTAB

COR RRR no MRG

Skin: 1 cm plantar ulcerative wound right heel, granulation filling in, no drainage or odor

Wound Care: Site cleaned with Dakin's Solution and dressing applied.

Right lower leg wrapped with Coban

**Assessment**

Chronic wound right plantar calcaneus

Probable osteomyelitis right calcaneus

RLE neuropathy

Loosened fixation hardware right ankle

chronic right epididymal cyst

xerosis

**Plan**

Lubriskin ordered KOP

MRI right foot/ankle 8/17/20

Vascular studies RLE 8/27/20

Followup scrotal US to be done 12/2020, urology followup for US changes or other concerns

CC meds

CC wound care regimen

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Natalie Austin PA POSTED ON 8/11/2020 5:16:33 AM EDT                Type: PA NOTE

Late entry- saw wound last night while MA cleaned wound and changed dressing.

Pt c/o inc pain to his leg and some pruritis.

O-I did not appreciate an malodorous smell.

A- osteomyelitis and non healing ulcer

P- Heat pack ordered. Benadryl 50 mg IM and tramadol 30 mg IM given.

ID consulted for PICC and vancomycin order.

Christina Grunwald RN POSTED ON 8/11/2020 5:26:36 AM EDT

Type: NURSE

Abnormal Vital/Reading: asymptomatic

Blood Pressure Diastolic: 56

---

Nancy Park MD POSTED ON 8/11/2020 2:22:20 PM EDT

Type: MEDICAL MD/DO

Last evening episode of increase RLE pain and itch, no rash

He feels much better today.

MAs already did right heel wound care today.

O

AVSS

Lungs CTAB

COR RRR

A/Plan- chronic right heel wound, probable osteomyelitis

Continue current meds

BID wound care

Testing pending- MRI, vascular studies

---

Ryan Watson Physical Therapist POSTED ON 8/12/2020 8:16:26 AM EDT

Type: PHYSICAL THERAPIST

S: pt reports he is "alright."

O: pt amb with crutches maintaining NWB R LE with Ml. R hip flex, abd, add, LAQ and knee flex with man resist 3x10.

A: pt tolerates tx well without complaint

P: cont POC concentrating on ther ex, gait training.

---

SOAP NOTE BY: Nancy Park MD POSTED ON 8/12/2020 9:55:46 AM EDT

Type: MEDICAL MD/DO

**Subjective**

Inmate evaluated during his wound care session in treatment room of 5B.

He has no new interval concerns to address at this time.

**Objective**

| BP: | Temp: | Pulse: 64 | Resp: 16 | Wt: | Sa02: 98 | BS: | Pain: |
|-----|-------|-----------|----------|-----|----------|-----|-------|
| 111/57 | 97.7 | | | | | | |

AVSS per above

Lungs CTAB

COR RRR

Extr- right leg

no edema of lower leg/foot, DP/PT pulses full, good cap RF toes

right heel plantar wound looks about the same- 1 cm size, granulation at base at about 0.75 cm depth, no odor or drainage

Wound Care provided by the medical assistants this AM.

## Assessment

Chronic plantar right heel ulcerative wound, probable deeper sinus tract

Probable osteomyelitis right calcaneus- noted on serial xrays

## Plan

MRI right foot/ankle and vascular studies upcoming this month.

Wound care bid

Orthopedic surgery appt 10/23/20- once MRI report available I would anticipate that this appt could be rescheduled for a sooner date

Infectious disease consult also requested.

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

SOAP NOTE BY: Nancy Park MD POSTED ON 8/13/2020 1:10:58 PM EDT                    Type: MEDICAL MD/DO

## Subjective

5B rounds/wound care:

He had increased pain right foot through the night which continues today.

He also comments on ongoing GU pain.

## Objective

BP: /        Temp:      Pulse:      Resp:      Wt:      Sa02:      BS:      Pain:

AVSS

alert NAD

Lungs CTAB

COR RRR

Wound Care right heel:

site clean, no odor or drainage, 0.75-1 cm diameter, thick callous at margin

cleaned with Dakin's solution and dressing applied

Right lower leg wrapped with Coban

## Assessment

chronic right plantar calcaneal ulcerative wound

osteomylelitis right calcanseus

GU sxs/known right epididymal cyst

## Plan

MRI right foot and ankle 8/17/20

vascular studies
ultram increased to 50 mg q 6 hrs for pain
NWB c crutches/WC
wound care bid
Boost

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

SOAP NOTE BY: Maria Ivona Chrzastowska PA POSTED ON 8/14/2020 8:54:22 AM EDT                    Type: PA NOTE

## Subjective

Seen in cell.
Reports pain RLE improved; tramadol frequency was increased yesterday.

## Objective

| BP: 112/56 | Temp: 97.3 | Pulse: 65 | Resp: 14 | Wt: | SaO2: 99 | BS: | Pain: |
|---|---|---|---|---|---|---|---|

NAD
RRR no M
CTA b/l
R foot dressing/+coban

## Assessment

Chronic wound, R foot w/chronic osteomyelitic changes on XR, MRI pending
RLE neuropathy/chronic pain/ambulatory dysfunction
H/o GSWR ankle surgery 2016/loosened hardware
R epididymal painful cyst-f/u US in Dec

## Plan

cont. current Rx
wound care/PT
awaits MRI R foot/vascular/ortho/ID/US RLE

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Ryan Watson Physical Therapist POSTED ON 8/14/2020 10:11:00 AM EDT                    Type: PHYSICAL THERAPIST

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)                    124   AC_CM_000570

S: pt reports status quo

O: R hip flex, abd, add, LAQ and knee flex with man resist 3x10.

A: pt tolerates tx well without complaint

P: cont POC concentrating on ther ex, gait training.

---

Robyn Smith Staff Educator POSTED ON 8/16/2020 1:20:42 AM EDT                Type: NURSE

5B RN locked out of TC, unable to sign out pt's 2400 time Tramadol. Medication accounted for as administered in narc book.

---

Robyn Smith Staff Educator POSTED ON 8/16/2020 1:22:30 AM EDT                Type: NURSE

***ADDENUM** 5B RN Colette Jones unable to sign off pt's medication. Computer issue not resolved.

---

Colette Jones RN POSTED ON 8/16/2020 6:46:06 AM EDT                Type: NURSE

Unable to get into MAR last night inmate did have his 12am aqnd 6am Tramadol 50mg. po.

---

SOAP NOTE BY: Nancy Park MD POSTED ON 8/17/2020 11:43:12 AM EDT                Type: MEDICAL MD/DO

**Subjective**

Inmate evaluated early this AM in treatment room and wound care completed; going out this AM for MRI right foot/ankle.

No interval concerns voiced at this time.

Pain management adequate.

**Objective**

BP: /     Temp:     Pulse:     Resp:     Wt:     Sa02:     BS:     Pain:

AVSS per record

alert NAD OxPPT

Lungs CTAB

COR RRR

Skin- right calcaneus plantar wound: the wound is further contracted in size at about 0.8 cm with thicked calleous at the perimeter

granulation tissue visible, no visible drainage or odor

Wound cleaned/irrigated with Dakin's Solution and 2x2 Dakin's soaked gauze applied and wound dressing applied.

Coban applied from right mid foot to the right infrapatellar area.

**Assessment**

chronic wound right foot/osteomyelitis xray changes

RLE neuropathy/chronic pain

Hx GSW right ankle 2016, loosened hardware

right epididymal cyst- painful

**Plan**

CC meds

wound care/PT/NWB status

MRI right foot/ankle TODAY

scheduled for RLE vascular studies

vascular consult ordered per ortho

ID consult ordered

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Nancy Park MD POSTED ON 8/17/2020 3:28:47 PM EDT                         Type: MEDICAL MD/DO

EPIC review:  MRI right foot/ankle  8/17/20

1.1 cm open wound plantar hindfoot with adjacent cellulitis/phlegmon

MRI signal changes indicative of osteomyelitis throughout much of the calcaneus.  Possible early osteomyelitis of talus.

Plantar fasciitis

Severe posttraumatic osteoarthrosis at the tibiotalar joint, chronic multifocal ligamentous disruption

chronic partial tear of peroneus brevis tendon and low-grade peroneus longus tendinosis

muscular signal changes of neuropathy

Dennis Larkin Physical Therapist POSTED ON 8/18/2020 9:53:44 AM EDT           Type: PHYSICAL THERAPIST

Pt seen today but not tx pt reported he is having too much pain in R foot

Nancy Park MD POSTED ON 8/18/2020 2:33:25 PM EDT                         Type: MEDICAL MD/DO

No interval changes or new concerns today.

MA did his wound care.

I briefly reviewed his MRI right foot/ankle with him.

AVSS

I left a voicemail with the ortho nurse for Drs Martinkovich and Huebner who saw him on 7/17/20 and requested the MRI.

I asked the nurse to advise them of MRI completion and to review the report.  Advised to let us know for any additional directives while awaiting arterial doppler studies and vascular surgery consult.

Natalie Austin PA POSTED ON 8/19/2020 4:38:18 AM EDT                         Type: PA NOTE

Late entry- pt req diphenhydramine and toradol injections due to foot pain/non healing wound.

PM tramadol held and both injections given. +hot pack given also. Pt satisfied.

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 8/19/2020 10:13:51 AM EDT         Type: MEDICAL ASSISTANT

Previous notes appreciated

Patient stated his pain was better this morning after the Toradol and Benadryl injections last evening

## Objective

| BP: 116/64 | Temp: 97 | Pulse: 75 | Resp: 14 | Wt: | Sao2: 97 | BS: | Pain: |
|---|---|---|---|---|---|---|---|

Vitals are stable

Chest is clear

Heart is regularly regular

Ankle is bandaged but swelling does not seem to be an issue

## Assessment

Patient with osteomyelitis of the calcaneus is compromised with screws

MRI results were obtained and Orthopedics was again ask to recommend any interval changes in plans prior to being seen by vascular surgery; so far we have not heard from them

## Plan

Will continue same

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 8/20/2020 9:30:54 AM EDT          Type: MEDICAL ASSISTANT

## Subjective

Patient had a better night pain was under better control

No new complaints

## Objective

| BP: 121/72 | Temp: 97.4 | Pulse: 71 | Resp: 14 | Wt: | Sao2: 100 | BS: | Pain: |
|---|---|---|---|---|---|---|---|

Vital stable

Chest is clear

Heart is regularly regular

## Assessment

Continues with daily dressing change

Per orthopedic recommendation is we have a vascular surgery consult pending

## Plan

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)          127   AC_CM_000573

Continue present care

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Dennis Larkin Physical Therapist POSTED ON 8/20/2020 10:39:52 AM EDT                Type: PHYSICAL THERAPIST

S: pt reports status quo

O: R hip flex, abd, add, LAQ and knee flex with man resist 3x10.

A: pt tolerates tx well without complaint

P: cont POC concentrating on ther ex, gait training.

---

Natalie Austin PA POSTED ON 8/21/2020 5:50:01 AM EDT                Type: PA NOTE

Toradol injection and heat pack given for foot pain.

---

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 8/21/2020 10:30:43 AM EDT                Type: MEDICAL ASSISTANT

### Subjective

Patient has no new complaints this a.m. he did have some discomfort last evening and was medicated

I reviewed the various records of his last visit to AGH and apparently the game plan is to have his calcaneus either partially or totally removed as result the pressing need for antibiotic treatment is not at the forefront; he has had the follow-up MRI and he we are waiting for a vascular surgical visit to clarify that circulation etc. would be appropriate for this type of surgery

### Objective

| BP: | Temp: | Pulse: 88 | Resp: 14 | Wt: | Sa02: | BS: | Pain: |
|-----|-------|-----------|----------|-----|-------|-----|-------|
| 119/66 | 98.2 | | | | 100 | | |

Vitals are stable

Chest is clear

Heart is regularly regular

### Assessment

Status post gunshot wound with right leg compromise with an ongoing infected ulcer that has developed into osteomyelitis of the calcaneus

### Plan

They are waiting of vascular evaluation for potential surgical excision of the calcaneus; not sure whether this would be partial or complete

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)                128    AC_CM_000574

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Colette Jones RN POSTED ON 8/23/2020 4:01:04 AM EDT          Type: NURSE

Inmate c/o right foot pain asking for something stronger than toradol 50mg NP Karen made aware and new order for Toradol 60mg given IM in left thigh.  Tolerated well.

---

Kimberly Dennis MA POSTED ON 8/23/2020 11:47:47 AM EDT          Type: MEDICAL ASSISTANT

Saw patient today, his foot was bleeding/leaking fluid. It was cleaned and patched back up with his foot medication, ankle is swollen.

---

SOAP NOTE BY: Nancy Park MD POSTED ON 8/24/2020 10:40:01 AM EDT          Type: MEDICAL MD/DO

**Subjective**

Inmate evaluated when I did his wound care in treatment room. He remains clinically stable. He admits that he has more right heel area pain nocturnal.

He asks questions about the types of testing requested by orthopedics and I answered him without giving dates.

**Objective**

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|---|---|---|---|---|---|---|---|

AVSS per record

alert NAD

Extr- 0.8-1 cm open site plantar aspect of right heel, thick surrounding callous, NO odor or drainage

Healthy pink'd granulation at base, approx 0.6 cm depth

No LE edema

Wound care performed using Dakin's Solution and dressing applied, lower leg wrapped with COBAN

**Assessment**

chronic wound right calcaneus- underlying osteomyelitis right calcaneus

RLE neuropathy/chronic pain

Hx GSW right ankle 2016- loosened hardware

right epididymal cyst

**Plan**

CC meds

wound care bid

Arterial doppler studies RLE 8/27/20

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)                   AC_CM_000575

ID consult ordered

NOTE: I LEFT A DETAILED MESSAGE WITH THE ORTHOPEDIC NURSE OF DR HUEBNER THAT THE MRI IS COMPLETED FOR THEIR REVIEW AND ASKED THEM TO CALL US FOR ANY CONCERNS OR CHANGE OF PLANS.

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Christina Grunwald RN POSTED ON 8/25/2020 12:19:55 AM EDT                                      Type: NURSE

Due to Tech Care malfunction, Midnight dose of tramadol is was not signed off. Given at 0005 am.

---

Donald Wilt Physical Therapist POSTED ON 8/25/2020 8:17:35 AM EDT                    Type: PHYSICAL THERAPIST

S: Pain present R quad- cont to feel weak

O: RLE press man resist ( place at arch as not interfere with wound) 4x10 r hip flex/abd, LAQ, hamstring curl with grade man resist 3x10 R ham isometric at 90,60, and 30 degrees 2x5 each

A: tol ther ex well, hip abd 4/5 and ham 4-/5

P: Cont with PREs to increase RLE strength

---

Nancy Park MD POSTED ON 8/25/2020 10:05:40 AM EDT                                      Type: MEDICAL MD/DO

Phone call from Dr Martinkovich, AGH Ortho:

He has reviewed the MRI right foot and ankle 8/17/20.

There is some concern for osteomyelitis of the ankle joint area in addition to the findings at the calcaneus.

Severe posttraumatic OA at tibiotalar joint and chronic ligamentous disruption.

Orthopedics leans toward performing a BKA and they discussed this idea with inmate at his last encounter with them per ortho call today. BKA due to the severe chronic findings in the ankle and the osteo of calcaneus.

Arterial doppler study will be 8/27/20 and if normal Dr Martinkovich states that he could defer seeing vascular surgeon and followup wtih ortho sooner than October.

They can review the options once again with inmate at that time.

---

SOAP NOTE BY: Nancy Park MD POSTED ON 8/25/2020 10:19:28 AM EDT                    Type: MEDICAL MD/DO

**Subjective**

Seen in his cell this AM. No concerns or complaints to address this AM. He denies pain overnight.

**Objective**

BP: /      Temp:      Pulse:      Resp:      Wt:      SaO2:      BS:      Pain:

---

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

AVSS per record.

Lungs CTAB

COR RRR possible 2/6 SEM ULSB

Abd NT

EXTR- Right foot dressing left in place, wound care later this AM.

## Assessment

Chronic open wound right calcaneus

Osteomyelitis right calcaneus

MRI changes right ankle- poss early osteo, severe OA, ligamentous disruption- old GSW 2016 with hardware right ankle

RLE neuropathy

right epididymal cyst

possible cardiac murmur-?new

## Plan

SEE PREVIOUS NOTE SUMMARIZING ORTHO PHONE CALL.

continue bid wound care

await arterial doppler studies RLE 8/27/20- if normal ortho followup asap

repeat cardiac exam later today- consider echocardiogram

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

SOAP NOTE BY: Nancy Park MD POSTED ON 8/26/2020 12:38:16 PM EDT                                    Type: MEDICAL MD/DO

## Subjective

Seen in his cell today.

He denies any interval concerns to address.

I advised him that I spoke with the orthopedic doctor yesterday and summarized our conversation about his MRI foot/ankle and there thoughts about his surgical options. He was advised that one option is a right BKA due to severe changes of his right ankle related to failed past surgery and the osteomyelitis of the right calcaneus. He admitted that they had reviewed this option with him at his previous appt although not mentioned in their notes.

## Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

AVSS per record

Lungs CTAB

COR- RRR, 2-3 SEM LSB, no S3S4

## Assessment

Chronic wound/osteomyelitis right calcaneus

Profound MRI of the right lower extremity from 2018

new onset murmur

RLE neuropathy

right epididymal cyst

## Plan

Arterial doppler studies scheduled for tomorrow 8/27; if normal ortho will see him back soon to discuss options.

Echocardiogram ordered- Tristate called

CC med

wound care daily

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Patricia Brewer LPN POSTED ON 8/27/2020 5:08:46 AM EDT                                  Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: DTurcinhodzic, PA-

Blood Pressure Diastolic: 56

---

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 8/27/2020 12:01:13 PM EDT          Type: MEDICAL MD/DO

### Subjective

Patient has no new complaints this a.m.; we did discuss the newest orthopedic plans to possibly proceed with a BKA; according to them because the ankle is so tenuous treating and repairing and or doing surgery on the calcaneus may not be in the long run helpful. He seems to understand this

### Objective

| BP: | Temp: | Pulse: 71 | Resp: 14 | Wt: | Sa02: 97 | BS: | Pain: |
|-----|-------|-----------|----------|-----|----------|-----|-------|
| 110/56 | 97.4 | | | | | | |

Vitals are stable

Chest is clear

Heart is regularly regular

### Assessment

Gunshot wound to the spine with a resultant neuropathic right foot that has an infected calcaneus

Currently the orthopedic service is considering a BK amputation

He is seeing vascular surgery today for evaluation of his circulation

### Plan

Continue current therapy

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Donald Stechschulte MD POSTED ON 8/27/2020 12:01:29 PM EDT                                Type: NURSE

Abnormal Vital Signs/Readings: Patient is asymptomatic

Blood Pressure Diastolic: 56

---

Donald Stechschulte MD POSTED ON 8/27/2020 3:06:47 PM EDT                                Type: MEDICAL MD/DO

Patient was evaluated by the vascular service at Allegheny General today pulse exam was normal physiologic arterial testing is completely normal with normal ankle brachial indices bilaterally and multiphasic waveforms to the level of the foot from the standpoint of arterial perfusion there should be no limitation with regard to his surgery.  At this point it is not clear whether a partial calcanectomy is going to be scheduled or a BKA
We will refer him back to Orthopedics

---

Aeriel Garner CMA POSTED ON 8/27/2020 3:50:58 PM EDT                                Type: MEDICAL ASSISTANT

WOUND CARE WAS DONE TODAY BY TRALA FREEMAN SHE PROBABLY FORGOT TO CHART IT. I HAD INMATE CONFIRM THAT IT WAS INDEED DONE TODAY. WITNESS: M. IRELAND. (I HAD HIM ASK THE INMATE IN FRONT OF ME).

---

SOAP NOTE BY: Maria Ivona Chrzastowska PA POSTED ON 8/28/2020 9:58:41 AM EDT                                Type: PA NOTE

**Subjective**

Seen in cell, reports ongoing thoughts about planned surgery RLE.
S/p vascular noninvasive study w/ NL arterial testing/indices yesterday.

**Objective**

| BP: | Temp: | Pulse: 71 | Resp: 16 | Wt: | SaO2: 99 | BS: | Pain: |
|---|---|---|---|---|---|---|---|
| 106/63 | 97.5 | | | | | | |

NAD
EOMI PERRLA
RRR
CTA b/l
R foot w/dressing

**Assessment**

- RLE chronic plantar open wound w/associated cellulitis/phlegmon/osteomyelitis-awaits surgical intervention
- s/p lumbar GSW 2011/R ankle fusion 2013

- RLE severe posterior heal tibetalar joint/ talonavicular joint / with multiple torn ligaments and plantar neuropathy

## Plan

- cont. current Rx
- ortho surgery consult pending

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Donald Stechschulte MD POSTED ON 8/28/2020 10:01:21 AM EDT                                  Type: MEDICAL MD/DO

I spoke at length with the patient today who was upset about the possibility of an amputation.  It is been my understanding that the reason why AE the infection has not been aggressively treated with what we thought would be an operative clean out and deep tissue cultures followed by antibiotics; instead is I understand that the plan would be either a partial calcanectomy verses a BKA .  I called peri Oaks who was the clinic manager for the orthopedic service to asking to provide some clarity as to next steps and possible alternatives to the above mentioned options.

---

Donald Stechschulte MD POSTED ON 8/28/2020 12:30:18 PM EDT                                  Type: MEDICAL MD/DO

I did speak with peri Oaks and subsequently to the chief resident at Allegheny General and Orthopedics I explained as best I could from the patient's perspective his thoughts about a BKA; from their perspective the BKA was probably the most efficacious way to deal with this situation in terms of saving him future surgeries and a prolonged treatment course however they understand that is a 23-year-old losing once foot is quite traumatic.  As result they will make plans to see him next Friday at their clinic and discuss various options which would include a cleanout procedure and/or possible partial calcanectomy as well as the BKA.  I have spoke with our scheduling department to ensure that he gets to see them next week

---

Colette Jones RN POSTED ON 8/29/2020 6:23:28 AM EDT                                         Type: NURSE

Abnormal Vital Signs/Readings: .

Blood Pressure Diastolic: 60

---

Natalie Austin PA POSTED ON 8/29/2020 7:56:13 PM EDT                                        Type: PA NOTE

Saw pt on the pod- he says his ankle is swollen and painful.  He is refusing to have a BKA- he wants to have other options. Pt is very upset and mad about this situation. He is requesting a toradol injection for the pain.
Toradol inj ordered.

---

Natalie Austin PA POSTED ON 8/29/2020 8:39:31 PM EDT                                        Type: PA NOTE

Podiatry consulted to obtain deep wound culture of right calcaneous.
ID consulted for IV antibiotics/PICC once wound culture is completed.
DX- osteomyelitis right calcaneous.

Colette Jones RN POSTED ON 8/30/2020 5:34:00 AM EDT                                    Type: NURSE

Abnormal Vital Signs/Readings: .

Blood Pressure Diastolic: 57

---

Colette Jones RN POSTED ON 8/31/2020 5:26:50 AM EDT                                    Type: NURSE

Abnormal Vital Signs/Readings: .

Blood Pressure Diastolic: 58

---

SOAP NOTE BY: Nancy Park MD POSTED ON 8/31/2020 11:26:23 AM EDT                         Type: MEDICAL MD/DO

**Subjective**

Seen in his cell today.

Previous encounter notes of past 5 days reviewed. It is noted that he has been advised of what our understanding of his options are which include deep tissue wound debridement, deep tissue biopsy// PICC line for IV abx/ partial calcanectomy; possible surgery to stabilize right ankle and possible right BKA.

His vascular studies were normal on 8/27/20 and he also saw the vascular surgeon, Dr Taffe that day. She indicated that next step is to followup with orthopedics and no other recommendations were made.

He has an orthopedic appt scheduled for 9/4/20 later this week.

This AM he denies new concerns to address.

**Objective**

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|---|---|---|---|---|---|---|---|

AVSS per record

COR RRR

Lungs CTAB

**Assessment**

R calcaneal chronic plantar open wound/ underlying osteomyelitis

GSW 2011- right ankle fusion 2013

Right ankle instability post past surgery with chronic changes- severe OA, ligamentous disruptions

**Plan**

Maintain current care plan with regard to wound care

Orthopedic consult now scheduled for 9/4/20- considerations noted above, inmate advised to have all of his questions formulated for orthopedic appt so that he has the opportunity to make the best choice for the present and his future.

Podiatry and ID consults also approved

Echocardiogram previously ordered re cardiac murmur

**MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)**

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Donald Wilt Physical Therapist POSTED ON 9/1/2020 8:11:23 AM EDT                Type: PHYSICAL THERAPIST

therapist met with patient states too much pain, did request to have F/U later in week

Kristen Raypush RN POSTED ON 9/1/2020 9:01:02 AM EDT                Type: NURSE

RN performing med pass noticed 4 plastic cups filled with Boost on IM's sick  Boost held for am med pass.

Nancy Park MD POSTED ON 9/2/2020 12:43:38 PM EDT                Type: MEDICAL MD/DO

Inmate seen in treatment room of 5B during his wound care session.

He does complain of ongoing mre generalized pain right foot and ankle area with some pain right lower leg.

He is aware of orthopedic followup soon and reminded to formulate questions to take best advantage of his and their time.

He was otherwise quiet today and denied things to address.

O  AVSS

EXTR- right plantar wound calcaneus about 1 cm diameter and 1 cm depth, granulated at base, minimal odor

Wound Care provided with the medical assistant today- cleaned and packed with Dakin's, dressing applied, Coban applied to right lower leg.

CC meds/ plan

Orthopedic appt to discuss surgical and medical options on 9/4/20.

SOAP NOTE BY: Nancy Park MD POSTED ON 9/3/2020 10:15:16 AM EDT                Type: MEDICAL MD/DO

**Subjective**

He remains clinically stable; he denied new concerns to address.

He is assessed today in the treatment room of 5B during wound care session.

He states that Tristate came 2 days ago and did the TTE, report pending in system.

He goes out to ortho very soon; he is reminded to formulate questions for the ortho doc so that he can clearly understand the options and make the best decision for his care, he nodded in understanding.

**Objective**

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

142/87 o/w VSS

alert NAD

Lungs CTAB no WRR

COR RRR no murmur heard today, no S3/S4

WOUND CARE: right foot

1 cm diam ulcer seen 2 o'clock seen with about 1 cm depth

granulation at the base, no overt drainage- dressings were removed before coming out to treatment room as he showered prior to the wound care wound cleaned with Dakin's Solution and gauze soaked with Dakin's loosely applied within the wound; rolled gauze dressing applied to wound and right lower leg wrapped with Coban from foot to the infrapatellar area

## Assessment

Right calcaneus chronic plantar wound
Osteomyelitis right calcaneus underlying chronic wound
GSW 2011- right ankle fusion 2013
right ankle with failed surgery/fusion- chronic changes on MRI- severe OA, ligamentous disruptions
recent new murmur

## Plan

Orthopedic followup appt 9/4/20- they will review the recent testing (MRI- foot/ankle, normal arterial dopplers)

Ortho will discuss the surgical options with him and also the management of the osteomyelitis which could also include calcaneal debridement/calcanectomy and IV antibiotics via PICC line. Management of the chronic findings of the right ankle also to be determined. Some discussion of Right BKA mentioned previously, ideally he could be spared of this option, ortho discussed this with him at his previous encounter. It is anticipated that definitive care will occur asap.

TTE report pending- recheck for report later today.
CC meds/wound care/pain management

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Colette Jones RN POSTED ON 9/4/2020 1:59:21 AM EDT                                    Type: NURSE

Late entry Tramadol 50 mg given at 12am for pain.

---

Dennis Larkin Physical Therapist POSTED ON 9/4/2020 9:35:37 AM EDT          Type: PHYSICAL THERAPIST

Pt not seen today pt refused pt just got on the phone pt also stated he is going out for MD foot appointment

---

SOAP NOTE BY: Maria Ivona Chrzastowska PA POSTED ON 9/4/2020 9:45:01 AM EDT          Type: PA NOTE

## Subjective

Seen while wound care at Sallyport.
Reports R foot pain worse at night.

## Objective

BP:          Temp:          Pulse: 74     Resp: 14     Wt:          Sa02: 99     BS:          Pain:

NAD

EOMI PERRLA

RRR no M

CTA b/l

R plantar 1 cm x 1 cm x 1.5 cm deep/sc wound w/o bleed

## Assessment

- RLE chronic plantar open wound w/associated cellulitis/phlegmon/osteomyelitis-awaits surgical intervention

- s/p lumbar GSW 2011/R ankle fusion 2013

- RLE severe posttraumatic osteoarthrosis tibiotalar joint/fatty atrophy/multifocal ligamentous disruptions/plantar fascitis/neuropathy

## Plan

con.t current Rx

ortho offsite consult today

awaiting echo results

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Sandra Simms CRNP POSTED ON 9/4/2020 4:27:18 PM EDT                                    Type: NP NOTE

Inmate returned from appt with AGH Orthopedic surgery(1307 Federal street, 2nd floor, suite 200 412-359-3895). No note in Epic at the time of this note. Recommendation on paperwork accompanying pt was a below the knee amputation with instruction to call the office when ready to schedule. Ortho will contact Dr Ward for any input on viable options to this surgery to avoid amputation. Local wound care and packing to continue as directed by vascular surgery. He was instructed to continue baclofen, gabapentin, and tramadol.

Xray of the right ankle and foot were completed at the orthopedic office.

---

Natalie Austin PA POSTED ON 9/5/2020 1:09:41 AM EDT                                    Type: PA NOTE

Pt req toradol injection due to pain and banofen for allergies. Both ordered.

---

Trala Freeman MA POSTED ON 9/5/2020 5:28:52 AM EDT                                    Type: NURSE

Abnormal Vital Signs/Readings: Send Alert to Nurse's Queue

Blood Pressure Diastolic: 58

---

Sarah Kielek CRNP POSTED ON 9/5/2020 4:46:46 PM EDT                                    Type: NP NOTE

Patient c/o bilat leg/foot cramps, was awake also spending a good amt of time on toilet.  This is likely due to go polyneuropathy or depression.  Advised patient to rest and lay on bed with legs straight to allow circulation.

Patient began to argue with C.O. over speaker, terminated.

---

Carla White RN POSTED ON 9/5/2020 4:55:07 PM EDT                                                  Type: NURSE

wound care completed by 5B MA Renee.

---

Natalie Austin PA POSTED ON 9/5/2020 10:58:21 PM EDT                                              Type: PA NOTE

Saw pt during wound care/wound cleaned and dressing changed.  We discussed his ortho appointment from Friday.  He said his pain has increased, and is requesting a stronger pain medication.
O- BP 159/92, O2 Sats 99%, HR 114, T- 97.6
A- tachycardia, due to pain
P- Changed PM pain med to T4 x 2 days.

---

Natalie Austin PA POSTED ON 9/5/2020 11:08:50 PM EDT                                              Type: PA NOTE

Abnormal Vital/Reading - Indicate who was notified: Austin aware

Pulse: 114

---

Trala Freeman MA POSTED ON 9/6/2020 5:02:28 AM EDT                                                Type: NURSE

Abnormal Vital Signs/Readings: Send Alert to Nurse's Queue

Blood Pressure Diastolic: 58

---

Colette Jones RN POSTED ON 9/7/2020 2:05:21 AM EDT                                                Type: NURSE

Late entry for 9/7/20 12am inmate c/o pain to right calcaneal ulcer from hardware infection causing Osteomyelitis was given  Tramadol 50mg at 12am as ordered and inmate is now asking for something more for pain.  Vs BP  146/70, PO 100%, heart rate 99, resp. 16 and temp 98.8,  Inmate given prn break thru pain medication as ordered.  Inmate to have surgery in near future on his right lower extremity.   The on coming medical management will be notified of inmate chronic pain needs.

---

Michael Warner RN POSTED ON 9/7/2020 6:28:42 PM EDT                                               Type: NURSE

Inmate states that his dressing is to be changed once a day not twice
Dressing was changed this morning

---

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

AC_CM_000585

Sheldon Summers RN POSTED ON 9/8/2020 5:10:57 AM EDT                    Type: NURSE

During 4am vitals this inmate reported having very bad leg pain. I advised the provider. This is a chronic issue. He already has several pain medications prescribed. After vitals and during the normal prescribed time he was medicated.

---

Dennis Larkin Physical Therapist POSTED ON 9/8/2020 10:03:49 AM EDT                    Type: PHYSICAL THERAPIST

S: Pt seen today pt pt feeling down pt reported pt saw ortho MD and he wants to performed BKA to his R LE pt is having a lot of pain to his R ankle

O: Pt did performed, RLE press man resist ( place at arch as not interfere with wound) 4x10 r hip flex/abd, LAQ, hamstring curl with grade man resist 3x10 R ham isometric at 90,60, and 30 degrees 2x5 each

A: tol ther ex well, hip abd 4/5 and ham 4-/5

P: Cont with PREs to increase RLE strength

---

SOAP NOTE BY: Nancy Park MD POSTED ON 9/8/2020 1:08:58 PM EDT                    Type: MEDICAL MD/DO

**Subjective**

Inmate has had increasing pain right foot/ankle/lower leg areas past week.

Orthopedic consult notes from 9/4 reviewed: in summary a right BKA is recommended for multiple reasons including nonhealing wound right heel with osteomyelitis of calcaneus, prior right ankle fusion for foot drop now with severe posttraumatic osteoarthosis at tibiotalar joint, multifocal ligamentous disruption, chronic partial tear peroneus brevis tendon and peroneus longus tendinosis, signal changes on MRI of neuropathy

Dr Rinaldi consulted with Dr Patric Ward, AGH Ortho foot and ankle specialist- Dr Stechschulte received a call from them today confirming that after convening they continue to recommend the right BKA surgery. I spoke with their clinic representative today and she confirms that they have placed him on the OR schedule for 9/16/20.

**Objective**

BP: /        Temp:        Pulse:        Resp:        Wt:        Sa02:        BS:        Pain:

AVSS per record.
Wound Care: right heel wound cleaned with Dakin's Solution and packed with Dakin's soaked gauze packing. Dressing applied and lower leg wrapped with Coban.

**Assessment**

Osteomyelitis right calcaneus, chronic nonhealing wound right plantar calcaneus
Failed right ankle fusion with severe changes summarized above on MRI
neuropathy
old GSW 2011

**Plan**

Inmate consented to right BKA today verbally.
Order for the surgery on 9/16/20 placed in Techcare and approved.
Preop CBC, CMP ordered. He will also need an EKG.
CC wound care regimen daily
Echocardiogram had been ordered (and completed per inmate)- I called Tristate to get this result as not in chart

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)        140    AC_CM_000586

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Nancy Park MD POSTED ON 9/8/2020 1:10:08 PM EDT                                          Type: MEDICAL MD/DO

addendum:

Pain management regimen changed today.  He will receive T4 q 6 hrs.  Tramadol will be d/c'd when T4 available.

---

Nancy Park MD POSTED ON 9/8/2020 2:04:51 PM EDT                                          Type: MEDICAL MD/DO

Inmate asked to speak with me.

He states that he would like to have a second opinion about his BKA surgery outside of the AGH Ortho practice that he has seen.

I did not know the ACJ policy about whether second opinions are covered.

Janet Bunts was in a meeting and she will get back to me to discuss if this is an option.

Laura Williams will also need to be aware of this request.

---

Nancy Park MD POSTED ON 9/8/2020 3:08:08 PM EDT                                          Type: MEDICAL MD/DO

Phone call:

I spoke with inmate's mother, Nicole Woodson.  412-969-2485

She was given an overview of his medical diagnoses and the rationale for the orthopedic recommendation for a right BKA by Drs Rinaldi and Ward.

She expressed an understanding of what I shared with her.

His mother asks for a second independent opinion before proceeding with surgery.

I have been given permission by Deputy Williams to proceed with a second opinion.

---

Patricia Brewer LPN POSTED ON 9/9/2020 4:45:50 AM EDT                                          Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: D.Turcinhodzic, PA-C


Blood Pressure Diastolic: 56

---

SOAP NOTE BY: Nancy Park MD POSTED ON 9/9/2020 11:55:34 AM EDT                                          Type: MEDICAL MD/DO

**Subjective**

No clinical changes past 24 hours.

He reports pain level a bit better with change from tramadol to tylenol #4.

He was seen today in his cell earlier this AM and in the treatment room during his wound care session.

We discussed the second opinion about right BKA once again which was initiated by him. He wants to do a second opinion but he also does not wish to delay the surgery if it would further jeopardize his health if delayed. He wants to know what AGH Ortho thinks about a possible delay for a second opinion.

He is most interested in a second opinion at UPMC, advised that it would require special approval to go to UPMC.

He is assured that the surgery date for the right BKA at AGH is not cancelled at this point in time but a second opinion will very likely require that we cancel the scheduled date and then need to reschedule the surgery.

Echocardiogram 8/26/20 showed trivial mitral insufficiency otherwise normal

## Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

AVSS per record

Lungs CTAB

COR RRR

MSK: right plantar heel wound unchanged, approx 1 cm diameter, minimal odor

MA provided his usual wound care with Dakin's Solution and dressing, Coban applied to right lower leg.

## Assessment

Nonhealing right plantar heel wound

osteomyelitis right calcaneus

Failed right ankle fusion related to old GSW- severe chronic changes of osteoarthrosis and ligamentous disruption

## Plan

CC meds/pain management

Daily wound care

Right BKA scheduled for 9/16/20

Currently making effort to get second opinion from a facility separate from AGH- I am awaiting call back from AGH Ortho for their opinion and assistance about this.

I am waiting to hear back from South Hills Orthopedics- Dr Combs is the foot and ankle specialist- I have asked if he would see him to give opinion.

I will also see if administration will let us set up second opinion with UPMC Mercy Ortho.

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Sandra Simms CRNP POSTED ON 9/9/2020 8:30:43 PM EDT                                                                Type: NP NOTE

Pt asking for Toradol IM injection. He has gotten an injection for the past 2 evenings and tolerated it well. (? ibuprofen allergy). Renal function stable with most recent GFR>60. No bleeding concerns.

SOAP NOTE BY: Nancy Park MD POSTED ON 9/10/2020 12:31:24 PM EDT                                      Type: MEDICAL MD/DO

## Subjective

Seen in treatment room of 5B today with clinic manager after his wound care with MA.

He reports increased pain level and states that T4 every 4 hours is NOT effective for his pain.

He asks for the addition of an antibiotic.

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)                    142    AC_CM_000588

He is advised that post-op amputation rehab. The options for the foot and ankle and given rationale for that are present the worst case.

## Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |

AVSS per record.

## Assessment

failed right ankle fusion related to old GSW- severe chronic changes of osteoarthrosis and multiple ligamentous disruptions

osteomyelitis right calcaneus

nonhealing right plantar heel ulcerated wound

## Plan

BKA scheduled for 9/16/20- AGH ortho

Second opinion with South Hills Ortho- Dr Combs- tentative appt 9/15/20 at 7:30 AM

CC wound care regimen

Increase T4 to q 4 hrs today

I have ordered oxycodone 10 mg q 6 hrs and when it is available will discontinue T4

Augmentin 875 mg bid x 10 days

preop EKG completed today

preop labs drawn- CMP, CBC

The clinic manager and I spent 15 minutes with him in reviewing his case, the rationale for for treatment decisions and the decision for AGH Ortho to recommend a right BKA

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Patricia Brewer LPN POSTED ON 9/11/2020 4:53:16 AM EDT        Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: D.Turcinhodzic, PA-C

Blood Pressure Diastolic: 54

---

Maria Ivona Chrzastowska PA POSTED ON 9/11/2020 12:05:30 PM EDT        Type: PA NOTE

S: Seen at Sallyport while wound care RLE.

O: chronic R plantar wound

A/P:

- RLE chronic plantar open wound w/associated cellulitis/phlegmon/osteomyelitis-awaits surgical intervention

- s/p lumbar GSW 2011/R ankle fusion 2013

- RLE severe posttraumatic osteoarthrosis tibiotalar joint/fatty atrophy/multifocal ligamentous disruptions/plantar fasciitis/neuropathy

- awaits surgical intervention

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)     143  AC_CM_000589

Natalie Austin PA POSTED ON 9/12/2020 6:26:59 AM EDT                                    Type: PA NOTE

Due to inc neuropathy, gaba inc to 800 bid; rec decrease oxy dose.

Laura Williams Chief Deputy Warden of Healthcare Services POSTED ON 9/12/2020 11:02:36 AM EDT          Type: HSA/DHSA

Spoke with Mr. McCray at his request. He reported that he was provided with conflicting information and stated that he wanted to go to UPMC for a 2nd opinion. I informed him that it was his right to request a 2nd opinion because he would be making a serious and permanent healthcare decision that would impact his life. I clarified that we have an obligation to provide him access to a 2nd opinion, of a qualified practitioner, but that did not mean that he had the right to choose the provider. Mr. McCray briefly expressed his frustration and identified that he felt that this writer had not been responsive to him. I provided validation that he was entitled to his perspective and encouraged him to focus on his upcoming consult. Conversation was discontinued with no further incident.

Dennis Larkin Physical Therapist POSTED ON 9/14/2020 10:24:08 AM EDT                    Type: PHYSICAL THERAPIST

S: Pt seen today pt reported feeling better today with decrease pain
O: Pt did performed, RLE press man resist ( place at arch as not interfere with wound) 4x10 r hip flex/abd, LAQ, hamstring curl with grade man resist 3x10 R ham isometric at 90,60, and 30 degrees 2x5 each
A:  tol ther ex well, hip abd 4/5 and ham 4-/5
P: Cont with PREs to increase RLE strength

SOAP NOTE BY: Nancy Park MD POSTED ON 9/14/2020 11:31:32 AM EDT                          Type: MEDICAL MD/DO

**Subjective**

Mental health consult appreciated
Inmate seen in 5B treatment room and evluated during wound care session.
He stated that his right LE pain is improved at times but would be no more specific than that.
He had no new complaints, concerns or questions.

**Objective**

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|---|---|---|---|---|---|---|---|

AVSS as per record this AM
MSK:
right foot and ankle with mild to mod chronic swelling
1 cm open wound plantar surface of right heel with approx 1 cm depth
pink granulation at base, no odor or drainage

Wound Care: wound cleaned with Dakin's solution and Dakins soaked 2x2 place loosely in the wound, site wrapped with rolled gauze.
Coban applied from the foot to the right infrapatellar area.

**Assessment**

failed right ankle fusion related to old GSW- severe osteoarthrosis and multiple ligamentous disruptions

osteomyelitis right calcaneus
nonhealing right plantar heel wound

## Plan

Orthopedic foot and ankle second opinion with South Hills Orthopedics- Dr Combs 9/15/20- take records and MRI/plain film images

Right BKA currently scheduled for 9/16/20

CC wound care regimen

CC meds/analgesia

PT

Mental Health following.

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

SOAP NOTE BY: Nancy Park MD POSTED ON 9/15/2020 1:00:13 PM EDT                    Type: MEDICAL MD/DO

### Subjective

Inmate evaluated today after return from second opinion with South Hills Orthopedics re R lower leg failed ankle fusion and osteomyelitis right calcaneus.

The orthopedic office did the dressing change at the encounter.

Inmate expressed understanding that the specialist concurs with a right BKA.

He has NO further questions or concerns at this time.

### Objective

BP: /      Temp:      Pulse:      Resp:      Wt:      Sa02:      BS:      Pain:

AVSS as per record

Lungs CTAB

COR RRR

MSK- right lower leg with dressing in place per orthopedics

### Assessment

Failed right ankle fusion related old GSW with severe changes noted on MRI- osteoarthrosis, ligamenous disruptions

Osteomyelitis right calcaneus

nonhealing right plantar heel wound

### Plan

Right BKA scheduled for 9/16/20

NPO after midnight

Preop labs and EKG completed and placed in packet to go out with him in the AM.

CC meds/plan at this time

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)                     AC_CM_000591

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Natalie Austin PA POSTED ON 9/16/2020 6:47:19 PM EDT                                    Type: PA NOTE

EPIC review- pt s/p right BKA; rec 1/2 suture removal in 2 weeks and the rest removed in 4 weeks;

rec Asa 325 mg daily x 6 weeks for dvt prophy.

---

Dennis Larkin Physical Therapist POSTED ON 9/17/2020 9:59:02 AM EDT            Type: PHYSICAL THERAPIST

Pt not seen pt OTH

---

Nancy Park MD POSTED ON 9/17/2020 3:26:09 PM EDT                              Type: MEDICAL MD/DO

Inmate returned from AGH post R LE BKA.

Hospital notes, PT/OT notes reviewed and printed.

Discharge summary not available yet.

Orders placed in Techcare including analgesia-oxycodone.

---

Sandra Simms CRNP POSTED ON 9/17/2020 8:31:24 PM EDT                              Type: NP NOTE

S: Pt resting in his cell POD # 1 Right BKA 2/2 Chronic osteomyelitis of the right calcaneus with draining sinus. He denies pain at this time. Resting flat in bed in no distress.

O: Alert and oriented.

Resps easy

Lungs CTA

RRR, No M/R/G

Abd soft, flat

Right ACE wrap dressing dry and intact. Knee immobilizer on.

A: POD# 1 Right BKA

P: Pain management with Tramadol and NSAIDs

Non weight bearing on the RLE, has crutches with him in room

ASA 325mg daily X 6 weeks for DVT prophylaxis

---

Trala Freeman MA POSTED ON 9/18/2020 5:02:13 AM EDT                              Type: NURSE

Abnormal Vital Signs/Readings: Send Alert to Nurse's Queue

Blood Pressure Diastolic: 60

---

Colette Jones RN POSTED ON 9/18/2020 5:46:33 AM EDT                                          Type: NURSE

Inmate resting in bed sleeping throughout the night no complaints at this time but he said he still having pain.

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 9/18/2020 7:43:15 AM EDT                      Type: MEDICAL MD/DO

### Subjective

Patient return from Allegheny General Hospital yesterday status post BKA on the right side

He was not very verbal this morning barely responded to basic questioning

Think this represents a major life change for him and may need some psychological support

He did mention he had a rather significant pain last evening although the nurses stated she had to awaken him for his medications earlier this morning

### Objective

| BP: 116/60 | Temp: 98.7 | Pulse: 85 | Resp: 18 | Wt: | SaO2: 98 | BS: | Pain: |
|---|---|---|---|---|---|---|---|

Vitals are stable

Chest is clear

Heart is regularly regular

### Assessment

Status post right BKA

### Plan

Will have somebody from psych see him in try to get him the speak about his recent loss

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Jennifer Kelly Director of Nursing POSTED ON 9/18/2020 10:07:25 AM EDT                        Type: NURSE

spoke to inmate's mother regarding inmate's status. Mother told that inmate will receive mental health evaluation and is taking medications as prescribed.  Discussed wound care and healing with inmate's mother.

Slava Winters MD POSTED ON 9/18/2020 1:45:28 PM EDT                                          Type: MEDICAL MD/DO

Pt requesting a shower and inquired about dressing changes - plan to remove dressing and eval wound healing and if ok, pt will shower and then new dressing will be applied by nursing staff.

Thereafter plan as discussed above 9/4/4.

Pt voiced that his pain is not always well controlled and inquired about possible inc. narc dose.

---

Michael Warner RN POSTED ON 9/18/2020 5:18:26 PM EDT                                                    Type: NURSE

OR dressing removed with the supervision of Dr Winters

BKA surgical intact with sutures

There is small amount of bloody drainage

No foul smells or abnormal drainage

Inmate is to get a shower that is why dressing was taking off at this time

Inmate now back in room

New dressing orders obtain

---

Natalie Austin PA POSTED ON 9/18/2020 11:42:49 PM EDT                                                    Type: PA NOTE

Saw pt in wound care room- his R stump dressing fell off.  He is c/o surgical pain in the stump.

O- NAD

EXT: R BKA- surgical wound looks great, sutures in place, well approximated,

no gross drainage, no infection or odor

A- R BKA surgical wound

P- diphenhydramine 50 im given. Tolerated wound dressing change well.

---

Trala Freeman MA POSTED ON 9/19/2020 4:47:22 AM EDT                                                    Type: NURSE

Abnormal Vital Signs/Readings: Send Alert to Nurse's Queue

Blood Pressure Diastolic: 51

---

Sandra Simms CRNP POSTED ON 9/19/2020 1:46:38 PM EDT                                                    Type: NP NOTE

S: Pt seen in 5B to assess post op Right BKA. POD# 3 and he is c/o pain in the right leg and expressing frustration at not being able to get the pain
medication q 4 hours as ordered by surgeon.

He denies cough, fever/chills, constipation.

O: Awake, alert, oriented X 3. Watching TV

Resps easy. Lungs CTA

RRR, No M/R/G

Abd soft and non-tender

Right LE dressing dry and intact with immobilizer on.

Using Wheelchair.

A: POD # 3 Right BKA

P: Will add incentive spirometer to be used several times daily

encourage ambulation with crutches. He is non weight bearing with the RLE, but able to ambulate

Continue pain medication with opioid as needed for acute pain control

Monitor for opioid induced constipation

Encourage incentive spirometry
Encourage hydration to 2 liters daily
Vitals daily and pm to monitor for s/s post op complications
Daily dressing changes to monitor wound

---

Patricia Brewer LPN POSTED ON 9/21/2020 4:40:20 AM EDT                                    Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: D.Turcinhodzic, PA-C

Blood Pressure Diastolic: 50

---

SOAP NOTE BY: Nancy Park MD POSTED ON 9/21/2020 11:08:47 AM EDT                    Type: MEDICAL MD/DO

### Subjective

Inmate seen in cell.
R BKA 9/17/20, POD #4
He states that pain control is adequate for the most part.
Denies other concerns.

### Objective

BP: /        Temp:        Pulse:        Resp:        Wt:        Sa02:        BS:        Pain:

AVSS, Alert Ox3, affect is flat and sad, he does not speak much
Extr- not examined, wait for wound care

### Assessment

R BKA
Depression

### Plan

aspirin daily for DVT prophylaxis
Pain management- currently oxycodone 5 mg q 4 hrs
CC meds/ bowel regimen/Boost
Psychiatry has been consulted 9/18/20

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Renee Clark MA POSTED ON 9/21/2020 5:06:02 PM EDT                                    Type: MEDICAL ASSISTANT

wound care done, cleaned patients wound, applied telfa wrapped leg up with coban.

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)        149    AC_CM_000595

Patricia Brewer LPN POSTED ON 9/22/2020 4:46:29 AM EDT                                    Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: D.Turcinhodzic, PA-C

Blood Pressure Diastolic: 58

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 9/22/2020 7:23:30 AM EDT          Type: MEDICAL MD/DO

**Subjective**

Patient has no new complaints says repeatedly I am all right, when questioned about being depressed over the loss of his leg he denies this again saying I am all right

**Objective**

| BP: 101/58 | Temp: 97.2 | Pulse: 65 | Resp: 14 | Wt: | Sa02: 100 | BS: | Pain: |
|---|---|---|---|---|---|---|---|

Vitals are stable
Chest is clear
Heart is regularly regular
Wound care shows a clean suture line according to the nurses

**Assessment**

Status post right BKA
He appears depressed to me

**Plan**

Will try to have the patient evaluated by one of the psychologists here

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Patricia Brewer LPN POSTED ON 9/23/2020 5:17:31 AM EDT                                    Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: Dr.S.

Blood Pressure Diastolic: 50

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 9/23/2020 9:00:17 AM EDT          Type: MEDICAL MD/DO

**Subjective**

Previous notes appreciated

Patient has no new complaints, affect remains flat, states that his pain control is adequate although at times it bothersome he describes phantom pain of the foot that is no longer present I explained that as those nerves heal he will be experiencing that but over time that should dissipate

## Objective

| BP: | Temp: | Pulse: 80 | Resp: 16 | Wt: | Sa02: 99 | BS: | Pain: |
|-----|-------|-----------|----------|-----|----------|-----|-------|
| 105/50 | 97.3 | | | | | | |

Vital stable

Chest is clear

Heart is regularly regular

## Assessment

Status post right BKA doing well has follow-up scheduled

## Plan

Appreciate psych input in the fact that they will continue to follow him

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Carla White RN POSTED ON 9/23/2020 11:29:33 AM EDT                    Type: NURSE

Abnormal Vital Signs/Readings: Notify provider or supervisor Dr Stechschulte

Blood Pressure Diastolic: 50

---

Patricia Brewer LPN POSTED ON 9/24/2020 6:08:47 AM EDT                    Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: Dr.S.

Blood Pressure Diastolic: 56

---

Donald Wilt Physical Therapist POSTED ON 9/24/2020 8:33:26 AM EDT          Type: PHYSICAL THERAPIST

Therapist with Dr. Park looked at incision, patient with good shapoing at distal R stump. Patient encourage to complete qs and keep knee in ext. plan to place OH until incision closed and healed

---

Renee Clark MA POSTED ON 9/24/2020 8:46:08 AM EDT                    Type: MEDICAL ASSISTANT

wound care completed, Dr. Parks was present.

SOAP NOTE BY: Nancy Park MD POSTED ON 9/24/2020 9:39:58 AM EDT                    Type: MEDICAL MD/DO

## Subjective

inmate seen in 5B treatment room with the physical therapist during his wound care session

he complains of ongoing pain right knee pain and at times has phantom pain with reference to amputated right foot/ankle, he states that current pain regimen is not adequate

## Objective

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

AVSS per record

MSK- right BKA amputation surgical site looks good- wound well apposed, NO erythema/induration/drainage

right knee/thigh appear normal with no swelling/redness/TTP

## Assessment

Post right BKA

Depression

## Plan

Conferred with DrS, medical director, about his pain management plan.

We will change oxycodone dosing to 5 mg q 6 hrs (40 mg daily dose) x 10 days- profile order + additional 6 days.

He is advised that the plan will be to taper him OFF of narcotic medications.

The physical therapist overviewed the plan to eventually use a shrinker for acceptance of a prosthesis at the site.

Medical assistant provided wound care.

Psychiatry evaluation appreciated, 3 new medications started by psychiatrist.

Orthopedic followup 10/2/2020.

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

SOAP NOTE BY: Maria Ivona Chrzastowska PA POSTED ON 9/25/2020 7:38:04 AM EDT                    Type: PA NOTE

## Subjective

Seen in cell.

Depressed affect noted.

## Objective

| BP: | Temp: | Pulse: 80 | Resp: | Wt: | Sa02: | BS: | Pain: |
|-----|-------|-----------|-------|-----|-------|-----|-------|
| 102/62 | 97.2 | | | | 100 | | |

NAD

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)                    152    AC_CM_000598

CTA

RLE/dressed stomp/BKA

## Assessment

-S/p R BKA 9/16/20

- RLE chronic plantar open wound w/associated cellulitis/phlegmon/osteomyelitis

- s/p lumbar GSW 2011/R ankle fusion 2013

## Plan

cont. current Rx

pending surgical f/u

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Colette Jones RN POSTED ON 9/26/2020 6:08:51 AM EDT                                         Type: NURSE

Abnormal Vital Signs/Readings: .

Blood Pressure Diastolic: 57

---

Renee Clark MA POSTED ON 9/27/2020 5:28:01 AM EDT                                         Type: MEDICAL ASSISTANT

Abnormal Vital/Reading - Indicate who was notified: Ms. Coolette

Blood Pressure Diastolic: 50

---

Sandra Simms CRNP POSTED ON 9/27/2020 1:12:10 PM EDT                                         Type: NP NOTE

Seen in Sallyport for dressing change. Incision line well approximated. No erythema or drainage. Sutures intact.

---

Michael Warner RN POSTED ON 9/27/2020 5:33:36 PM EDT                                         Type: NURSE

Inmate sitting in the Dayroom with the other Inmate laughing

---

Patricia Brewer LPN POSTED ON 9/28/2020 4:45:13 AM EDT                                         Type: RECONCILIATION

Abnormal Vital/Reading - Indicate who was notified: D.Turcinhodzic, PA-C

SOAP NOTE BY: Maria Ivona Chrzastowska PA POSTED ON 9/28/2020 8:02:43 AM EDT          Type: PA NOTE

## Subjective

Seen in cell, reports back pain that seems worse after surgery.

VS stable.

On multiple Rx by MH team.

## Objective

| BP: | Temp: | Pulse: 71 | Resp: 16 | Wt: | Sa02: 98 | BS: | Pain: |
|-----|-------|-----------|----------|-----|----------|-----|-------|
| 103/57 | 97.8 | | | | | | |

NAD

RRR no M

CTA b/l

RLE dressed s/p BKA

## Assessment

- s/p R BKA 9/16/20-healing well

- h/o RLE chronic plantar open wound w/associated cellulitis/phlegmon/osteomyelitis

- h/o lumbar GSW 2011/R ankle fusion 2013

## Plan

- cont. current Rx

- minimal effective narcotic analgesia, taper down

- post op surgical appt soon to remove sutures partially

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Krystle Rosenwald RN POSTED ON 9/28/2020 8:22:32 AM EDT          Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: provider

Blood Pressure Diastolic: 57

Donald Wilt Physical Therapist POSTED ON 9/28/2020 10:10:03 AM EDT          Type: PHYSICAL THERAPIST

spoke with patient about maintain terminal knee ext, qs, slr- dc at this time and await knee orders on incision closed

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)          154    AC_CM_000600

Donald Wilt Physical Therapist POSTED ON 9/28/2020 10:24:13 AM EDT                    Type: PHYSICAL THERAPIST

-

Lynsey Prorok Discharge Planner POSTED ON 9/28/2020 10:36:44 AM EDT                    Type: DISCHARGE PLANNER

Chart review for DOMH

Slava Winters MD POSTED ON 9/28/2020 5:14:23 PM EDT                    Type: MEDICAL MD/DO

Pt had oxy restarted at 3pm today (ACJ hadn't received the med from supplier until today), but his new med schedule is 6pm and midnight today b/c he is on it q6 so since his dose would've been at 9pm today, I ordered 1 dose of 5mg at 9pm to bridge him until his midnight 10mg regular dose.

Pt had stated that he was in a lot of pain over the weekend and earlier today without the meds.

Sheldon Summers RN POSTED ON 9/29/2020 4:49:59 AM EDT                    Type: NURSE

Abnormal Vital/Reading - Indicate who was notified: providers at morning report

Blood Pressure Diastolic: 52

SOAP NOTE BY: Nancy Park MD POSTED ON 9/29/2020 11:25:55 AM EDT                    Type: MEDICAL MD/DO

**Subjective**

inmate seen in cell
he has new onset of a mildly itchy skin of right inguinal area and requests cream for jock itch

**Objective**

BP: /        Temp:        Pulse:        Resp:        Wt:        Sa02:        BS:        Pain:

AVSS per record
RLE BKA wound will be assessed by clinical staff during wound care session

**Assessment**

s/p RBKA 9/16/20- good progress with healing process
PMH chronic calcaneal plantar wound/osteomyelitis/failed R ankle fusion
PMH lumbar GSW 2011/ R ankle fusion 2013
tinea cruris by hx

**Plan**

CC meds

analgesia adequate at this time

Offsite ortho appt 10/2/2020

tolnaftate cream bid x 14 days right groin

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Nancy Park MD POSTED ON 9/29/2020 3:13:22 PM EDT                                                     Type: MEDICAL MD/DO

inmate called me back to his cell to talk

inmate seen with the presence of an officer as chaperone

he asks if I ordered the cream for tinea cruris, I told him that I did

he states that he continues to have GU symptoms, right scrotal cyst painful, he complains of pain of shaft of penis

O

officer chaperone present

GU- mild erythema right inguinal area, no overt lesions or open sites

scrotum examined and the testicles are of normal size and consistency, 1 cm smooth, mobile right scrotal cyst present

no suprapubic TTP

A

right scrotal cyst- epididimal cyst per urology consult 6/16/20- unchanged in character but painful to inmate

pain of penile shaft- intermittent, persistent

tinea cruris

P

repeat sctotal US- ordered

urology followup- ordered

tolnaftate cream ordered as KOP earlier today for tinea cruris

I will ask a male provider to asses him also

Slava Winters MD POSTED ON 9/30/2020 1:04:55 PM EDT                                                     Type: MEDICAL MD/DO

Pt refused to have me examine his scrotum/penis for his noted c/o pain/rash there and stated it was b/c he was uncomfortable with a male doing the exam.

SOAP NOTE BY: Nancy Park MD POSTED ON 10/1/2020 12:44:28 PM EDT                                        Type: MEDICAL MD/DO

**Subjective**

inamte seen in cell this AM

he complained of pain at the R BKA site

he asks that a provider look at his stump site during wound care today, I agree.

He denies other concerns.

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)                           156   AC_CM_000602

**Objective**

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

AVSS

Examine RBKA site in wound care later today.

## Assessment

R BKA 9/16/20

chronic calcaneal plantar wound, failed right ankle fusion 2013, swteomyelitis

PMH lumbar GSW 2011

tinea cruris- he has KOP rx

## Plan

CC meds

Offsite ortho appt tomorrow- 10/2/20

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Donald Stechschulte MD POSTED ON 10/2/2020 2:04:43 PM EDT                    Type: MEDICAL MD/DO

Patient return from Orthopedics with a handwritten notes stated the wound looks great half the sutures were removed they ordered a prosthetic limb that he will not be able to wear until re-evaluated they asked for a follow-up in two weeks and then in four weeks we will schedule these

---

SOAP NOTE BY: Slava Winters MD POSTED ON 10/2/2020 4:33:33 PM EDT                    Type: MEDICAL MD/DO

**Subjective**

Pt rounded on s/p return from his Ortho appt.

He is concerned at to who orders his prosthesis and wants to make sure it gets ordered. Ortho will be ordering the prosthesis and the fitting may be done here at ACJ to be determined by his surgeon.

Pt states he feels depressed and wishes he could see his family on a tablet like other inmates can (who are not in the MHU) and would like to see Mental Health today. He denies SI/HI.

Pt states his leg hurts and he has phantom limb pain, but states the oxycodone does take the edge off.

No other physical c/o's at this time.

**Objective**

| BP: / | Temp: | Pulse: | Resp: | Wt: | Sa02: | BS: | Pain: |
|-------|-------|--------|-------|-----|-------|-----|-------|

GEN: NAD; APPEARS SAD

HEENT: NCAT, EOMI

NECK: NO JVD OR LAD VISIBLE

CARDIOVASCULAR: NML SKIN TONE AND EASY WOB AND CLEAR EASY SPEECH

EXT: NOT EVALUATED AT THIS VISIT

NEURO: AAOX3. CN2-12I

## Assessment

Young male s/p R BKA with well healing stump per Ortho report.

Pt depressed without SI. MH alerted earlier to see pt today.

Phantom limb pain continues. Pt's pain regimen unchanged.

## Plan

as above.

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Michael Warner RN POSTED ON 10/2/2020 6:17:47 PM EDT                                        Type: NURSE

Spoke with Dr Winter and Dr S about give Inmate 1800 Oxycodone

Inmate received his 12pm dose at 1405

Got permission to give him 1800 dose

Laura Williams Chief Deputy Warden of Healthcare Services POSTED ON 10/3/2020 9:58:04 AM EDT          Type: HSA/DHSA

Spoke with Mr. McCray in the dayroom of 5B, at his request. He primarily wanted to discuss the current implementation of tablets within the institution. He was advocating for his capacity to be able to speak to his family and identified that it would address his ability to connect with his supports. We briefly discussed his reaction and response to his surgery, his pain management level, and how he was coping, in general. He identified that he was speaking with mental health, but identified he was feeling "depressed and stressed." He declined to elaborate further, but was willing to engage in additional conversation. He discussed his left of trust/distrust with employees in the facility (correctional and healthcare professionals). He discussed frustrations regarding other systemic matters. I attempted to validate and normalize his feelings. Additionally, I offered process comments regarding his willingness to get out of bed, be seated in a wheelchair, get dressed, make a cup of coffee, come out of his cell, watch TV, and speak with me. We discussed how these were all choices and I reflected that they may have been difficult choices (due to his additional stressors, recent surgery, coping with the loss of a limb, and symptoms of depression). He appeared to respond to that feedback by being contemplative and indicated that it was "perfect" as a summary of my statement that he was "okay."

Colette Jones RN POSTED ON 10/4/2020 5:24:51 AM EDT                                        Type: NURSE

Abnormal Vital Signs/Readings: .

Blood Pressure Diastolic: 56

Maria Ivona Chrzastowska PA POSTED ON 10/4/2020 11:19:43 AM EDT                    Type: PA NOTE

Inm asked to talk about his oxycodone, last dose last night, order expired.

Oxycodone HCL PRN taper ordered to reeval. in about a week

5 mg: 2 tabs tid x 2 days then 1 tab tid x 5 days.

Inm aware re: tapering regimen.

---

Patricia Brewer LPN POSTED ON 10/5/2020 5:06:34 AM EDT                    Type: RECONCILIATION

Abnormal Vital/Reading - Indicate who was notified: Dr.S.

Blood Pressure Diastolic: 55

---

SOAP NOTE BY: Esther Stanton PA POSTED ON 10/5/2020 7:51:32 AM EDT                    Type: PA NOTE

**Subjective**

Inamte s/p right BKA. Complaining of uncontrolled pain today. No other complaints.

**Objective**

| BP: 102/55 | Temp: 97.1 | Pulse: 60 | Resp: 14 | Wt: | Sa02: 98 | BS: | Pain: |

AAOx3 NAD

Lungs CTA b/l

Cardio RRR no m/g/r

Ext- will be evaluated in wound care

**Assessment**

S/p Right BKA - Healing well per conspults

pain management - discussed with Dr. Park. Will Rx Oxycodone 10 mg q 8 hrs prn x 1 week and then taper him down due to pain and he has been on narcotics for a while now needing a more gradual decrease than the current plan.

**Plan**

See above.

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Esther Stanton PA POSTED ON 10/5/2020 8:11:44 AM EDT                    Type: PA NOTE

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 10/6/2020 10:18:13 AM EDT                    Type: MEDICAL MD/DO

**Subjective**

Patient was seen earlier in the day stated he had no new complaints; according to nurses there been a mixup with his pain medication and it was not delivered in an appropriate time they needed to use Tylenol for as a substitute to I did speak to the pharmacy in the medication is being sent out with the morning shipment

He had some questions about the sequence getting his prosthesis I did not know the explicit sequence I called the clinic manager for the orthopedic service and he was little bit unsure as well but thought that appropriate measurements had be taken once the swelling was totally down and they would go from there with a professional prosthetist

**Objective**

| BP: | Temp: | Pulse: 66 | Resp: 16 | Wt: | SaO2: | BS: | Pain: |
|-----|-------|-----------|----------|-----|-------|-----|-------|
| 114/69 | 97.6 | | | | 100 | | |

Vitals are stable

Chest is clear

Heart is regularly regular

Nurses report no issues with his incision

**Assessment**

Status post BKA doing well

Issues with continuing pain

**Plan**

Oxycodone will be restarted today

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

Patricia Brewer LPN POSTED ON 10/7/2020 4:56:23 AM EDT                    Type: RECONCILIATION

Abnormal Vital/Reading - Indicate who was notified: D.Turcinhodzic

Blood Pressure Diastolic: 56

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 10/7/2020 8:47:46 AM EDT                    Type: MEDICAL MD/DO

**Subjective**

Patient remains upset regarding the fact that he we can not give him a copy of a permission slip that he signed so that we could do a face time

consult with the dialysis care nurse

He also was upset that he had breakthrough pain prior to when his oxycodone came from the pharmacy and was not able to get anything for the pain; I have put in Tylenol extended release for this contingency

## Objective

| BP: | Temp: | Pulse: 66 | Resp: 16 | Wt: | Sa02: | BS: | Pain: |
|-----|-------|-----------|----------|-----|-------|-----|-------|
| 114/69 | 97.6 | | | | 100 | | |

Vitals remained stable

Chest is clear

Heart is regularly regular

Stump wound looks very good remains intact half the sutures are still there minimal if any swelling is noted

## Assessment

Pain should be coming under control we are decreasing his oxycodone, his Neurontin has been increased and I just added p.r.n. Tylenol if the situation should arise

We should be careful about NSAIDs as the patient only has one kidney

## Plan

At Tylenol to his pain regimen

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Nancy Park MD POSTED ON 10/7/2020 1:23:32 PM EDT                                                      Type: MEDICAL MD/DO

Scrotal US 10/6/20

bilateral epididymal cysts- left stable and right with regression of size compared with US 6/19/20

bilateral mild hydrocoeles

Inmate advised of these results today.

---

Patricia Brewer LPN POSTED ON 10/8/2020 5:20:21 AM EDT                                                Type: RECONCILIATION

Abnormal Vital/Reading - Indicate who was notified: Dr.S.

Blood Pressure Diastolic: 51

---

SOAP NOTE BY: Donald Stechschulte MD POSTED ON 10/8/2020 11:49:15 AM EDT                              Type: MEDICAL MD/DO

## Subjective

Patient had no new complaints this a.m.; I explained to him that we are in the process of weaning down his narcotic the oxycodone and that we had

a choice to go to 10 mg b.i.d. or 5 mg q.i.d. he did not have a preference will try to keep it as simple as possible if go to 10 b.i.d.

## Objective

| BP: 102/51 | Temp: 97.4 | Pulse: 66 | Resp: 16 | Wt: | SaO2: 97 | BS: | Pain: |

Vitals are stable

Chest is clear

Heart is regularly regular

## Assessment

Status post BKA on the right side he still has half of his sutures in a need to be removed

We have spoken with the people at Hanger regarding prosthetic leg fitting and they are willing to come to the jail to do that when it is appropriate

## Plan

Continue with current plan

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|---|---|---|---|---|---|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

---

Donald Stechschulte MD POSTED ON 10/8/2020 11:49:23 AM EDT                                  Type: NURSE

Abnormal Vital Signs/Readings: Pressure remains asymptomatic

Blood Pressure Diastolic: 51

---

Donald Stechschulte MD POSTED ON 10/8/2020 12:30:05 PM EDT                              Type: MEDICAL MD/DO

In an attempt to decrease the amount of send outs that we are currently dealing with I call the orthopedic office to see if Dr.Dougherty our in-house orthopedic person could remove the of final half sutures from his amputation site.  We have already spoken by telephone with the Hanger people for will prosthetic measurement etcetera

---

Jennifer Kelly Director of Nursing POSTED ON 10/8/2020 5:43:33 PM EDT                              Type: NURSE

spoke with inmate's mother as per her request regarding update on inmate and his amputation healing progress

---

Stacey Luck Medication Tech POSTED ON 10/11/2020 12:39:49 AM EDT                              Type: MED TECH

MEDS DESTROYED PER POLICY DUE TO RELEASE DATE

---

Stacey Luck Medication Tech POSTED ON 10/12/2020 12:18:31 AM EDT                                    Type: MED TECH

MEDS DESTROYED PER POLICY DUE TO RELEASE DATE

Jennifer Vensel ADON POSTED ON 11/16/2020 1:37:13 PM EST                                            Type: NURSE

returned a phone call from triangle urology about Mr Mcray they wanted to cancel an appointment i explained i could'nt communicate this information to the patient

Charlotte Porter Mental Health Specialist POSTED ON 11/3/2018 4:48:12 AM EDT                         Type: SOCIAL WORKER

Inmate unable to sign MH screening, signature pad not working on laptop

SOAP NOTE BY: Charles Timbers CRNP POSTED ON 12/30/2019 9:52:09 AM EST                               Type: MH PA

**Subjective**

1. Open wound right heel

**Objective**

| BP: 144/75 | Temp: 98.2 | Pulse: 88 | Resp: 16 | Wt: 154 | Sa02: 98 | BS: na | Pain: 0 |

Patient seen in clinic for evaluation of an open wound on his right heel and he has been getting daily wound care. Unfortunately patient did not have wound care since December 28, 2019. Patient has an open wound which measures to be 1/2 by 1/2 cm circular. Wound is clean without any purulent drainage. Patient had been started on antibiotics Bactrim but he had an allergic reaction to Bactrim. Wound culture sensitivity showed Staph and a sensitivity was performed and it appears that the antibiotics Bactrim and oxacillin with the only medications that the organism is susceptible to. Unfortunately a a oxacillin only comes in IM or IV. Currently we will hold off on selection of an antibiotic until the medical director can be consult. If the patient is going to get IV antibiotics or IM the patient will need to be housed on 5B. The patient has no other significant issues that need addressed at the present time. Wound care was performed on the open wound of the right heel. Patient has an appointment with Podiatry that has been approved but has not been scheduled as yet.

**Assessment**

Open wound right heel staph infection

**Plan**

Wound care daily continue
Decide whether the patient needs antibiotics

| Drug Name | Drug Strength | Quantity | Start | Stop | Complete Sig |
|-----------|---------------|----------|-------|------|--------------|
| Baclofen Oral | 20 MG | 1 | 5/28/2020 8:00:00 AM | 6/26/2020 11:59:59 PM | Take 20 mg by mouth twice per day for 30 day(s). Dispense 60 tablet. 2 Refill(s) |

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

AC_CM_000609

Charles Timbers CRNP POSTED ON 12/30/2019 10:22:12 AM EST                                          Type: MH PA

Upon further investigation in regards to the patient's right heel wound.  The wound has not changed.  There is no evidence of any ongoing infection there is no drainage at the present time.  There was a picture of the wound in epic it it looks the same.  Patient was also recently seen by providers recently please review their notes.  Patient does not need any antibiotics at this time.  Patient is stable

Jessica Northcott Substance Abuse Counselor POSTED ON 2/10/2020 8:53:38 AM EST                   Type: MH SPECIALIST

SCR medical - pt reports reports ulcer on heal is not improving. Denies pain. Reports odor coming from it. Referred to medical nurse for follow up.

Alisha Howie Mental Health Specialist POSTED ON 3/29/2020 3:58:37 PM EDT                         Type: MH SPECIALIST

MHS completed Segregation Rounds. Inmate denies any current SI, 0 HI, 0 AH/VH. Inmate exhibits no signs or symptoms of psychological distress.

Michelle Kovalcik Mental Health Specialist POSTED ON 4/5/2020 3:51:34 PM EDT                      Type: MH SPECIALIST

This writer spoke with inmate during segregation rounds. Inmate stated he has an ulcer on his heel and it is getting worse. Inmate stated medical is supposed to come up daily and change his dressing. However, inmate stated medical does not come up daily. This writer stated she would review inmate's chart and notify the appropriate parties. Inmate also complained about nothing being able to sleep and having bad dreams. Inmate stated, "I don't need meds or anything. I'm just going crazy in here." This writer and inmate discussed ways to occupy his time while housed on 8E. Inmate stated he tries to exercise and not sleep during the day. This writer stated both of those were ways to improve his sleep pattern. Inmate was not in any acute distress. Inmate will continue to be followed by medical and mental health while housed in segregation. Upon chart review, inmate's wound care has been marked as given daily since April 1st. It is not marked in the computer yet for today. I will notify 5B as it may be on their schedule for the evening.

Michelle Kovalcik Mental Health Specialist POSTED ON 4/5/2020 4:42:30 PM EDT                      Type: MH SPECIALIST

This writer spoke with 5B. Inmate is on the wound care list for this evening.

Megan Lebakken, Psy.D. Mental Health Specialist POSTED ON 4/6/2020 11:17:20 AM EDT               Type: MH SPECIALIST

This writer met with the inmate at the cell door on 8E during segregation rounds.  Inmate denied mental health concerns.  He reported that he is supposed to see medical daily for wound care.  Review of the medical record indicates that the inmate has been seen rather consistently.  Even so, this writer notified ADON via email.

Michelle Kovalcik Mental Health Specialist POSTED ON 6/1/2020 4:34:22 PM EDT                      Type: MH SPECIALIST

This writer spoke with inmate during segregation rounds. Inmate stated his antibiotic is making his stomach queasy but then started talking about the wound on his foot. Inmate stated he has not been getting his wound care. Inmate stated his supplies were brought up from the medical housing unit because "they couldn't do it." Inmate stated, "Tell them to get the fuck up here and do it as scheduled. It's dirty as fuck up here." Inmate stated he couldn't do it himself because his area is not sterilized. This writer stated she would notify medical of his concerns. Inmate also talked about having a lot of issues. Inmate stated he was shot and his friend was shot and killed. Inmate asked questions about what he needs to do in order to be successful

upon release. Inmate was aware that any medical concerns need to be taken to a medical provider as this writer does not offer 1:1 counseling but inmate could ask to speak to MH whenever needed. This writer encouraged inmate to follow up with outpatient services, possibly through MBH. Inmate has fair insight into his current issues and fully engaged in conversation. INmate was receptive to this writer's information and suggestions. Inmate will continue to be followed by medical and mental health while housed in segregation.

---

Michelle Kovalcik Mental Health Specialist POSTED ON 6/1/2020 4:34:47 PM EDT          Type: MH SPECIALIST

Below information sent to ACJ ADON for follow up – regarding wound care.

---

Sherry Reis RN POSTED ON 6/29/2020 11:10:05 PM EDT          Type: MH NURSE

Inmate having SI.

---

Michelle Kovalcik Mental Health Specialist POSTED ON 7/1/2020 6:55:18 AM EDT          Type: MH SPECIALIST

Inmate's diagnosis on his psychiatric evaluation/progress note does not meet criteria to be referred to JRS. Referral not sent.

---

Michelle Kovalcik Mental Health Specialist POSTED ON 9/5/2020 9:35:41 PM EDT          Type: MH SPECIALIST

Officer Call. Inmate requested to speak to mental health. This writer went to 5B to speak with inmate. Inmate stated he went to the doctor's, off-site, and was informed that he would need his foot amputated. Inmate stated "it hit me" and discussed how he doesn't really know how to deal with the information. Inmate became tearful throughout the remainder of the conversation. Inmate stated he doesn't know what decision to make in regards to his foot despite the doctor telling him that there aren't any other options. However, inmate then stated he knows what decision he needs to make; but he is having a hard time accepting it. Inmate stated he does not feel he received the proper medical treatment regarding his wound and discussed how he has reported his wound care concerns to this writer in the past. This writer and inmate discussed how he has a lot of emotions and feelings to deal with especially with all the new information he received. This writer stated she could meet with inmate weekly if he wanted to further talk about his issues. Inmate stated he would like that and thanked this writer for volunteering to do so. Inmate fully engaged in conversation, no s/s of distress noted. Inmate was polite and respectful. Inmate was tearful which was appropriate given the aforementioned information. This writer will continue to follow up with inmate as needed and/or on a weekly basis.

---

Michelle Kovalcik Mental Health Specialist POSTED ON 9/13/2020 1:56:06 PM EDT          Type: MH SPECIALIST

This writer followed up with inmate on 5B. Inmate talked about his current situation, the possibility of getting a second opinion, and having surgery on his leg. Inmate stated he wants to get a second opinion because he hopes to hear something different than him needing amputation. However, inmate stated he basically knows that they are most likely going to tell him the same thing (he needs amputation). Inmate talked about how all of these factors are impacting him currently – trouble sleeping, low mood, minimal appetite, racing thoughts, increased anxiety/depression. This writer and inmate discussed how all of these feelings and issues are appropriate given the situation inmate is dealing with. Inmate stated he thought about this writer's suggestion of seeing a mental health provider and inmate is now agreeable. Inmate was emotional throughout the conversation and discussed how his upcoming decisions are going to impact the rest of his life. This writer provided inmate with various outlooks and explained that it is helpful for inmate to look at and review his situation from various angles. Inmate agreed and fully engaged in conversation. Inmate is able to discuss his situation without becoming agitated or irate. Inmate does become emotional/tearful which is appropriate given the situation. Inmate thanked this writer for following up with him. MDP to evaluate. Informed how to contact MH if needed.

---

Michelle Kovalcik Mental Health Specialist POSTED ON 9/22/2020 11:38:03 AM EDT                    Type: MH SPECIALIST

This writer met with inmate on 5B. Inmate was on the phone when this writer arrived. Inmate stated he would end the call to talk to this writer. This writer and inmate discussed the recent loss of his leg. Inmate was appropriate when discussing his feelings, mainly depression and some anger regarding the situation. Inmate stated he doesn't like that everyone keeps asking him how he is feeling and if he is alright. This writer validated inmate's feelings but also discussed how staff are going to be concerned about his mental health given the life-altering surgery he had. Inmate verbalized understanding but expressed anger and frustration with the entire situation. Inmate stated he has not been seen by the MH provider yet and he continues to have nightmares. This writer stated she placed a referral for inmate and will discuss having him seen as a priority. Inmate talked about various other topics (news, follow up appointments, jail/court). Inmate fully engaged in conversation, no s/s of distress noted. Inmate had a flat affect but maintained eye contact and was polite/respectful. This writer asked inmate if he would like some reading material on amputations which he stated he would. This writer stated she would attempt to find some material for educational purposes. This writer stated she would follow up with the DOMH regarding inmate's referral. Inmate thanked this writer. This writer stated she would follow up with inmate towards the end of the week. Inmate did not have any further questions/concerns.

Michelle Kovalcik Mental Health Specialist POSTED ON 9/25/2020 10:00:13 PM EDT                    Type: MH SPECIALIST

This writer briefly met with inmate and stated she was unable to meet with him today. This writer stated she would follow up and meet with inmate on Sunday, 9/27/20. Inmate was polite and respectful and verbalized understanding.

Michelle Kovalcik Mental Health Specialist POSTED ON 9/28/2020 7:04:53 AM EDT                    Type: MH SPECIALIST

Late entry. This writer met with inmate on 5B on 9/27/20. Inmate stated he remains depressed – minimal appetite, no motivation to engage in activities. This writer stated those feelings were appropriate given inmate's situation. Inmate stated he is taking the new medication the MH provider prescribed. This writer explained that the medications can take 4-6 weeks to be fully effective. Inmate verbalized understanding. Inmate had some underlying irritability but remained respectful. Inmate talked about future goals including physical therapy and learning how to use a prosthesis. Inmate fully engaged in conversation, no s/s of distress noted. Inmate had a flat affect but maintained eye contact. This writer stated she would follow up with inmate later in the week.

Michelle Kovalcik Mental Health Specialist POSTED ON 10/4/2020 5:39:01 PM EDT                    Type: MH SPECIALIST

This writer briefly met with inmate on 5B. Inmate was sitting in the day room talking on the phone. This writer stated she will meet with inmate tomorrow during the AM shift. This writer provided inmate an article regarding amputations. This writer stated she would discuss the article with inmate tomorrow. Inmate verbalized understanding. Inmate was polite and respectful. Inmate had a flat affect but maintained eye contact. This writer will follow up with inmate tomorrow.

Michelle Kovalcik Mental Health Specialist POSTED ON 10/5/2020 1:53:42 PM EDT                    Type: MH SPECIALIST

This writer met with inmate in the day room on 5B. Inmate stated he read the article about amputation and discussed his perception of the article with this writer. Inmate was able to look at the article in various way but appeared to perseverate on one particular aspect of the article. This writer pointed out that inmate was focused on the only negative part of the article which appears to relate to his outlook on things most of the time. This writer and inmate discussed how he appears to focus on the negative aspect of things immediately instead of looking at the bigger picture. This writer discussed how inmate may interpret things that people say/do in a negative way when it's not meant that way due to his outlook sometimes. Inmate verbalized understanding. Inmate talked about his court hearing stating he is going to be released from jail. Inmate stated he thinks the reason he was released

from jail was because inmate viewed inmate being released as being a curse. This writer explained that releasing an inmate is not a blessing and a curse. This writer encouraged inmate to look at it as a new start in life. Inmate talked about being nervous about things that could happen in the future now that he had the amputation – ulcers, infection, prosthetic causing skin breakdown. This writer agreed and stated is going to have different things to worry about now but at least he is knowledgeable in the areas he needs to look out for. Inmate agreed. Inmate asked about being able to drive. This writer encouraged inmate to talk to his doctor as she did not know the answer. Inmate stated he is sleeping better but having more nightmares. This writer explained that inmate is now able to sleep and sleeping more which in turn gives him more of an opportunity to dream. This writer stated it may seem like an increase in nightmares but stated the increased amount of sleep is giving him more time to dream. This writer asked inmate if he felt his mood has improved any (as this writer noticed a remarkable difference). Inmate stated he thinks it has improved "a little bit" and acknowledged that he noticed a difference in his mood. This writer agreed and stated inmate is not as irritable.

Inmate fully engaged in conversation and was polite/respectful. Inmate was smiling/laughing throughout the conversation and was not tearful at any point. Inmate voices appropriate concerns regarding his future and the unknown. Inmate had fair insight into the discussion about the way he views things in a negative manner. Inmate appeared excited but nervous to be released from jail. This writer will continue to meet with inmate on a weekly basis.

Michelle Kovalcik Mental Health Specialist POSTED ON 10/6/2020 6:57:13 AM EDT                    Type: MH SPECIALIST

Referral/eval sent to JRS

Michelle Kovalcik Mental Health Specialist POSTED ON 10/13/2020 8:05:11 AM EDT                   Type: MH SPECIALIST

Referral/eval sent to JRS

Michelle Kovalcik Mental Health Specialist POSTED ON 10/14/2020 6:27:07 AM EDT                   Type: MH SPECIALIST

Per JRS: Clayton McCray referred to Allegheny County's Justice Related Services Support program on October 9, 2020. The status of the referral is:

Client's mental health diagnosis does not meet program criteria.