# EXHIBIT 5

# Allegheny County Jail

☒ Misconduct report  ☐ Other

Misconduct Number # 20-1572

| Pod | Name | Time 24hrs | Misconduct date |
|---|---|---|---|
| 5-B | McCray, Clayton | 1450 hours | 5/28/2020 |
| Cell# | DOC | | Place of Misconduct |
| M4 | 169149 | | Inside cell M4 |

| Name | I | W | | Name | I | W |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Misconduct Charges:** Class 1: #14 Disruption of Normal Routine   Class1: #3 Possession of Contraband

**Staff Member's Version:** On the above date after multiple times through out the day smelling smoke from cell M4 Sergeant Andrascik was notified. This reporting Officer, Officer Noullet and Sergeant Andrascik searched inmate McCray's cell. While searching the cell this reporting officer noticed 2 suspicious pieces of paper that were handed over to Sergeant Andrascik. These pieces of paper were tested and came back positive as 5FMDMBPICA. Nothing further to report at this time.

**Immediate Action Taken:** Locked in pre-hearing status

| Staff Member Reporting Misconduct (printed name, title, and Signature) | Action Approved by Ranking Staff on Duty (printed name, title, and signature) | Date and Time Inmate Given copy | |
|---|---|---|---|
| Officer Vetterly | Sgt. Andrascik | Date 5/28/20 | Time 1545 |

| Hearing Date | Hearing Time | Location of hearing | Misconduct Category | Inmate signature affirming receipt of Misconduct form and Statement form |
|---|---|---|---|---|
| | | | ☒ Class 1   ☐ Class 2 | Refused 15:45 5-28-20 |

**Notice to Inmate**

You will be scheduled for a hearing within 7 business days (not including weekends, holidays, Emergencies, or Jail wide lock downs) from the date of the misconduct, you may Remain silent if you wish, and anything you say will be used against you both at the hearing and in the court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee may hold your silence against you, but they must have some other evidence besides your silence in order to find you guilty. If you indicate that you wish to remain silent, you will be asked no further questions.

You may be represented by another inmate of general population status or a member of the institutional staff at your hearing.
You may request witnesses who will be permitted to testify at the hearing provided that they are willing, relevant and so not create a security hazard, relevancy and security will be determined by the chairman of the hearing committee.
If you wish to take advantages of either or both of these choices, please notify the chairman of the committee in writing immediately on the form provided

☐ If this block is checked and you are found guilty of the above misconduct, the hearing committee may suspend or revoke your work-release status.