# EXHIBIT 6

# Allegheny County Jail

☒ Misconduct report  ☐ Other

Misconduct Number # 19-3414

| Pod | Name | | | Time 24hrs | Misconduct date |
|---|---|---|---|---|---|
| 3F | Clayton Mccray | | | 1600hrs approx. | 10/17/19 |
| Cell# | DOC | | | Place of Misconduct | |
| 116 | 169149 | | | Inside cell 116 | |

| Name | I | W | | Name | I | W |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Misconduct Charges:** Class 1-3 Possession of contraband, Class 1- class 1-9 tampering with or destroying property, Class 1-14 Disruption to normal institutional routine that can result to bodily injury to employees or inmates, Class 1-21 Possession of or use of dangerous or contrlled substance

**Staff Member's Version:** On the above date and estimated time of 1600hrs, i, officer LeFevre conducted window checks and cell searches on unit 3F. When searching cell 116, suspected K-2 squares were found on the desk. Also found on the desk were rolling papers with a dark dried up substance on them. A jail made cigarette was also found burnt in the toilet. Inmate Mccray is now locked in on Pre-Hearing status

**Immediate Action Taken:** Placed on Pre-Hearing status

| Staff Member Reporting Misconduct (printed name, title, and Signature) | Action Approved by Ranking Staff on Duty (printed name, title, and signature) | Date and Time Inmate Given copy | |
|---|---|---|---|
| J. LeFevre | Sgt Lordin | Date 10/17/19 | Time 1900 |

| Hearing Date | Hearing Time | Location of hearing | Misconduct Category | Inmate signature affirming receipt of Misconduct form and Statement form |
|---|---|---|---|---|
| | | | ☒ Class 1  ☐ Class 2 | Refused J.L. @ 1815 |

**Notice to Inmate**

You will be scheduled for a hearing within 7 business days (not including weekends, holidays, Emergencies, or Jail wide lock downs) from the date of the misconduct, you may Remain silent if you wish, and anything you say will be used against you both at the hearing and in the court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee may hold your silence against you, but they must have some other evidence besides your silence in order to find you guilty. If you indicate that you wish to remain silent, you will be asked no further questions.

You may be represented by another inmate of general population status or a member of the institutional staff at your hearing. You may request witnesses who will be permitted to testify at the hearing provided that they are willing, relevant and so not create a security hazard, relevancy and security will be determined by the chairman of the hearing committee.
If you wish to take advantages of either or both of these choices, please notify the chairman of the committee in writing immediately on the form provided

☐ If this block is checked and you are found guilty of the above misconduct, the hearing committee may suspend or revoke your work-release status.

AC_CM_00168