# EXHIBIT 7

# ALLEGHENY COUNTY BUREAU OF CORRECTIONS INCIDENT PACKAGE CHECKLIST

| Sergeant Name: | Captain Name: Jamie Merlino | Incident Date: 5.28.20 | Location(s): 5B |
|---|---|---|---|

| Inmate/New Arrest Name: | Clayton McCray | DOC # | 169149 |
|---|---|---|---|
| Inmate/New Arrest Name: | | DOC # | |
| Inmate/New Arrest Name: | | DOC # | |
| Inmate/New Arrest Name: | | DOC # | |
| Inmate/New Arrest Name: | | DOC # | |
| Inmate/New Arrest Name: | | DOC # | |
| Inmate/New Arrest Name: | | DOC # | |

## TYPE OF INCIDENT

| | | | | SHIFT | |
|---|---|---|---|---|---|
| Inmate fight Code 2 | | Suicide gown | | 7x3 | x |
| Inmate injury | | Refusal to lock-in | | 3x11 | |
| Inmate work injury | | PREA incident | | 11x7 | |
| Inmate assault | | Medical emergency | x | Contraband - substance | |
| Inmate death | | Contraband: | | Attempted escape | |
| Inmate suicide | | Contraband - weapon | | Escape | |
| Inmate suicide attempt | | Contraband - medication | | Bad release | |
| Body scanner | | Inmate assault w/ weapon | | Property damage | |
| | | | | Keys | |
| | | | | Tools | |
| | | | | Officer assault w/ weapon | |

Time of incident: Approx. 1455hrs

| | Caustic materials |
|---|---|
| | Culinary equipment |
| | Employee injury |
| | Officer assaulted |
| | Other: |

## SERGEANT'S INITIALS / CAPTAIN'S INITIALS

| CONTENTS OF PACKAGE | SERGEANT'S INITIALS | CAPTAIN'S INITIALS |
|---|---|---|
| Signed Officer's Report | JM | |
| Misconduct Report | JM | |
| Medical Report | JM | |
| Labeled Video Disc | | |
| Label Front of Photos | JM | |
| E-mail Sent | | |
| Internal Affairs Informed | JM | |
| Chaplain Informed | JM | |
| Duty Officer Informed | JM | |
| Sergeant's/Captain's Review | JM | |

MP JM 5/29/20
JM 5/29/20

169

# Merlino, Jamie

**From:** Merlino, Jamie
**Sent:** Thursday, May 28, 2020 5:46 PM
**To:** # ACJ Uniformed Staff; Perna, Benjamin; Whittenberger, Brett
**Subject:** 0600x1800//5.28.2020//5B// Contraband// C. McCray 169149
**Attachments:** Scan0003.pdf

Packed his own belongings to transfer to 8E

1

170



# COUNTY OF ALLEGHENY

**RICH FITZGERALD**
COUNTY EXECUTIVE

**Who is involved?** Clayton McCray # 169149

**When did, the incident occur?**

**Date:** 5-28-2020            **Time:** Approx. 1455 hrs.

**Where did it happen?**    Level 5 Unit B Cell M4

**What happened?** On the above time and date this SGT assisted with conducting a search on unit 5B Cell M4. This was being executed due to information received from officers and medical staff that the smell of smoke was coming from cell M4 who was only occupied by inmate Clayton McCray # 169149. While searching the cell officer Vetterly noticed that two pieces of paper were off color and found them suspicious. The paper that appeared to be case study was turned over to this writer, which is when I noticed the paper appeared to be thicker than normal paper. Once the search was completed, I proceeded to the SERT room to test the paper using the Ion Scanner, which came back positive for 5F-MDMB Pica which is a known strand of synthetic cannabinoid. Officer Vetterly was then instructed to write a misconduct on inmate McCray due to the paper coming back positive.

The contraband was then photographed which is when I observed it to have water marks that state "100 % Cotton fiber", this is also known to this writer as the specific paper that is used to saturate with synthetic cannabinoids. Inmate McCray will be moved 8E on pre-hearing status once transfers are completed off 8E. All contraband turned over to internal affairs.

**Witnesses:** Officer Mike Vetterly

**Reporting Staff:** Sgt. Jesse Andrascik        **Date:** 5-28-20    **Time:** 1645 hrs.



ORLANDO L. HARPER, WARDEN
**Allegheny County Jail**
950 SECOND AVENUE • PITTSBURGH, PA 15219
PHONE (412) 350-2000 • (412) 350-2032
WWW.ALLEGHENYCOUNTY.US

171




# COUNTY OF ALLEGHENY

**RICH FITZGERALD**
COUNTY EXECUTIVE

## ALLEGHENY COUNTY JAIL
### EVIDENCE CHAIN OF CUSTODY FORM

**WHO IS INVOLVED:** Inmate Clayton McCray # 169149

**DATE:** 5-28-2020      **TIME:** 1455

**WHERE DID IT HAPPEN:** Level 5 Unit B Cell M4

**EXACT LOCATION EVIDENCE FOUND:** Mixed in with legal work

**PERSON FINDING EVIDENCE:** Officer Mike Vetterly

**EVIDENCE DESCRIPTION:**
2 sheets of construction like paper "positive synthetic cannabinoid"

EVIDENCE RECEIVED BY: __MV__ Officer Mike Vetterly

EVIDENCE RECEIVED BY: _____ Sgt. Jesse Andrascik _JA_

EVIDENCE RECEIVED BY: _____ ACJ Internal Affairs

EVIDENCE RECEIVED BY: _____

EVIDENCE RECEIVED BY: _____

EVIDENCE RECEIVED BY: _____

EVIDENCE RECEIVED BY: _____

REPORT GENERATED: DATE: 5-28-20      TIME: 1645

REPORTING OFFICER: Sgt. Jesse Andrascik



ORLANDO L. HARPER, WARDEN
**ALLEGHENY COUNTY JAIL**
950 SECOND AVENUE • PITTSBURGH, PA 15219
PHONE (412) 350-2000 • (412) 350-2032
WWW.ALLEGHENYCOUNTY.US

172

**ALLEGHENY COUNTY BUREAU OF CORRECTIONS ADMINISTRATIVE/DISCIPLINARY/PROTECTIVE HOUSING PLACEMENT/ASSESMENT FORM**

| | | | |
|---|---|---|---|
| Inmate/New Arrest Name: | Clayton McCray | DOC #: | 169149 |
| Previous Housing Unit: | 5B | New Housing Unit | 8E |

### TYPE OF SEGREGATION

| | | | |
|---|---|---|---|
| ☐ | Protective Custody (PC) | ☐ | Administrative Custody (AC) Tier 1 and/or 2 |
| ☐ | Investigative Status | X | Pre-hearing Status (DHU) |

**Reason(s):**
☐ Inmate's response(s) during Booking Observation Question Interview warrants segregation (please describe below)
☒ Security (please describe below)
☐ Mental Health/ Medical (please describe below)
☐ Inmate Request (please describe below)
☐ Other (please describe below)

**Explanation for Placement:** In possession of contraband

Inmate Signature: _____   Date: _____

Sgt. Jesse Andrascik  *[signature]*                                    5-28-20
**SERGEANT'S SIGNATURE + PRINTED LAST NAME**                            **DATE**

                                                                         5-28-20
Captain Jamie Merlino  *[signature]*
**SHIFT COMMANDER/ CAPTAINS'S SIGNATURE + PRINTED LAST NAME**           **DATE**

| Captain/Designee's 72-hour review and signature | TIME | DATE | RECOMMENDATION | |
|---|---|---|---|---|
| | | | ☐ APPROVED | ☐ DISAPPROVED |

Placement/ Assessment Form: 1.19.17

173

# Allegheny County Jail

☒ Misconduct report     ☐ Other

Misconduct Number # 20-1572

| Pod | Name | Time 24hrs | Misconduct date |
|---|---|---|---|
| 5-B | McCray, Clayton | 1450 hours | 5/28/2020 |

| Cell# | DOC | Place of Misconduct |
|---|---|---|
| M4 | 169149 | Inside cell M4 |

| Name | I | W | | Name | I | W |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Misconduct Charges:** Class 1: #14 Disruption of Normal Routine    Class1: #3 Possession of Contraband

**Staff Member's Version:** On the above date after multiple times through out the day smelling smoke from cell M4 Sergeant Andrascik was notified. This reporting Officer, Officer Noullet and Sergeant Andrascik searched inmate McCray's cell. While searching the cell this reporting officer noticed 2 suspicious pieces of paper that were handed over to Sergeant Andrascik. These pieces of paper were tested and came back positive as 5FMDMBPICA. Nothing further to report at this time.

**Immediate Action Taken:** Locked in pre-hearing status

| Staff Member Reporting Misconduct (printed name, title, and Signature) | Action Approved by Ranking Staff on Duty (printed name, title, and signature) | Date and Time Inmate Given copy | |
|---|---|---|---|
| Officer Vetterly | Sgt. Andrascik | Date 5/28/20 | Time 1545 |

| Hearing Date | Hearing Time | Location of hearing | Misconduct Category | Inmate signature affirming receipt of Misconduct form and Statement form |
|---|---|---|---|---|
| | | | ☒ Class 1   ☐ Class 2 | Refused  15:45  5-28-20 |

**Notice to Inmate**

You will be scheduled for a hearing within 7 business days (not including weekends, holidays, Emergencies, or Jail wide lock downs) from the date of the misconduct, you may Remain silent if you wish, and anything you say will be used against you both at the hearing and in the court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee may hold your silence against you, but they must have some other evidence besides your silence in order to find you guilty. If you indicate that you wish to remain silent, you will be asked no further questions.

You may be represented by another inmate of general population status or a member of the institutional staff at your hearing.
You may request witnesses who will be permitted to testify at the hearing provided that they are willing, relevant and so not create a security hazard, relevancy and security will be determined by the chairman of the hearing committee.
If you wish to take advantages of either or both of these choices, please notify the chairman of the committee in writing immediately on the form provided

☐ If this block is checked and you are found guilty of the above misconduct, the hearing committee may suspend or revoke your work-release status.

174



|  |
|---|
| ALLEGHENY COUNTY |
| BUREAU OF CORRECTIONS |
| Jail Healthcare Services |

## MEDICAL AND MENTAL HEALTH SEGREGATION CLEARANCE PLACEMENT FORM

**Name:** McCray Clayton   **DOB:** 7-30-94   **DOC:** 169149
**Allergies:**   **Date/Time:** 5-28-20

### MEDICAL HEALTH SECTION

**Medical:** Does the inmate have any injuries? Yes ☐ No ☒ (If Yes, explain):

**Medical:** Does the inmate have any medical restrictions? Yes ☐ No ☒
(If Yes, mention the restrictions, do not list the diagnosis)

**Medical:** Is the inmate on detox protocols? Yes ☐ No ☒ (If yes, inmate cannot be cleared for segregation)

**Medical:** Is inmate pregnant, postpartum, and/or detoxing? Yes ☐ No ☒ (If yes, inmate cannot be cleared for segregation)

**Medical:** Inmate IS CLEARED for Segregation: (Signature/Print Name/Date/Time)
*[signature]* Vince O'Reilly LN 5-28-20

### MENTAL HEALTH SECTION

**Mental Health:** Is inmate suicidal or self-injurious at this time? Yes ☐ No ☒

**Mental Health:** Is inmate demonstrating psychotic behavior at this time? Yes ☐ No ☒

**Mental Health:** Does inmate need admission to acute mental health unit at this time? Yes ☐ No ☒
*[signature]* Vince O'Reilly 5-28-20

If all answers are "No," then housing placement to be determined by custody. Any "Yes" answers, inmate will be Admitted to acute mental health unit for further assessment.
Mental Health Professional should document details on separate progress note for chart including recommendations for continued care/follow up.

**Mental Health Professional:** (Signature/Print Name/Date/Time)

175



**Incident: Contraband**

**Date: 5-28-20**

**Time: 1450 Hrs Approximately**

**Shift: 6x6**

**Location: 5B**

**Inmate Name: Clayton McCray**

**DOC#: 169149**

**Reporting Officer: Sergeant Jesse Andrascik**

176



**Incident: Contraband**

**Date: 5-28-20**

**Time:  1450 Hrs Approximately**

**Shift: 6x6**

**Location: 5B**

**Inmate Name: Clayton McCray**

**DOC#: 169149**

**Reporting Officer: Sergeant Jesse Andrascik**



**Incident: Contraband**

**Date: 5-28-20**

**Time: 1450 Hrs Approximately**

**Shift: 6x6**

**Location: 5B**

**Inmate Name: Clayton McCray**

**DOC#: 169149**

**Reporting Officer: Sergeant Jesse Andrascik**

178

| | |
|---|---|
| JWH-018 | OK |
| 5F-AKB48 | OK |
| Suboxone | OK |
| Fentanyl | OK |
| Heroin Mix | OK |
| 5F-MDMB-Pica | 2.17 |
| AMB-Fubinaca | OK |
| Binaca | OK |
| 5F-ADB | OK |

**Incident: Contraband**

**Date: 5-28-20**

**Time: 1450 Hrs Approximately**

**Shift: 6x6**

**Location: 5B**

**Inmate Name: Clayton McCray**

**DOC#: 169149**

**Reporting Officer: Sergeant Jesse Andrascik**

179