# EXHIBIT 8

# Allegheny County Jail

| ☒ Misconduct report   ☐ Other | | | | | Misconduct Number # **18-3024** |
|---|---|---|---|---|---|
| Pod: 3F | Name: Clayton McCray | | | Time 24hrs: 1923 | Misconduct date: 11/20/18 |
| Cell#: 115 | DOC: 169149 | | | Place of Misconduct: Cell 115 | |

| Name | DOC | I | W | Name | I | W |
|---|---|---|---|---|---|---|
| Jonathan Horton | 178692 | X | | | | |
| Trevon McCrary | 169292 | X | | | | |
| Robert Smith | 175915 | X | | | | |

**Misconduct Charges:** Class 1 #13. Conspiracy to Escape, Riot, or Disrupt Normal Institutional Routine that could result in bodily injury to personnel or inmates #17. Assaults and Fighting #20. Refusing to obey a direct order
Class 2 Misconducts: 1. Body punching, Horseplay

**Staff Member's Version:** On the above date and approximate time, C.O T.Caldwell was locking the pod in for medication pass. When inmates Horton 178692, McCrary 169292 and Smith 175915 began fighting in cell 115. Inmate McCray walked away from his cell door and over towards cell 104 where inmate Smith was standing at his cell door, and words were exchanged. Both inmates walked back over towards cell 115. ==McCray was seen standing up against the sink throwing punches and hitting Smith in the head with a cane.== C.O gave several orders to stop fighting and that's when an unknown inmate closed the cell door.

**Immediate Action Taken:** Locked in pre hearing

| Staff Member Reporting Misconduct (printed name, title, and Signature) T.Caldwell | Action Approved by Ranking Staff on Duty (printed name, title, and signature) Capt. D. Edwards | Date and Time Inmate Given copy | |
|---|---|---|---|
| | | Date: 11-20-18 | Time: 2130 HRS |

| Hearing Date | Hearing Time | Location of hearing | Misconduct Category ☒Class 1  ☒Class 2 | Inmate signature affirming receipt of Misconduct form and Statement form |
|---|---|---|---|---|

### Notice to Inmate

You will be scheduled for a hearing within 7 business days (not including weekends, holidays, Emergencies, or Jail wide lock downs) from the date of the misconduct, you may Remain silent if you wish, and anything you say will be used against you both at the hearing and in the court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee may hold your silence against you, but they must have some other evidence besides your silence in order to find you guilty. If you indicate that you wish to remain silent, you will be asked no further questions.

You may be represented by another inmate of general population status or a member of the institutional staff at your hearing.
You may request witnesses who will be permitted to testify at the hearing provided that they are willing, relevant and so not create a security hazard, relevancy and security will be determined by the chairman of the hearing committee.
If you wish to take advantages of either or both of these choices, please notify the chairman of the committee in writing immediately on the form provided

☐ If this block is checked and you are found guilty of the above misconduct, the hearing committee may suspend or revoke your work-release status.