# EXHIBIT 9

## Exhibit 2

## Misconducts

## Table of Contents

| Date | Offense | Bates # |
|---|---|---|
| 5-28-2020 | Disruption<br>Contraband<br>5FMDMBPICA[1] | AC_002157 |
| 6-23-2020 | Disruption<br>Leaving MHU<br>Without permission | AC_002159 |
| 9-4-2020 | Disruption<br>Disobey Order | AC_002161 |
| 10-17-2019 | Contraband<br>K2 | AC_002162 |
| 11-20-2018 | Assault<br>Use of a cane | AC_002164 |

---

[1] This is a Schedule 1 Controlled Substance under the Controlled Substances Act (84 FR 15505). chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.deadiversion.usdoj.gov/drug_chem_info/5F-MDMB-PICA.pdf

| FORM ACJ-141 D PART IIB HEARING COMMITTEE ACTION ☒ MISCONDUCT ☐ OTHER | | ALLEGHENY COUNTY JAIL 950 2ND AVENUE PITTSBURGH, PA 15219 | | | MISCONDUCT NUMBER 20-1572 |
|---|---|---|---|---|---|
| D.O.C. # | Name | Institution | Misconduct Time 24 Hr. Base | | Misconduct Date |
| 169149 | MCCRAY, CLAYTON | ACJ | 1450 | | 5-28-20 |
| | | | Hearing Date 6/6/20 | | Hearing Time 1653 |

| CHARGES | PLEA | DISPOSITION | SENTENCE |
|---|---|---|---|
| MURDER - MANSLAUGHTER | | | |
| ESCAPE | | | |
| POSS. OF CONTRABAND | GUILTY  (NOT GUILTY)  NO PLEA | (GUILTY)  NOT GUILTY  NO PLEA | 10 days |
| CARRYING A DEADLY WEAPON | | | |
| ARSON | | | |
| ROBBERY | | | |
| BURGLARY | | | |
| THEFT | | | |
| TAMPERING WITH OR DESTROYING PROPERTY | | | |
| SEXUAL ASSAULT | | | |
| INDECENT EXPOSURE | | | |
| RIOT OR INCIDENTING A RIOT | | | |
| DISRUPTION | GUILTY  (NOT GUILTY)  NO PLEA | (GUILTY)  NOT GUILTY  NO PLEA | 10 days |
| BRIBERY | | | |
| THREATENING AN EMPLOYEE WITH BODILY HARM | | | |
| Resisting Officers | | | |
| ASSAULTS AND FIGHTING | | | |
| ADULTERATION OF FOOD OR DRINK | | | |
| REFUSING TO OBEY AN ORDER | | | |
| POSSESION OR USE OF A DANGEROUS OR CONTROLLED SUBSTANCE | | | |
| REFUSING TO WORK | | | |
| VIOLATION OF PRE-RELEASE | | | |
| BREAKING RESTRICTION | | | |
| INTOXICATION | | | |
| MAKING FERMENTED BEVERAGES | | | |
| LYING TO AN EMPLOYEE | | | |
| CONDUCTING A GAMBLING OPERATION | | | |
| UNAUTHORIZED USE OF MAIL OR TELEPHONE | | | |
| CONDUCT WITH VISITOR IN VIOLATION OF REGULATIONS | | | |
| UNAUTHORIZED AREA | | | |
| LOANING PROPERTY FOR PROFIT | | | |
| INSOLENCE OR DISRESPECT TOWARD A STAFF MEMBER | | | |
| POSSESSION OF STOLEN PROPERTY | | | |
| BODY PUNCHING OR HORSEPLAY | | | |
| TAKING UNAUTHORIZED FOOD FROM KITCHEN LOUNGE OR PANTRY | | | |
| POSSESSION OF UNAUTHORIZED CLOTHING | | | |
| TATTOOING | | | |
| LOANING OR BORROWING PROPERTY | | | |
| FAILURE TO STAND FOR COUNT | | | |
| SMOKING | | | |

**TOTAL DAYS SENTENCED:** 20 days

**RELEASE DATE:** 6/17/20

**SUSPENDED DAYS (** 0 **)**

X CAPT YOUNG   Sgt. Hall
**HEARING OFFICER'S SIGNATURE**

| YES ☒ | NO ☐ | I have heard the decision and have been told the reason for it and what will happen. |
| YES ☒ | NO ☐ | The circumstance of the charge has been read and fully explained to me. |
| YES ☒ | NO ☐ | I have had the opportunity to have my version reported as part of the record. |
| YES ☒ | NO ☐ | I have been advised that I may, within 15 days, request a formal review, and understand that this request must contain specific reasons for the review. |

X Clayton L. McCray
**INMATE'S SIGNATURE**

WHITE-JBC-15   YELLOW-CLASSIFICATION   PINK-STAFF MEMBER REPORTING MISCONDUCT   GOLDENROD-INMATE

ACJ_CCM0002182

# Allegheny County Jail

☒ Misconduct report   ☐ Other

**Misconduct Number #** 20-1572

| Pod | Name | | | Time 24hrs | Misconduct date |
|---|---|---|---|---|---|
| 5-B | McCray, Clayton | | | 1450 hours | 5/28/2020 |
| Cell# | DOC | | | Place of Misconduct | |
| M4 | 169149 | | | Inside cell M4 | |

| Name | I | W | | Name | I | W |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**Misconduct Charges:** Class 1: #14 Disruption of Normal Routine   Class 1: #3 Possession of Contraband

**Staff Member's Version:** On the above date after multiple times through out the day smelling smoke from cell M4 Sergeant Andrascik was notified. This reporting Officer, Officer Noullet and Sergeant Andrascik searched inmate McCray's cell. While searching the cell this reporting officer noticed 2 suspicious pieces of paper that were handed over to Sergeant Andrascik. These pieces of paper were tested and came back positive as 5FMDMBPICA. Nothing further to report at this time.

**Immediate Action Taken:** Locked in pre-hearing status

| Staff Member Reporting Misconduct (printed name, title, and Signature) | Action Approved by Ranking Staff on Duty (printed name, title, and signature) | Date and Time Inmate Given copy | |
|---|---|---|---|
| | | Date | Time |
| Officer Vetterly | Sgt. Andrascik | 5/28/20 | 1545 |

| Hearing Date | Hearing Time | Location of hearing | Misconduct Category | Inmate signature affirming receipt of Misconduct form and Statement form |
|---|---|---|---|---|
| | | | ☒ Class 1   ☐ Class 2 | Refused  15:45  5-28-20 |

**Notice to Inmate**

You will be scheduled for a hearing within 7 business days (not including weekends, holidays, Emergencies, or Jail wide lock downs) from the date of the misconduct, you may Remain silent if you wish, and anything you say will be used against you both at the hearing and in the court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee may hold your silence against you, but they must have some other evidence besides your silence in order to find you guilty. If you indicate that you wish to remain silent, you will be asked no further questions.

You may be represented by another inmate of general population status or a member of the institutional staff at your hearing.
You may request witnesses who will be permitted to testify at the hearing provided that they are willing, relevant and so not create a security hazard, relevancy and security will be determined by the chairman of the hearing committee.
If you wish to take advantages of either or both of these choices, please notify the chairman of the committee in writing immediately on the form provided

☐ If this block is checked and you are found guilty of the above misconduct, the hearing committee may suspend or revoke your work-release status.

| FORM ACJ-141 D PART IIB HEARING COMMITTEE ACTION ☒ MISCONDUCT ☐ OTHER | ALLEGHENY COUNTY JAIL 950 2ND AVENUE PITTSBURGH, PA 15219 | | | MISCONDUCT NUMBER 20-1782 |
|---|---|---|---|---|
| D.O.C. # 169149 | Name MCCRAY, CLAYTON | Institution ACJ | Misconduct Time 24 Hr. Base 1440 Hearing Date 7-21-20 | Misconduct Date 6-23-20 Hearing Time 1300 |

| CHARGES | PLEA | DISPOSITION | SENTENCE |
|---|---|---|---|
| MURDER - MANSLAUGHTER | | | |
| ESCAPE | GUILTY  **NOT GUILTY**  NO PLEA | GUILTY  **NOT GUILTY**  NO PLEA | |
| POSS. OF CONTRABAND | | | |
| CARRYING A DEADLY WEAPON | | | |
| ARSON | | | |
| ROBBERY | | | |
| BURGLARY | | | |
| THEFT | | | |
| TAMPERING WITH OR DESTROYING PROPERTY | | | |
| SEXUAL ASSAULT | | | |
| INDECENT EXPOSURE | | | |
| RIOT OR INCIDENTING A RIOT | | | |
| DISRUPTION | **GUILTY**  NOT GUILTY  NO PLEA | **GUILTY**  NOT GUILTY  NO PLEA | T.S. |
| BRIBERY | | | |
| THREATENING AN EMPLOYEE WITH BODILY HARM | | | |
| Resisting Officers | | | |
| ASSAULTS AND FIGHTING | | | |
| ADULTERATION OF FOOD OR DRINK | | | |
| REFUSING TO OBEY AN ORDER | | | |
| POSSESION OR USE OF A DANGEROUS OR CONTROLLED SUBSTANCE | | | |
| REFUSING TO WORK | | | |
| VIOLATION OF PRE-RELEASE | | | |
| BREAKING RESTRICTION | | | |
| INTOXICATION | | | |
| MAKING FERMENTED BEVERAGES | | | |
| LYING TO AN EMPLOYEE | | | |
| CONDUCTING A GAMBLING OPERATION | | | |
| UNAUTHORIZED USE OF MAIL OR TELEPHONE | | | |
| CONDUCT WITH VISITOR IN VIOLATION OF REGULATIONS | | | |
| UNAUTHORIZED AREA | | | |
| LOANING PROPERTY FOR PROFIT | | | |
| INSOLENCE OR DISRESPECT TOWARD A STAFF MEMBER | | | |
| POSSESSION OF STOLEN PROPERTY | | | |
| BODY PUNCHING OR HORSEPLAY | | | |
| TAKING UNAUTHORIZED FOOD FROM KITCHEN LOUNGE OR PANTRY | | | |
| POSSESSION OF UNAUTHORIZED CLOTHING | | | |
| TATTOOING | | | |
| LOANING OR BORROWING PROPERTY | (Covid-19) | | |
| FAILURE TO STAND FOR COUNT | | | |
| SMOKING | | | |

**TOTAL DAYS SENTENCED:** T.S.

**RELEASE DATE:** ASAP

**SUSPENDED DAYS ( )**

X CAPT YOUNG  _Young_
HEARING OFFICER'S SIGNATURE

| YES ☒ | NO ☐ | I have heard the decision and have been told the reason for it and what will happen. |
| YES ☒ | NO ☐ | The circumstance of the charge has been read and fully explained to me. |
| YES ☒ | NO ☐ | I have had the opportunity to have my version reported as part of the record. |
| YES ☒ | NO ☐ | I have been advised that I may, within 15 days, request a formal review, and understand that this request must contain specific reasons for the review. |

X
INMATE'S SIGNATURE

WHITE-JBC-15   YELLOW-CLASSIFICATION   PINK-STAFF MEMBER REPORTING MISCONDUCT   GOLDENROD-INMATE CITED

AC_CM_002854

# Allegheny County Jail

☒ Misconduct report   ☐ Other

**Misconduct Number #** 20-1782

| Pod | Name | | | | Time 24hrs | Misconduct date |
|---|---|---|---|---|---|---|
| 3B | clayton McCray | | | | appox 14:40 | 6-23-20 |
| Cell# | DOC | | | | Place of Misconduct | |
| 128 | 169149 | | | | 5B sally port | |

| Name | I | W | | Name | I | W |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Misconduct Charges:** class 1 (2) escape  class 1 (13) disruption of normal routine

**Staff Member's Version:** on above date and approx. time Inmate Clayton McCray 16914 was having bandage changes in the medical unit at count time he was told to sit in the sallyport till count cleared by Officer M. Ireland. At approx. 14:40 Officer Cosgrove called to see if approval was obtained to send inmate back to his pod. Officer Ireland and Myself Officer McClain was unaware that inmate left unit. Apparently a medical staff told inmate to leave with her without permission from an officer Staff notified.

**Immediate Action Taken:** sent back to pod 3B

| Staff Member Reporting Misconduct (printed name, title, and Signature) | Action Approved by Ranking Staff on Duty (printed name, title, and signature) | Date and Time Inmate Given copy | |
|---|---|---|---|
| | | Date | Time |
| Bonnye McClain | Cpt. W. Sanger | 6/23/20 | 2115hes. |

| Hearing Date | Hearing Time | Location of hearing | Misconduct Category | Inmate signature affirming receipt of Misconduct form and Statement form |
|---|---|---|---|---|
| | | | ☒ Class 1  ☐ Class 2 | Refused / Gilliano |

### Notice to Inmate

You will be scheduled for a hearing within 7 business days (not including weekends, holidays, Emergencies, or Jail wide lock downs) from the date of the misconduct, you may Remain silent if you wish, and anything you say will be used against you both at the hearing and in the court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee may hold your silence against you, but they must have some other evidence besides your silence in order to find you guilty. If you indicate that you wish to remain silent, you will be asked no further questions.

You may be represented by another inmate of general population status or a member of the institutional staff at your hearing.
You may request witnesses who will be permitted to testify at the hearing provided that they are willing, relevant and so not create a security hazard, relevancy and security will be determined by the chairman of the hearing committee.
If you wish to take advantages of either or both of these choices, please notify the chairman of the committee in writing immediately on the form provided

☐ If this block is checked and you are found guilty of the above misconduct, the hearing committee may suspend or revoke your work-release status.

# ALLEGHENY COUNTY JAIL
950 2ND AVENUE
PITTSBURGH, PA 15219

FORM ACJ-141 D PART IIB
HEARING COMMITTEE ACTION
☒ MISCONDUCT  ☐ OTHER

**MISCONDUCT NUMBER:** 20-2464

| D.O.C. # | Name | Institution | Misconduct Time 24 Hr. Base | Misconduct Date |
|---|---|---|---|---|
| 169149 | MCCRAY, CLAYTON | ACJ | 1010 | 9-4-20 |
| | | | Hearing Date: 9-10-20 | Hearing Time: 1100 |

| CHARGES | PLEA | DISPOSITION | SENTENCE |
|---|---|---|---|
| MURDER - MANSLAUGHTER | | | |
| ESCAPE | | | |
| POSS. OF CONTRABAND | | | |
| CARRYING A DEADLY WEAPON | | | |
| ARSON | | | |
| ROBBERY | | | |
| BURGLARY | | | |
| THEFT | | | |
| TAMPERING WITH OR DESTROYING PROPERTY | | | |
| SEXUAL ASSAULT | | | |
| INDECENT EXPOSURE | | | |
| RIOT OR INCIDENTING A RIOT | | | |
| DISRUPTION | (GUILTY) NOT GUILTY NO PLEA | (GUILTY) NOT GUILTY NO PLEA | |
| BRIBERY | | | |
| THREATENING AN EMPLOYEE WITH BODILY HARM | | | |
| Resisting Officers | | | |
| ASSAULTS AND FIGHTING | | | |
| ADULTERATION OF FOOD OR DRINK | | | |
| REFUSING TO OBEY AN ORDER | (GUILTY) NOT GUILTY NO PLEA | (GUILTY) NOT GUILTY NO PLEA | T5 |
| POSSESION OR USE OF A DANGEROUS OR CONTROLLED SUBSTANCE | | | |
| REFUSING TO WORK | | | |
| VIOLATION OF PRE-RELEASE | | | |
| BREAKING RESTRICTION | | | |
| INTOXICATION | | | |
| MAKING FERMENTED BEVERAGES | | | |
| LYING TO AN EMPLOYEE | | | |
| CONDUCTING A GAMBLING OPERATION | | | |
| UNAUTHORIZED USE OF MAIL OR TELEPHONE | | | |
| CONDUCT WITH VISITOR IN VIOLATION OF REGULATIONS | | | |
| UNAUTHORIZED AREA | (GUILTY) NOT GUILTY NO PLEA | (GUILTY) NOT GUILTY NO PLEA | |
| LOANING PROPERTY FOR PROFIT | | | |
| INSOLENCE OR DISRESPECT TOWARD A STAFF MEMBER | | | |
| POSSESSION OF STOLEN PROPERTY | | | |
| BODY PUNCHING OR HORSEPLAY | | | |
| TAKING UNAUTHORIZED FOOD FROM KITCHEN LOUNGE OR PANTRY | | | |
| POSSESSION OF UNAUTHORIZED CLOTHING | | | |
| TATTOOING | | | |
| LOANING OR BORROWING PROPERTY | | | |
| FAILURE TO STAND FOR COUNT | | | |
| SMOKING | | | |
| INMATE STATEMENT FORM | YES (NO) | | |

**TOTAL DAYS SENTENCED:** T5

**RELEASE DATE:** ASAP

**SUSPENDED DAYS (  )**

X CAPT. YOUNG/EDWARDS _Young_
HEARING OFFICER'S SIGNATURE

| | | |
|---|---|---|
| YES☒ NO☐ | I have heard the decision and have been told the reason for it and what will happen. | |
| YES☒ NO☐ | The circumstance of the charge has been read and fully explained to me. | |
| YES☒ NO☐ | I have had the opportunity to have my version reported as part of the record. | |
| YES☒ NO☐ | I have been advised that I may, within 15 days, request a formal review, and understand that this request must contain specific reasons for the review. | |

X (marked)

INMATE'S SIGNATURE

WHITE-JBC-15    YELLOW-CLASSIFICATION    PINK-STAFF MEMBER REPORTING MISCONDUCT    GOLDENROD-INMATE CITED

AC_CM_00180

# Allegheny County Jail

☒ Misconduct report   ☐ Other

Misconduct Number # **ZO-2464**

| Pod | Name | | | | | Time 24hrs | Misconduct date |
|---|---|---|---|---|---|---|---|
| 5B | McCray, Clayton. | | | | | Approx. 1010 | 04Sept2020 |
| Cell# | DOC | | | | | | Place of Misconduct |
| M4 | 169149 | | | | | | 5B |

| Name | I | W | | Name | I | W |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Misconduct Charges:** Class 1: 14 Disruption of normal routine. 20. Refusing to obey a direct order 31. Presence in an unauthorized area

**Staff Member's Version:** Inmate McCray was at another inmates cell door. I walked on to the male housing unit and gave inmate mccray a warning that he wasn't allowed to be standing at another inmates door. I went back into the nurse/officer station and inmate mccray was back at the other inmates cell door in an unauthorized area not following my orders. Inmate Mccray told me he was going to lock in. I tried to resolve the issue with no paper work and he told me to go ahead.

**Immediate Action Taken:** Locked in pending hearing.

| Staff Member Reporting Misconduct (printed name, title, and Signature) | Action Approved by Ranking Staff on Duty (printed name, title, and signature) | Date and Time Inmate Given copy | |
|---|---|---|---|
| Hamovitz, G. | Ivor Milvevic | Date: 04SEPT 2020 | Time: 1035 APPROX |

| Hearing Date | Hearing Time | Location of hearing | Misconduct Category | Inmate signature affirming receipt of Misconduct form and Statement form |
|---|---|---|---|---|
| | | | ☒ Class 1  ☐ Class 2 | CM |

### Notice to Inmate

You will be scheduled for a hearing within 7 business days (not including weekends, holidays, Emergencies, or Jail wide lock downs) from the date of the misconduct, you may Remain silent if you wish, and anything you say will be used against you both at the hearing and in the court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee may hold your silence against you, but they must have some other evidence besides your silence in order to find you guilty. If you indicate that you wish to remain silent, you will be asked no further questions.

You may be represented by another inmate of general population status or a member of the institutional staff at your hearing.
You may request witnesses who will be permitted to testify at the hearing provided that they are willing, relevant and so not create a security hazard, relevancy and security will be determined by the chairman of the hearing committee.
If you wish to take advantages of either or both of these choices, please notify the chairman of the committee in writing immediately on the form provided

☐ If this block is checked and you are found guilty of the above misconduct, the hearing committee may suspend or revoke your work-release status.

# Allegheny County Jail

☒ Misconduct report  ☐ Other

Misconduct Number # 19-3414

| Pod | Name | | | | Time 24hrs | Misconduct date |
|---|---|---|---|---|---|---|
| 3F | Clayton Mccray | | | | 1600hrs approx. | 10/17/19 |
| Cell# | DOC | | | | Place of Misconduct | |
| 116 | 169149 | | | | Inside cell 116 | |

| Name | I | W | | Name | I | W |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**Misconduct Charges:** Class 1-3 Possession of contraband, Class 1- class 1-9 tampering with or destroying property, Class 1-14 Disruption to normal institutional routine that can result to bodily injury to employees or inmates, Class 1-21 Possession of or use of dangerous or contrlled substance

**Staff Member's Version:** On the above date and estimated time of 1600hrs, i, officer LeFevre conducted window checks and cell searches on unit 3F. When searching cell 116, suspected K-2 squares were found on the desk. Also found on the desk were rolling papers with a dark dried up substance on them. A jail made cigarette was also found burnt in the toilet. Inmate Mccray is now locked in on Pre-Hearing status

**Immediate Action Taken:** Placed on Pre-Hearing status

| Staff Member Reporting Misconduct (printed name, title, and Signature) | Action Approved by Ranking Staff on Duty (printed name, title, and signature) | Date and Time Inmate Given copy | |
|---|---|---|---|
| | | Date | Time |
| J. LeFevre | Sgt Forde Lardin | 10/17/19 | 1900 |

| Hearing Date | Hearing Time | Location of hearing | Misconduct Category | Inmate signature affirming receipt of Misconduct form and Statement form |
|---|---|---|---|---|
| | | | ☒ Class 1  ☐ Class 2 | Refused J.L. @ 1815 |

### Notice to Inmate

You will be scheduled for a hearing within 7 business days (not including weekends, holidays, Emergencies, or Jail wide lock downs) from the date of the misconduct, you may Remain silent if you wish, and anything you say will be used against you both at the hearing and in the court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee may hold your silence against you, but they must have some other evidence besides your silence in order to find you guilty. If you indicate that you wish to remain silent, you will be asked no further questions.

You may be represented by another inmate of general population status or a member of the institutional staff at your hearing. You may request witnesses who will be permitted to testify at the hearing provided that they are willing, relevant and so not create a security hazard, relevancy and security will be determined by the chairman of the hearing committee. If you wish to take advantages of either or both of these choices, please notify the chairman of the committee in writing immediately on the form provided

☐ If this block is checked and you are found guilty of the above misconduct, the hearing committee may suspend or revoke your work-release status.

AC_CM_002163

FORM ACJ-141 D PART IIB

**HEARING COMMITTEE ACTION**
☒ MISCONDUCT  ☐ OTHER

**ALLEGHENY COUNTY JAIL**
950 2ND AVENUE
PITTSBURGH, PA 15219

**MISCONDUCT NUMBER:** 18-3024

| D.O.C. # | Name | Institution | Misconduct Time 24 Hr. Base | Misconduct Date |
|---|---|---|---|---|
| 169149 | MCCRAY, CLAYTON | ACJ | 1923 | 11-20-18 |
| | | | Hearing Date | Hearing Time |
| | | | 11-27-18 | 1415 |

| CHARGES | | PLEA | DISPOSITION | SENTENCE |
|---|---|---|---|---|
| MURDER - MANSLAUGHTER | | | | |
| ESCAPE | | | | |
| POSS. OF CONTRABAND OR IMPLEMENTS OF ESCAPE | | | | |
| CARRYING A DEADLY WEAPON | | | | |
| ARSON | | | | |
| ROBBERY | | | | |
| BURGLARY | | | | |
| THEFT | | | | |
| TAMPERING WITH OR DESTROYING PROPERTY | | | | |
| SEXUAL ASSAULT | | | | |
| INDECENT EXPOSURE | | | | |
| RIOT OR INCIDENTING A RIOT | | | | |
| DISRUPTION | X | G | G | 5 |
| BRIBERY | | | | |
| THREATENING AN EMPLOYEE WITH BODILY HARM | | | | |
| ASSAULTS AND FIGHTING | X | G | G | 20 |
| ADULTERATION OF FOOD OR DRINK | | | | |
| REFUSING TO OBEY AN ORDER | X | NG | G | 5 |
| POSSESION OR USE OF A DANGEROUS OR CONTROLLED SUBSTANCE | | | | |
| REFUSING TO WORK | | | | |
| VIOLATION OF PRE-RELEASE | | | | |
| BREAKING RESTRICTION | | | | |
| INTOXICATION | | | | |
| MAKING FERMENTED BEVERAGES | | | | |
| LYING TO AN EMPLOYEE | | | | |
| CONDUCTING A GAMBLING OPERATION | | | | |
| UNAUTHORIZED USE OF MAIL OR TELEPHONE | | | | |
| CONDUCT WITH VISITOR IN VIOLATION OF REGULATIONS | | | | |
| UNAUTHORIZED AREA | | | | |
| LOANING PROPERTY FOR PROFIT | | | | |
| INSOLENCE OR DISRESPECT TOWARD A STAFF MEMBER | | | | |
| POSSESSION OF STOLEN PROPERTY | | | | |
| OTHER FELONIES NOT SPECIFICALLY ENUMERATED | | | | |
| REPEATED VIOLATIONS OF CLASS 2 MISCONDUCTS | | | | |
| BODY PUNCHING OR HORSEPLAY | X | NG | NG | |
| TAKING UNAUTHORIZED FOOD FROM KITCHEN LOUNGE OR PANTRY | | | | |
| POSSESSION OF UNAUTHORIZED CLOTHING | | | | |
| TATTOOING | | | | |
| FAILURE TO REPORT TO WORK | | | | |
| LOANING OR BORROWING PROPERTY | | | | |
| FAILURE TO FOLLOW SAFETY AND SANITATION REGULATIONS | | | | |
| FAILURE TO STAND FOR COUNT | | | | |
| SMOKING | | | | |

**TOTAL DAYS SENTENCED:** 30

**RELEASE DATE:** 12-20-18

**SUSPENDED DAYS ( )**

X Capt. Young (Young)
HEARING OFFICER'S SIGNATURE

YES ☐ NO ☐ I have heard the decision and have been told the reason for it and what will happen.
YES ☐ NO ☐ The circumstance of the charge has been read and fully explained to me.
YES ☐ NO ☐ I have had the opportunity to have my version reported as part of the record.
YES ☐ NO ☐ I have been advised that I may, within 15 days, request a formal review, and understand that this request must contain specific reasons for the review.

X NO PEN (TW)
INMATE'S SIGNATURE

WHITE-JBC-15    YELLOW-CLASSIFICATION    PINK-STAFF MEMBER REPORTING MISCONDUCT    GOLDENROD-INMATE CITED

AC_CM_002189

# Allegheny County Jail

☒ Misconduct report  ☐ Other

Misconduct Number # **18-3024**

| Pod | Name | Time 24hrs | Misconduct date |
|---|---|---|---|
| 3F | Clayton McCray | 1923 | 11/20/18 |

| Cell# | DOC | Place of Misconduct |
|---|---|---|
| 115 | 169149 | Cell 115 |

| Name |  | I | W |  | Name | I | W |
|---|---|---|---|---|---|---|---|
| Jonathan Horton | 178692 | X |  |  |  |  |  |
| Trevon McCrary | 169292 | X |  |  |  |  |  |
| Robert Smith | 175915 | X |  |  |  |  |  |

**Misconduct Charges:** Class 1 #13. Conspiracy to Escape, Riot, or Disrupt Normal Institutional Routine that could result in bodily injury to personnel or inmates #17. Assaults and Fighting  #20. Refusing to obey a direct order
Class 2 Misconducts: 1. Body punching, Horseplay

**Staff Member's Version:** On the above date and approimate time, C.O T.Caldwell was locking the pod in for medication pass. When inmates Horton 178692, McCrary 169292 and Smith 175915 began fighting in cell 115. Inmate McCray walked away from his cell door and over towards cell 104 where inmate Smith was standing at his cell door, and words were exchanged. Both inmates walked back over towards cell 115. McCray was seen standing up against the sink throwing punches and hitting Smith in the head with a cane. C.O gave several orders to stop fighting and that's when an unknown inmate closed the cell door.

**Immediate Action Taken:** Locked in pre hearing

| Staff Member Reporting Misconduct (printed name, title, and Signature) | Action Approved by Ranking Staff on Duty (printed name, title, and signature) | Date and Time Inmate Given copy | |
|---|---|---|---|
| | | Date | Time |
| T.Caldwell | Capt. D. Edwards | 11-20-18 | 2130 HRS |

| Hearing Date | Hearing Time | Location of hearing | Misconduct Category | Inmate signature affirming receipt of Misconduct form and Statement form |
|---|---|---|---|---|
| | | | ☒ Class 1  ☒ Class 2 | |

### Notice to Inmate

You will be scheduled for a hearing within 7 business days (not including weekends, holidays, Emergencies, or Jail wide lock downs) from the date of the misconduct, you may Remain silent if you wish, and anything you say will be used against you both at the hearing and in the court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee may hold your silence against you, but they must have some other evidence besides your silence in order to find you guilty. If you indicate that you wish to remain silent, you will be asked no further questions.

You may be represented by another inmate of general population status or a member of the institutional staff at your hearing.
You may request witnesses who will be permitted to testify at the hearing provided that they are willing, relevant and so not create a security hazard, relevancy and security will be determined by the chairman of the hearing committee.
If you wish to take advantages of either or both of these choices, please notify the chairman of the committee in writing immediately on the form provided

☐ If this block is checked and you are found guilty of the above misconduct, the hearing committee may suspend or revoke your work-release status.

AC_CM_002093