# EXHIBIT 10

## Allegheny County Bureau of Corrections Complaint Officer's Findings Form

Complaint #: 15442   Sub-Category Code: _____   Complaint Category: _____

Date of Complaint: 10/9/19

Inmate Name: Clayton McCray (print legibly)

DOC #: 169149

Pod: 3F 1C   Cell #: 116

**Complaint Disposition (check one)**

Valid _____    Invalid ✓    Inmate released before disposition _____

Your complaint has been reviewed and investigated and the disposition of the complaint is listed above. Below are my findings from the investigation of your complaint. If you refuse to sign your name and/or date this document you will forfeit your right to appeal this disposition. If you are dissatisfied with the disposition of the complaint you have five days after receipt of this notice to appeal to the Warden or designee in writing using an Inmate Appeal Form only if you signed and dated this document.

**Findings:**

According to our records you refused to come up for your dressing change on 10/7/19

Staff Name: Nichole Froehlich (print)   Staff Title: Admin (print)

Staff Signature: [signature]   Date: 10/16/19

Inmate Signature: Clayton Z. McCray   Date: 10/22/19

White: Staff Copy    Pink: Inmate Copy

AC_CM_002065

## Allegheny County Bureau of Corrections Complaint Officer's Findings Form

Complaint # 14453    Sub-Category Code: _____    Complaint Category: _____

Date of Complaint: 2/15/2020
Inmate Name: Clayton E McLray (print legibly)
DOC #: 16949
Pod: 2D    Cell #: 101

**Complaint Disposition (check one)**

Valid _____    Invalid ✓    Inmate released before disposition _____

Your complaint has been reviewed and investigated and the disposition of the complaint is listed above. Below are my findings from the investigation of your complaint. If you refuse to sign your name and/or date this document you will forfeit your right to appeal this disposition. If you are dissatisfied with the disposition of the complaint you have five days after receipt of this notice to appeal to the Warden or designee in writing using an Inmate Appeal Form only if you signed and dated this document.

Findings:

you spoke to medical about this concern on 2/16/2020

Staff Name: Nichole Froehlich (print)    Staff Title: Admin (print)
Staff Signature: [signature]    Date: 2/19/2020
Inmate Signature: [signature]    Date: 3·5·20

White: Staff Copy    Pink: Inmate Copy

AC_CM_００2072