EXHIBIT 11



Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

## SEGREGATION NOTE - Electronically Signed By: Susan Leri RN on 10/18/2019 10:07:36 PM EDT

| | | | |
|---|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** | |
| **DOB:** 7/30/1994 (Age=27) | **Sex:** M | **Race:** B | |
| **Housing:** | **SSN#:** **HIDDEN** | **Type:** | |
| **Status:** NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☐ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

☐ Yes
☑ No

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

Summary of Findings/Actions Taken:

Client had no health complaints or concerns.



Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

## SEGREGATION NOTE - Electronically Signed By: Susan Leri RN on 10/20/2019 9:18:40 PM EDT

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | | **Lang:** | |
| **DOB:** 7/30/1994 (Age=27) | | **Sex:** M | | **Race:** B | |
| **Housing:** | | **SSN#:** **HIDDEN** | | **Type:** | |
| **Status:** NOT ACTIVE | | **Booking Date:** 9/23/2019 4:56:00 PM EDT | | **Release:** 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

- ☐ Yes
- ☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

- ☐ Yes
- ☑ No

- ☐ Notify Correctional Staff and ensure inmate safety immediately
- ☐ Arrange appropriate housing for inmate
- ☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☐ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

- ☐ Yes
- ☑ No

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

Summary of Findings/Actions Taken:

Client had no health complaints or concerns.



Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

**SEGREGATION NOTE** - Electronically Signed By: Megan Lebakken, Psy.D. Mental Health Specialist on

10/21/2019 11:18:49 AM EDT

| Patient: | MCCRAY, CLAYTON LAMONT JR | #: 169149 (2019-11068) | Lang: | |
|---|---|---|---|---|
| DOB: 7/30/1994 (Age=27) | | Sex: M | Race: B | |
| Housing: | | SSN#: **HIDDEN** | Type: | |
| Status: NOT ACTIVE | | Booking Date: 9/23/2019 4:56:00 PM EDT | Release: 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

☐ Yes

☑ No

## Appearance:

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

## Room Condition:

| ☐ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

## Behavior:

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

## Mood:

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes

☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately

☐ Arrange appropriate housing for inmate

☐ Notify Mental Health to see inmate emergently

## Assessed inmate need for:

| ☑ Medical | ☐ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

☐ Yes
☑ No

Summary of Findings/Actions Taken:

The inmate did not express concerns.

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

## SEGREGATION NOTE - Electronically Signed By: Nancy Park MD on 10/22/2019 9:41:06 AM EDT

| | | | |
|---|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** | |
| **DOB:** 7/30/1994 (Age=27) | **Sex:** M | **Race:** B | |
| **Housing:** | **SSN#:** **HIDDEN** | **Type:** | |
| **Status:** NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☐ Dental | ☐ Mental Health |
|---|---|---|

Any additional healthcare needed?

☑ Yes
☐ No

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

Summary of Findings/Actions Taken:

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

## SEGREGATION NOTE - Electronically Signed By: Susan Leri RN on 10/23/2019 11:47:40 PM EDT

| | | | |
|---|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** | |
| **DOB:** 7/30/1994 (Age=27) | **Sex:** M | **Race:** B | |
| **Housing:** | **SSN#:** **HIDDEN** | **Type:** | |
| **Status:** NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☐ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

☐ Yes
☑ No

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

Summary of Findings/Actions Taken:

Client c/o difficulty sleeping. This writer discussed with client ways to help promote sleep, client verbalized understanding.

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

## SEGREGATION NOTE - Electronically Signed By: Nancy Park MD on 10/24/2019 9:36:44 AM EDT

| | | | |
|---|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** | |
| **DOB:** 7/30/1994 (Age=27) | **Sex:** M | **Race:** B | |
| **Housing:** | **SSN#:** **HIDDEN** | **Type:** | |
| **Status:** NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☐ Dental | ☐ Mental Health |
|---|---|---|

Any additional healthcare needed?

☑ Yes

☐ No

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

Summary of Findings/Actions Taken:

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

**SEGREGATION NOTE** - Electronically Signed By: Megan Lebakken, Psy.D. Mental Health Specialist on

10/25/2019 10:28:57 AM EDT

| | | | |
|---|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** | |
| **DOB:** 7/30/1994 (Age=27) | **Sex:** M | **Race:** B | |
| **Housing:** | **SSN#:** **HIDDEN** | **Type:** | |
| **Status:** NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

- ☐ Yes
- ☒ No

**Appearance:**

| ☒ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☐ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☒ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☒ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

- ☐ Yes
- ☒ No

- ☐ Notify Correctional Staff and ensure inmate safety immediately
- ☐ Arrange appropriate housing for inmate
- ☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☒ Medical | ☐ Dental | ☒ Mental Health |
|---|---|---|

Any additional healthcare needed?

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

☐ Yes

☑ No

Summary of Findings/Actions Taken:

The inmate did not express concerns.

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

## SEGREGATION NOTE - Electronically Signed By: Sarah Kielek CRNP on 10/26/2019 2:20:52 PM EDT

| | | | |
|---|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** | |
| **DOB:** 7/30/1994 (Age=27) | **Sex:** M | **Race:** B | |
| **Housing:** | **SSN#:** \*\*HIDDEN\*\* | **Type:** | |
| **Status:** NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☐ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

☐ Yes
☑ No

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

Summary of Findings/Actions Taken:

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

**Progress Notes- SEGREGATION ROUNDS DISCHARGE - MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)**

---

JmsControllerSegregationRounds POSTED ON 10/26/2019 2:50:38 PM EDT                    Type: REMOVE FROM QUEUE

The patient was discharged from Segregation Rounds when moved out of LEV1 PODC 223 U.

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

**Progress Notes- SEGREGATION ROUNDS ADMIT - MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)**

---

JmsControllerSegregationRounds POSTED ON 3/24/2020 2:37:43 PM EDT                          Type: GROUP NOTE

The patient was Admited to Segregation Rounds when moved to LEV8 PODE 120 L.

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

**SEGREGATION NOTE** - Electronically Signed By: Sarah Kielek CRNP on 3/26/2020 11:16:35 AM EDT

| | | | | |
|---|---|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** | |
| **DOB:** 7/30/1994 (Age=27) | **Sex:** M | **Race:** B | |
| **Housing:** | **SSN#:** **HIDDEN** | **Type:** | |
| **Status:** NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☑ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

☐ Yes
☑ No

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

Summary of Findings/Actions Taken:

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

**SEGREGATION NOTE** - Electronically Signed By: Joseph Marsh Substance Abuse Counselor, LPC on

3/27/2020 5:16:00 PM EDT

| | | | |
|---|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** | |
| **DOB:** 7/30/1994 (Age=27) | **Sex:** M | **Race:** B | |
| **Housing:** | **SSN#:** \*\*HIDDEN\*\* | **Type:** | |
| **Status:** NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☐ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

☐ Yes
☑ No

Summary of Findings/Actions Taken:

Individual denied needing any medical/mental health intervention.

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

**SEGREGATION NOTE** - Electronically Signed By: Elon Mwaura PA on 3/28/2020 5:30:46 PM EDT

| | | | |
|---|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** | |
| **DOB:** 7/30/1994 (Age=27) | **Sex:** M | **Race:** B | |
| **Housing:** | **SSN#:** **HIDDEN** | **Type:** | |
| **Status:** NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

- ☐ Yes
- ☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

- ☐ Yes
- ☑ No

- ☐ Notify Correctional Staff and ensure inmate safety immediately
- ☐ Arrange appropriate housing for inmate
- ☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☑ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

- ☐ Yes
- ☑ No

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

Summary of Findings/Actions Taken:

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

**SEGREGATION NOTE** - Electronically Signed By: Alisha Howie Mental Health Specialist on 3/29/2020

4:06:50 PM EDT

| Patient: | MCCRAY, CLAYTON LAMONT JR | #: 169149 (2019-11068) | Lang: | |
|---|---|---|---|---|
| DOB: | 7/30/1994 (Age=27) | Sex: M | Race: B | |
| Housing: | | SSN#: **HIDDEN** | Type: | |
| Status: | NOT ACTIVE | Booking Date: 9/23/2019 4:56:00 PM EDT | Release: 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☐ Medical | ☐ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

☐ Yes

☑ No

Summary of Findings/Actions Taken:

MHS completed Segregation Rounds. Inmate denies any current SI, 0 HI, 0 AH/VH. Inmate exhibits no signs or symptoms of psychological distress.

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

**SEGREGATION NOTE** - Electronically Signed By: Joseph Marsh Substance Abuse Counselor, LPC on

3/30/2020 5:40:32 PM EDT

| | | |
|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** |
| **DOB:** 7/30/1994 (Age=27) | **Sex:** M | **Race:** B |
| **Housing:** | **SSN#:** **HIDDEN** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☐ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

☑ Yes

☐ No

Individual reported to have an ulcer on his foot and would like his bandages redressed.

Summary of Findings/Actions Taken:

Sick call placed for medical nurse.

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

## SEGREGATION NOTE - Electronically Signed By: Elon Mwaura PA on 3/31/2020 11:44:57 AM EDT

| | | | |
|---|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** | |
| **DOB:** 7/30/1994 (Age=27) | **Sex:** M | **Race:** B | |
| **Housing:** | **SSN#:** **HIDDEN** | **Type:** | |
| **Status:** NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

- ☐ Yes
- ☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

- ☐ Yes
- ☑ No

- ☐ Notify Correctional Staff and ensure inmate safety immediately
- ☐ Arrange appropriate housing for inmate
- ☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☑ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

- ☐ Yes
- ☑ No

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

Summary of Findings/Actions Taken:

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

## SEGREGATION NOTE - Electronically Signed By: Sarah Kielek CRNP on 4/2/2020 1:50:19 PM EDT

| | | | |
|---|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** | |
| **DOB:** 7/30/1994 (Age=27) | **Sex:** M | **Race:** B | |
| **Housing:** | **SSN#:** **HIDDEN** | **Type:** | |
| **Status:** NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☑ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

☐ Yes
☑ No

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

Summary of Findings/Actions Taken:

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

## SEGREGATION NOTE - Electronically Signed By: Karisa Mauthe Substance Abuse Counselor on 4/3/2020

10:21:40 PM EDT

| Patient: | MCCRAY, CLAYTON LAMONT JR | #: 169149 (2019-11068) | Lang: | |
|---|---|---|---|---|
| DOB: | 7/30/1994 (Age=27) | Sex: M | Race: B | |
| Housing: | | SSN#: **HIDDEN** | Type: | |
| Status: | NOT ACTIVE | Booking Date: 9/23/2019 4:56:00 PM EDT | Release: 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

- ☐ Yes
- ☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

- ☐ Yes
- ☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☑ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

☐ Yes
☑ No

Summary of Findings/Actions Taken:

Client shared that he was okay. Client shared his heal is hurting and shared that the wrapping for it was just changed.

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

## SEGREGATION NOTE - Electronically Signed By: Sarah Kielek CRNP on 4/4/2020 1:22:28 PM EDT

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | | **#:** 169149 (2019-11068) | | **Lang:** | |
| **DOB:** 7/30/1994 (Age=27) | | **Sex:** M | | **Race:** B | |
| **Housing:** | | **SSN#:** **HIDDEN** | | **Type:** | |
| **Status:** NOT ACTIVE | | **Booking Date:** 9/23/2019 4:56:00 PM EDT | | **Release:** 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☑ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

☐ Yes
☑ No

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

Summary of Findings/Actions Taken:

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

## SEGREGATION NOTE - Electronically Signed By: Michelle Kovalcik Mental Health Specialist on 4/5/2020

2:40:51 PM EDT

| | | |
|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** |
| **DOB:** 7/30/1994 (Age=27) | **Sex:** M | **Race:** B |
| **Housing:** | **SSN#:** **HIDDEN** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

### Appearance:

| | | |
|---|---|---|
| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |

### Room Condition:

| | | |
|---|---|---|
| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |

### Behavior:

| | | |
|---|---|---|
| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |

### Mood:

| | | |
|---|---|---|
| ☑ Normal | ☐ Sad | ☐ Irritable |

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

### Assessed inmate need for:

| | | |
|---|---|---|
| ☑ Medical | ☐ Dental | ☑ Mental Health |

Any additional healthcare needed?

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

☐ Yes
☑ No

Summary of Findings/Actions Taken:

see progress notes

4/29/2022 6:47:36 AM EDT

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

**SEGREGATION NOTE** - Electronically Signed By: Megan Lebakken, Psy.D. Mental Health Specialist on

4/6/2020 11:18:08 AM EDT

| Patient: | MCCRAY, CLAYTON LAMONT JR | #: 169149 (2019-11068) | Lang: | |
|---|---|---|---|---|
| DOB: | 7/30/1994 (Age=27) | Sex: M | Race: B | |
| Housing: | | SSN#: **HIDDEN** | Type: | |
| Status: | NOT ACTIVE | Booking Date: 9/23/2019 4:56:00 PM EDT | Release: 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

**Appearance:**

☑ Clean/Appropriate          ☐ Disheveled          ☐ Unclean/Poor Hygiene

**Room Condition:**

☐ Clean          ☐ Messy          ☐ Dirty/Unclean

**Behavior:**

☑ Cooperative          ☐ Hostile          ☐ Mute/Uncooperative

**Mood:**

☑ Normal          ☐ Sad          ☐ Irritable

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

☑ Medical          ☐ Dental          ☑ Mental Health

Any additional healthcare needed?

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)                AC_CM_000314

251

☐ Yes
☑ No

Summary of Findings/Actions Taken:

See progress note dated 4/6/20.

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

## SEGREGATION NOTE - Electronically Signed By: Sarah Kielek CRNP on 4/7/2020 4:31:15 PM EDT

| | | | |
|---|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** | |
| **DOB:** 7/30/1994 (Age=27) | **Sex:** M | **Race:** B | |
| **Housing:** | **SSN#:** **HIDDEN** | **Type:** | |
| **Status:** NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

☐ Yes
☒ No

**Appearance:**

| ☒ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☒ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☒ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☒ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes
☒ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☒ Medical | ☒ Dental | ☒ Mental Health |
|---|---|---|

Any additional healthcare needed?

☐ Yes
☒ No

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

Summary of Findings/Actions Taken:

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

**SEGREGATION NOTE** - Electronically Signed By: Elon Mwaura PA on 4/9/2020 10:42:50 AM EDT

| | | | |
|---|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** | |
| **DOB:** 7/30/1994 (Age=27) | **Sex:** M | **Race:** B | |
| **Housing:** | **SSN#:** **HIDDEN** | **Type:** | |
| **Status:** NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☑ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

☐ Yes
☑ No

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

Summary of Findings/Actions Taken:

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

4/29/2022 9:09:23 AM EDT

**Progress Notes- SEGREGATION ROUNDS DISCHARGE - MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)**

---

JmsControllerSegregationRounds POSTED ON 4/9/2020 2:17:10 PM EDT                    Type: REMOVE FROM QUEUE

The patient was discharged from Segregation Rounds when moved out of LEV8 PODE 120 L.

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)                    AC_CM_002727

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

**Progress Notes- SEGREGATION ROUNDS ADMIT - MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)**

JmsControllerSegregationRounds POSTED ON 5/29/2020 8:31:34 AM EDT                    Type: GROUP NOTE

The patient was Admited to Segregation Rounds when moved to LEV8 PODE 103 L.

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)                    AC_CM_000738

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

**SEGREGATION NOTE** - Electronically Signed By: Robin Clayton MHS on 5/29/2020 8:55:07 PM EDT

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** | | |
| **DOB:** | 7/30/1994 (Age=27) | **Sex:** M | **Race:** B | | |
| **Housing:** | | **SSN#:** **HIDDEN** | **Type:** | | |
| **Status:** | NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM | | |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☐ Medical | ☐ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

☐ Yes
☑ No

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

Summary of Findings/Actions Taken:

Doing okay.

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

## SEGREGATION NOTE - Electronically Signed By: Michelle Kovalcik Mental Health Specialist on 6/1/2020

3:13:10 PM EDT

| | | | |
|---|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** | |
| **DOB:** 7/30/1994 (Age=27) | **Sex:** M | **Race:** B | |
| **Housing:** | **SSN#:** **HIDDEN** | **Type:** | |
| **Status:** NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☐ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

☐ Yes
☑ No

Summary of Findings/Actions Taken:

see progress notes

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

**SEGREGATION NOTE** - Electronically Signed By: Elon Mwaura PA on 6/2/2020 9:35:30 AM EDT

| | | | |
|---|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** | |
| **DOB:** 7/30/1994 (Age=27) | **Sex:** M | **Race:** B | |
| **Housing:** | **SSN#:** **HIDDEN** | **Type:** | |
| **Status:** NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☑ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

☐ Yes
☑ No

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

Summary of Findings/Actions Taken:

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

## SEGREGATION NOTE - Electronically Signed By: Robin Clayton MHS on 6/3/2020 7:14:57 PM EDT

| | | | |
|---|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** | |
| **DOB:** 7/30/1994 (Age=27) | **Sex:** M | **Race:** B | |
| **Housing:** | **SSN#:** **HIDDEN** | **Type:** | |
| **Status:** NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☐ Medical | ☐ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

☐ Yes
☑ No

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)                 AC_CM_000243

Summary of Findings/Actions Taken:

Doing okay.

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

## SEGREGATION NOTE - Electronically Signed By: Elon Mwaura PA on 6/4/2020 10:41:17 AM EDT

| | | | |
|---|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** | |
| **DOB:** 7/30/1994 (Age=27) | **Sex:** M | **Race:** B | |
| **Housing:** | **SSN#:** **HIDDEN** | **Type:** | |
| **Status:** NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☑ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

☐ Yes
☑ No

Summary of Findings/Actions Taken:

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

**SEGREGATION NOTE** - Electronically Signed By: Michael Barfield Mental Health Director on 6/5/2020

12:41:52 PM EDT

| Patient: | MCCRAY, CLAYTON LAMONT JR | #: | 169149 (2019-11068) | Lang: | |
|---|---|---|---|---|---|
| DOB: | 7/30/1994 (Age=27) | Sex: | M | Race: | B |
| Housing: | | SSN#: | **HIDDEN** | Type: | |
| Status: | NOT ACTIVE | Booking Date: | 9/23/2019 4:56:00 PM EDT | Release: | 10/9/2020 10:46:19 AM |

Any contraindications to placement in Segregation Housing?

☐ Yes
☒ No

**Appearance:**

| ☒ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☒ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☒ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☒ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes
☒ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☒ Medical | ☒ Dental | ☒ Mental Health |
|---|---|---|

Any additional healthcare needed?

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)                    AC_CM_000249

☐ Yes
☑ No

Summary of Findings/Actions Taken:

Inmate has been seen by medical for leg issue but reports continued pain, DOMH will send a sick call to medical nurse to check

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

## SEGREGATION NOTE - Electronically Signed By: Michelle Kovalcik Mental Health Specialist on 6/8/2020

6:13:48 PM EDT

| | | | |
|---|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** | |
| **DOB:** 7/30/1994 (Age=27) | **Sex:** M | **Race:** B | |
| **Housing:** | **SSN#:** **HIDDEN** | **Type:** | |
| **Status:** NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☐ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)     AC_CM_00258

251

☐ Yes

☑ No

Summary of Findings/Actions Taken:



Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

## SEGREGATION NOTE - Electronically Signed By: Nancy Park MD on 6/9/2020 7:37:05 AM EDT

| Patient: | MCCRAY, CLAYTON LAMONT JR | #: 169149 (2019-11068) | Lang: | |
|---|---|---|---|---|
| DOB: | 7/30/1994 (Age=27) | Sex: M | Race: B | |
| Housing: | | SSN#: **HIDDEN** | Type: | |
| Status: | NOT ACTIVE | Booking Date: 9/23/2019 4:56:00 PM EDT | Release: 10/9/2020 10:46:19 AM | |

**Any contraindications to placement in Segregation Housing?**

☐ Yes
☑ No

### Appearance:

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

### Room Condition:

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

### Behavior:

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

### Mood:

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

**Suicidal Ideation?**

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

### Assessed inmate need for:

| ☑ Medical | ☑ Dental | ☑ Mental Health |
|---|---|---|

**Any additional healthcare needed?**

☑ Yes
☐ No

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

Summary of Findings/Actions Taken:

see note

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

## SEGREGATION NOTE - Electronically Signed By: Michelle Kovalcik Mental Health Specialist on 6/10/2020 4:55:05 PM EDT

| | | | |
|---|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** | |
| **DOB:** 7/30/1994 (Age=27) | **Sex:** M | **Race:** B | |
| **Housing:** | **SSN#:** **HIDDEN** | **Type:** | |
| **Status:** NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☐ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

☐ Yes
☑ No

Summary of Findings/Actions Taken:

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

## SEGREGATION NOTE - Electronically Signed By: Michelle Kovalcik Mental Health Specialist on 6/12/2020

12:41:25 PM EDT

| Patient: | MCCRAY, CLAYTON LAMONT JR | #: | 169149 (2019-11068) | Lang: | |
|---|---|---|---|---|---|
| DOB: | 7/30/1994 (Age=27) | Sex: | M | Race: | B |
| Housing: | | SSN#: | **HIDDEN** | Type: | |
| Status: | NOT ACTIVE | Booking Date: | 9/23/2019 4:56:00 PM EDT | Release: | 10/9/2020 10:46:19 AM |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

### Appearance:

☑ Clean/Appropriate ☐ Disheveled ☐ Unclean/Poor Hygiene

### Room Condition:

☑ Clean ☐ Messy ☐ Dirty/Unclean

### Behavior:

☐ Cooperative ☑ Hostile ☐ Mute/Uncooperative

### Mood:

☐ Normal ☐ Sad ☑ Irritable

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

### Assessed inmate need for:

☑ Medical ☐ Dental ☑ Mental Health

Any additional healthcare needed?

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

☐ Yes
☑ No

Summary of Findings/Actions Taken:

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

## SEGREGATION NOTE - Electronically Signed By: Megan Lebakken, Psy.D. Mental Health Specialist on

6/14/2020 10:58:00 AM EDT

| | | | |
|---|---|---|---|
| Patient: MCCRAY, CLAYTON LAMONT JR | #: 169149 (2019-11068) | Lang: | |
| DOB: 7/30/1994 (Age=27) | Sex: M | Race: B | |
| Housing: | SSN#: **HIDDEN** | Type: | |
| Status: NOT ACTIVE | Booking Date: 9/23/2019 4:56:00 PM EDT | Release: 10/9/2020 10:46:19 AM | |

Any contraindications to placement in Segregation Housing?

☐ Yes

☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☐ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes

☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately

☐ Arrange appropriate housing for inmate

☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☐ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

☐ Yes
☑ No

Summary of Findings/Actions Taken:

The inmate did not express concerns.

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

**SEGREGATION NOTE** - Electronically Signed By: Megan Lebakken, Psy.D. Mental Health Specialist on

6/15/2020 3:07:09 PM EDT

| Patient: | MCCRAY, CLAYTON LAMONT JR | #: | 169149 (2019-11068) | Lang: | |
|---|---|---|---|---|---|
| DOB: | 7/30/1994 (Age=27) | Sex: | M | Race: | B |
| Housing: | | SSN#: | **HIDDEN** | Type: | |
| Status: | NOT ACTIVE | Booking Date: | 9/23/2019 4:56:00 PM EDT | Release: | 10/9/2020 10:46:19 AM |

Any contraindications to placement in Segregation Housing?

☐ Yes
☑ No

**Appearance:**

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☐ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☐ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

☐ Yes
☑ No

Summary of Findings/Actions Taken:

The inmate did not express concerns.

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

## SEGREGATION NOTE - Electronically Signed By: Sarah Kielek CRNP on 6/16/2020 9:48:11 AM EDT

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | MCCRAY, CLAYTON LAMONT JR | **#:** | 169149 (2019-11068) | **Lang:** | |
| **DOB:** | 7/30/1994 (Age=27) | **Sex:** | M | **Race:** | B |
| **Housing:** | | **SSN#:** | **HIDDEN** | **Type:** | |
| **Status:** | NOT ACTIVE | **Booking Date:** | 9/23/2019 4:56:00 PM EDT | **Release:** | 10/9/2020 10:46:19 AM |

Any contraindications to placement in Segregation Housing?

- [ ] Yes
- [x] No

**Appearance:**

| [x] Clean/Appropriate | [ ] Disheveled | [ ] Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| [x] Clean | [ ] Messy | [ ] Dirty/Unclean |
|---|---|---|

**Behavior:**

| [x] Cooperative | [ ] Hostile | [ ] Mute/Uncooperative |
|---|---|---|

**Mood:**

| [x] Normal | [ ] Sad | [ ] Irritable |
|---|---|---|

Suicidal Ideation?

- [ ] Yes
- [x] No

- [ ] Notify Correctional Staff and ensure inmate safety immediately
- [ ] Arrange appropriate housing for inmate
- [ ] Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| [x] Medical | [x] Dental | [x] Mental Health |
|---|---|---|

Any additional healthcare needed?

- [ ] Yes
- [x] No

Summary of Findings/Actions Taken:

not in cell during rounds.

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

**SEGREGATION NOTE** - Electronically Signed By: Megan Lebakken, Psy.D. Mental Health Specialist on

6/17/2020 2:03:23 PM EDT

| | | |
|---|---|---|
| **Patient:** MCCRAY, CLAYTON LAMONT JR | **#:** 169149 (2019-11068) | **Lang:** |
| **DOB:** 7/30/1994 (Age=27) | **Sex:** M | **Race:** B |
| **Housing:** | **SSN#:** **HIDDEN** | **Type:** |
| **Status:** NOT ACTIVE | **Booking Date:** 9/23/2019 4:56:00 PM EDT | **Release:** 10/9/2020 10:46:19 AM |

Any contraindications to placement in Segregation Housing?

☐ Yes

☑ No

**Appearance:**

| ☐ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

**Room Condition:**

| ☐ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

**Behavior:**

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

**Mood:**

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

Suicidal Ideation?

☐ Yes

☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately

☐ Arrange appropriate housing for inmate

☐ Notify Mental Health to see inmate emergently

**Assessed inmate need for:**

| ☑ Medical | ☐ Dental | ☑ Mental Health |
|---|---|---|

Any additional healthcare needed?

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

☐ Yes
☑ No

Summary of Findings/Actions Taken:

The inmate did not express concerns.

Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

# SEGREGATION NOTE - Electronically Signed By: Esther Stanton PA on 6/18/2020 9:46:18 AM EDT

| Patient: MCCRAY, CLAYTON LAMONT JR | #: 169149 (2019-11068) | Lang: |
|---|---|---|
| DOB: 7/30/1994 (Age=27) | Sex: M | Race: B |
| Housing: | SSN#: **HIDDEN** | Type: |
| Status: NOT ACTIVE | Booking Date: 9/23/2019 4:56:00 PM EDT | Release: 10/9/2020 10:46:19 AM |

**Any contraindications to placement in Segregation Housing?**

☐ Yes
☑ No

## Appearance:

| ☑ Clean/Appropriate | ☐ Disheveled | ☐ Unclean/Poor Hygiene |
|---|---|---|

## Room Condition:

| ☑ Clean | ☐ Messy | ☐ Dirty/Unclean |
|---|---|---|

## Behavior:

| ☑ Cooperative | ☐ Hostile | ☐ Mute/Uncooperative |
|---|---|---|

## Mood:

| ☑ Normal | ☐ Sad | ☐ Irritable |
|---|---|---|

**Suicidal Ideation?**

☐ Yes
☑ No

☐ Notify Correctional Staff and ensure inmate safety immediately
☐ Arrange appropriate housing for inmate
☐ Notify Mental Health to see inmate emergently

## Assessed inmate need for:

| ☑ Medical | ☑ Dental | ☑ Mental Health |
|---|---|---|

**Any additional healthcare needed?**

☐ Yes
☑ No

MCCRAY, CLAYTON LAMONT JR 169149 (2019-11068)

Summary of Findings/Actions Taken:

See note