# EXHIBIT 12



# Allegheny County Court of Common Pleas
## Court Summary

**Dehonney, Jermaine Jr.**  
Turtle Creek, PA  15145  
Aliases:  
 Jermaine Dehonney  
Jermain Dehonney  
Jermaine B. Dehonney Jr.  
Jermaine Br Dehonney  
Jermaine Br Dehonney Jr.  
Jermaine Brandon Dehonney  
Jermaine Brandon Dehonney Jr.  
Jermaine Dehonney  
Jermaine Dehonney Jr.  

DOB: 12/07/1995  

Sex: Male  
Eyes: Brown  
Hair: Black  
Race: Black  

**Closed**  
  **Allegheny**  
  **CP-02-CR-0009555-2014**   Proc Status: Completed   DC No:   OTN:G 671570-4  
    Arrest Dt: 03/07/2014   Disp Date: 01/21/2015   Disp Judge: Manning, Jeffrey A.  
    Def Atty: Obara, David Andrew - (PD)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length |
| 3 | 35 § 780-113 §§ A32 | M | Use/Poss Of Drug Paraph | Guilty Plea - Negotiated |
| | 01/21/2015 | No Further Penalty | | |
| 9 | 75 § 1543 §§ A | S | Driv While Oper Priv Susp Or Revoked | Guilty Plea - Negotiated |
| | 01/21/2015 | No Further Penalty | | |
| 14 | 35 § 780-113 §§ A16 | M | Int Poss Contr Subst By Per Not Reg | Dismissed (Lower Court) |
| 15 | 35 § 780-113 §§ A30 | F | Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Dismissed (Lower Court) |
| 16 | 75 § 3733 §§ A | F3 | Fleeing or Attempting to Elude Officer | Guilty Plea - Negotiated |
| | 01/21/2015 | Probation | Other | Min: 30 Month(s) Max: 30 Month(s) |

  **CP-02-CR-0013912-2014**   Proc Status: Completed   DC No:   OTN:G 691936-0  
    Arrest Dt: 10/04/2014   Disp Date: 01/21/2015   Disp Judge: Manning, Jeffrey A.  
    Def Atty: Will, Thomas Anthony - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length |
| 2 | 18 § 5104 | M2 | Resist Arrest/Other Law Enforce | Guilty Plea - Negotiated |
| | 01/21/2015 | Probation | 2 years | Min: 2 Year(s) Max: 2 Year(s) |

  **CP-02-CR-0001884-2016**   Proc Status: Sentenced/Penalty Imposed   DC No:   OTN:G 733763-2  
    Arrest Dt: 01/28/2016   Disp Date: 11/16/2021   Disp Judge: Bicket, Alexander P.  
    Def Atty: Nelson, Garry A. - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length |

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense.  In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense .

269



# Allegheny County Court of Common Pleas
## Court Summary

**Dehonney, Jermaine Jr. (Continued)**
  Closed (Continued)
    Allegheny (Continued)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| **Sentence Dt.** | **Sentence Type** | **Program Period** | | **Sentence Length** |
| 3 | 18 § 902 §§ A | F3 | Criminal Solicitation - Retaliation Against Witness or Victim | Guilty Plea |
| 11/16/2021 | Confinement | 11 1/2 months to 23 months | | Min: 11 Month(s) 15 Day(s) Max: 23 Month(s) |
| 11/16/2021 | Probation | 12 Months | | |
| 07/14/2025 | Confinement | Other | | Min: 537 Day(s) Max: 537 Day(s) |
| 6 | 18 § 4953 §§ A | F3 | Retaliation Against Witness or Victim | Guilty Plea |
| 11/16/2021 | Confinement | 11 1/2 months to 23 months | | Min: 11 Month(s) 15 Day(s) Max: 23 Month(s) |
| 11/16/2021 | Probation | 12 Months | | |
| 07/14/2025 | Confinement | Other | | |

**CP-02-CR-0003424-2016**  Proc Status: Sentenced/Penalty Imposed   DC No:   OTN: G 737414-6
Arrest Dt: 03/11/2016   Disp Date: 11/16/2021   Disp Judge: Bicket, Alexander P.
Def Atty: Will, Thomas Anthony - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| **Sentence Dt.** | **Sentence Type** | **Program Period** | | **Sentence Length** |
| 3 | 18 § 2702 §§ A1 | F1 | Aggravated Assault | Guilty Plea |
| 11/16/2021 | Confinement | 11 1/2 months to 23 months | | Min: 11 Month(s) 15 Day(s) Max: 23 Month(s) |
| 11/16/2021 | Probation | 12 Months | | |
| 07/14/2025 | Confinement | Other | | Min: 1,483 Day(s) Max: 1,483 Day(s) |
| 4 | 18 § 2702 §§ A1 | F1 | Aggravated Assault | Guilty Plea |
| 11/16/2021 | Confinement | 11 1/2 months to 23 months | | Min: 11 Month(s) 15 Day(s) Max: 23 Month(s) |
| 11/16/2021 | Probation | 12 Months | | |
| 07/14/2025 | No Further Penalty | | | |
| 5 | 18 § 2702 §§ A4 | F2 | Aggravated Assault | Guilty Plea |
| 11/16/2021 | Confinement | 11 1/2 months to 23 months | | Min: 11 Month(s) 15 Day(s) Max: 23 Month(s) |
| 11/16/2021 | Probation | 12 Months | | |
| 07/14/2025 | No Further Penalty | | | |
| 6 | 18 § 2702 §§ A4 | F2 | Aggravated Assault | Guilty Plea |
| 11/16/2021 | Confinement | 11 1/2 months to 23 months | | Min: 11 Month(s) 15 Day(s) Max: 23 Month(s) |
| 11/16/2021 | Probation | 12 Months | | |
| 07/14/2025 | No Further Penalty | | | |
| 18 | 75 § 3733 §§ A | F3 | Fleeing or Attempting to Elude Officer | Guilty Plea |
| 11/16/2021 | Confinement | 11 1/2 months to 23 months | | Min: 11 Month(s) 15 Day(s) Max: 23 Month(s) |
| 11/16/2021 | Probation | 12 Months | | |
| 07/14/2025 | No Further Penalty | | | |
| 19 | 75 § 3743 §§ A | M3 | Accident Involv Damage Attended Vehicle/Prop | Guilty Plea |

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.

270



# Allegheny County Court of Common Pleas
## Court Summary

**Dehonney, Jermaine Jr.** (Continued)
  Closed (Continued)
    Allegheny (Continued)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length |
| | 11/16/2021 | Confinement | 11 1/2 months to 23 months | Min: 11 Month(s) 15 Day(s) Max: 23 Month(s) |
| | 11/16/2021 | Probation | 12 Months | |
| | 07/14/2025 | No Further Penalty | | |
| 20 | 18 § 3925 §§ A | F2 | Receiving Stolen Property | Guilty Plea |
| | 11/16/2021 | Confinement | 11 1/2 months to 23 months | Min: 11 Month(s) 15 Day(s) Max: 23 Month(s) |
| | 11/16/2021 | Probation | 12 Months | |
| | 07/14/2025 | No Further Penalty | | |
| 21 | 35 § 780-113 §§ A30 | F | Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Guilty Plea |
| | 11/16/2021 | No Further Penalty | | |
| | 07/14/2025 | No Further Penalty | | |
| 23 | 18 § 6105 §§ A1 | M1 | Possession Of Firearm Prohibited | Guilty Plea |
| | 11/16/2021 | Confinement | 11 1/2 months to 23 months | Min: 11 Month(s) 15 Day(s) Max: 23 Month(s) |
| | 11/16/2021 | Probation | 12 Months | |
| | 07/14/2025 | No Further Penalty | | |
| 24 | 18 § 6105 §§ A1 | M1 | Possession Of Firearm Prohibited | Guilty Plea |
| | 11/16/2021 | Confinement | 11 1/2 months to 23 months | Min: 11 Month(s) 15 Day(s) Max: 23 Month(s) |
| | 11/16/2021 | Probation | 12 Months | |
| | 07/14/2025 | No Further Penalty | | |

**CP-02-CR-0005697-2021**    Proc Status: Sentenced/Penalty Imposed    DC No:    OTN: G 855567-6
Arrest Dt: 12/12/2019    Disp Date: 07/18/2022    Disp Judge: Borkowski, Edward J.
Def Atty: Guckert, Joshua - (PD)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length |
| 1 | 18 § 5123 §§ A.2 | F2 | Possess Control Subs, Contraband/Inmate | Guilty Plea |
| | 07/18/2022 | Confinement | 11 1/2 months to 23 months | Min: 11 Month(s) 15 Day(s) Max: 23 Month(s) |
| 4 | 18 § 903 | F2 | Conspiracy - Contraband/Controlled Substance | Guilty Plea |
| | 07/18/2022 | Confinement | 11 1/2 months to 23 months | Min: 11 Month(s) 15 Day(s) Max: 23 Month(s) |

**CP-02-CR-0007672-2022**    Proc Status: Awaiting Post Sentence Motion    DC No:    OTN: G 917610-1
Arrest Dt: 09/25/2022    Disp Date: 12/04/2023    Disp Judge: Bicket, Alexander P.
Def Atty: McDermott, Brian Patrick - (PR)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length |
| 1 | 18 § 3304 §§ A5 | F3 | Criminal Mischief - Damage Property | Guilty Plea |

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.

271



**Allegheny County Court of Common Pleas**
**Court Summary**

Dehonney, Jermaine Jr. (Continued)
  Closed (Continued)
    Allegheny (Continued)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. / Sentence Type | Program Period | | Sentence Length |
| | 03/11/2024 Confinement | 2 1/2 to 5 years | | Min: 2 Year(s) 6 Month(s) Max: 5 Year(s) |
| 2 | 18 § 907 §§ A | M1 | Poss Instrument Of Crime W/Int | Guilty Plea |
| | 03/11/2024 Confinement | 2 1/2 to 5 years | | Min: 2 Year(s) 6 Month(s) Max: 5 Year(s) |
| 3 | 75 § 3742 §§ A | M1 | Accidents Involving Death Or Personal Injury | Guilty Plea |
| | 03/11/2024 Confinement | 6 months to 12 months | | Min: 6 Month(s) Max: 12 Month(s) |
| 4 | 18 § 2701 §§ A3 | M2 | Simple Assault | Guilty Plea |
| | 03/11/2024 Confinement | 6 months to 12 months | | Min: 6 Month(s) Max: 12 Month(s) |
| 5 | 18 § 2705 | M2 | Recklessly Endangering Another Person | Guilty Plea |
| | 03/11/2024 Confinement | 6 months to 12 months | | Min: 6 Month(s) Max: 12 Month(s) |
| 6 | 18 § 2701 §§ A3 | M1 | Simple Assault | Guilty Plea |
| | 03/11/2024 Confinement | 6 months to 12 months | | Min: 6 Month(s) Max: 12 Month(s) |
| 7 | 18 § 2705 | M2 | Recklessly Endangering Another Person | Guilty Plea |
| | 03/11/2024 Confinement | 6 months to 12 months | | Min: 6 Month(s) Max: 12 Month(s) |
| 8 | 18 § 2701 §§ A3 | M2 | Simple Assault | Guilty Plea |
| | 03/11/2024 Confinement | 6 months to 12 months | | Min: 6 Month(s) Max: 12 Month(s) |
| 9 | 18 § 2705 | M2 | Recklessly Endangering Another Person | Guilty Plea |
| | 03/11/2024 Confinement | 6 months to 12 months | | Min: 6 Month(s) Max: 12 Month(s) |
| 10 | 75 § 3743 §§ A | M3 | Accident Involv Damage Attended Vehicle/Prop | Guilty Plea |
| | 03/11/2024 Confinement | 6 months to 12 months | | Min: 6 Month(s) Max: 12 Month(s) |
| 11 | 75 § 1543 §§ A | S | Driv While Oper Priv Susp Or Revoked | Guilty Plea |
| 12 | 75 § 3736 §§ A | S | Reckless Driving | Guilty Plea |
| 13 | 75 § 4107 §§ B2 | S | Oper/Perm Op W/Unsafe Eqmt/ | Guilty Plea |
| | 03/11/2024 No Further Penalty | | | |
| 997 | 18 § 4304 §§ A1 | F3 | Endangering Welfare of Children - Parent/Guardian/Other Commits Offense | Dismissed (Lower Court) |

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.

272