# EXHIBIT 14

# ALLEGHENY COUNTY BUREAU OF CORRECTIONS INCIDENT PACKAGE CHECKLIST

| Sergeant Name: | | Captain Name: | Cpt. Wiseman | Incident Date: | 06/29/2020 | Location(s): | 3B |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| Inmate/New Arrest Name: | Clayton McCray | 169149 |
| Inmate/New Arrest Name: | | |
| Inmate/New Arrest Name: | | |
| Inmate/New Arrest Name: | | |
| Inmate/New Arrest Name: | | |
| Inmate/New Arrest Name: | | |
| Inmate/New Arrest Name: | | |
| Inmate/New Arrest Name: | | |
| Inmate/New Arrest Name: | | |

## TYPE OF INCIDENT

| | | | | | SHIFT | |
|---|---|---|---|---|---|---|
| Inmate fight Code 2 | | Suicide gown | x | Contraband – substance | | Caustic materials | 7x3 | |
| Inmate injury | | Refusal to lock-in | | Attempted escape | | Culinary equipment | 3x11 | x |
| Inmate work injury | | PREA incident | | Escape | | Employee injury | 11x7 | |
| Inmate assault | | Medical emergency | | Bad release | | Officer assaulted | Time of incident |
| Inmate death | | Contraband: Tattoo | | Property damage | | Other: Hospital run | 2000hrs |
| Inmate suicide | | Contraband – weapon | | Keys | | | |
| Inmate suicide attempt | | Contraband – medication | | Tools | | | |
| Body scanner | | Inmate assault w/ weapon | | Staff Assault: Bodily Fluid | | | |
| Inmate Theft | | Inmate: self-harm | | Suicide Attempt | | | |

## CONTENTS OF PACKAGE

| | SERGEANT'S INITIALS | | CAPTAIN'S INITIALS |
|---|---|---|---|
| Signed Officer's Report | | | KW |
| Misconduct Report | | | |
| Medical Report | | | |
| Labeled Video Disc | | | |
| Label Front of Photos | | | KW |
| E-mail Sent | | | KW |
| Internal Affairs Informed | | | KW |
| Chaplain Informed | | | KW |
| Duty Officer Informed | | KW | |
| Sergeant's/Captain's Review | | KW | KW |

AC_CM_002273




COUNTY OF ALLEGHENY

RICH FITZGERALD
COUNTY EXECUTIVE

Who was involved:
Clayton McCray # 169149

When did the incident occur:
06/29/2020 2000hrs.

Location of Incident:
3B

Description of Events:

On above stated date and time I (Captain Wiseman) was notified by Officer Englert that inmate Clayton McCray # 169149 stated he wanted to kill himself to Officer Englert. Officer Englert stated he had called mental health personnel on the pod and they determined that he needed to go on suicide status. I along with Officer Gilliland then handcuffed and escorted inmate McCray to 5C where he was strip searched and placed into cell # 2 with no incident.

Report generated on: 06/29/2020

Reporting staff member: Cpt. Wiseman

Reporting staff member signature: ______________________

# COUNTY OF ALLEGHENY

**RICH FITZGERALD**
COUNTY EXECUTIVE

**Who is involved?** Inmate Clayton McCray, #169149

**When did the incident occur:   Date?   29JUN20    Time?  17:55**

**Where did it happen?** 3 Bravo, 128 cell.
**What Happened?** On the above date, and approximate time, this Officer called inmate McCray for medication. He stated he can't 'move his legs or feet, he's too sore to walk'. I took that as a medication refusal. During my guard tour inmate McCray stated he was having a medical emergency, but he clearly was not, as he was lying on the bunk facing me and talking. I advised him I'd call medical. I called Capt. Wiseman and advised him of the situation.

Capt. Wiseman stated he'd get medical on the unit. It should be noted that inmate McCray was in a pleasant mood when I conducted my count at 15:13, making it a point to talk to this reporting Officer about receiving cold water last night due to the heat. He was at the door, sitting in his chair.

During my lunch break, Sgt. Costello and Ofc. Dally arrived on the unit to investigate inmate McCray's issues. The medication nurse was still on the unit at that time. I stayed in the hall for a portion of my lunch. Sgt. Costello came out to the hall after checking on McCray, and stated he was complaining about his medication that they will not renew. He also noted the unpleasant odor and unkempt condition of McCray's quarters.

Towards the end of my last rec of the day, at approximately 19:25, inmate McCray hit his call button and stated he didn't get his medication. I stated I was unaware of that, as staff came to see him while medical was still on the unit. I also advised him that he refused earlier when I conducted med pass. He asked me to call the medication nurse back and I advised him I would not do so because he refused his medication earlier when I conducted medication pass. I also advised him he could have received his medication when staff was on the unit. Inmate McCray wanted to continue to argue his point that I need to call for his medication. He couldn't move off his bunk less than and hour and a half earlier, and now he can stand at his door screaming and yelling about his medication.

At 19:18, Robin, Mental Health, came on the unit to speak with two inmates. When he completed speaking to his first patient, inmate McCray was screaming out of his cell that he wanted to speak with Mental Health. Mental Health declined to speak with him since he had a long patient list to complete. Inmate McCray was advised that mental health would not speak with him. McCray then accused this



ORLANDO L. HARPER, WARDEN
**ALLEGHENY COUNTY JAIL**
950 SECOND AVENUE • PITTSBURGH, PA 15219
PHONE (412) 350-2000 • (412) 350-2032
WWW.ALLEGHENYCOUNTY.US

Officer of denying him mental health and shouted that he was going to 'kill himself'. I verified his statement over his call box, and he repeated it a second time.

I ordered the unit in and called for the escort to come onto the unit so I could keep my eyes on inmate McCray. He is housed alone in a handicapped cell. Ofc. Gililand arrived on the unit and began opening doors for the inmates while I stayed and observed inmate McCray. Capt. Wiseman was notified and arranged to move inmate McCray to 5C. I was ordered to stay at inmate McCray's door until staff arrived to move him.

As I sat watch at McCray's door, he stated 'You forced me to do this'. Robin (mental health nurse) was told to speak with inmate McCray, per Capt. Wiseman. He spoke with inmate McCray and explained that he had a long patient list and cannot possibly speak with every inmate on the housing unit, as it impeded his ability to see 'patients in crisis'. Inmate McCray then repeated his threat of self-harm to the nurse. Inmate McCray was ordered to pack his belongings several times and refused. He continued to argue that I denied his medication, even though he was given opportunities to receive it. He continued to argue how he couldn't move, yet he was mobile at the beginning of my shift, and currently right in front of me. I reminded him that I saw him standing on the toilet the day before, even though he has a leg wound and is wheelchair bound. He was ordered again to pack his belongings.

Capt. Wiseman arrived on the unit and transported inmate McCrae to unit 5 Charlie with Ofc. Gililand, at 19:51. Nothing further to report.

**Witnesses: Ofc. Gililand**

**Reporting Staff: Ofc. Brian Englert**     Date:    **29JUN20**    Time:   **21:19**

*[signature: Brian Englert]*




# COUNTY OF ALLEGHENY

**RICH FITZGERALD**
COUNTY EXECUTIVE

**Who was involved?** Inmate Clayton Mccray

**When did, the incident occur?**   6-29-20          **Date: Time**  6-29-20 20:00

**Where did it happen?** 3-B

**What Happened?**  On the above date and time I CO Gilliland escorted inmate Mccray 169149 to 5-c , no further incident

**Witnesses:** co Englert .Captain,Wiseman.

**Reporting Staff:  C.O Gilliland**          **Date: Time:** 6-29-20 20:00



ORLANDO L. HARPER, WARDEN
**ALLEGHENY COUNTY JAIL**
950 SECOND AVENUE • PITTSBURGH, PA 15219
PHONE (412) 350-2000 • (412) 350-2032
WWW.ALLEGHENYCOUNTY.US

AC_CM_002767

 

# COUNTY OF ALLEGHENY

**RICH FITZGERALD**
COUNTY EXECUTIVE

**WHO IS INVOLVED?** Clayton McCray #169149

**WHEN DID THE INCIDENT OCCUR? DATE** 6-29-20 **TIME:** 2000

**WHERE DID THE INCIDENT HAPPEN?** Pod 5C

**WHAT HAPPENED?** On the above date and time, the above-named inmate arrived on the pod to be placed on suicide status. Inmate McCray #169149 was strip searched, given a suicide gown and secured in cell 2 with no further incident.

**WITNESSES:** Camera's

**REPORTING OFFICER:** Officer J. Kelly    **DATE AND TIME:** 6-29-20/2022



ORLANDO L. HARPER, WARDEN
**ALLEGHENY COUNTY JAIL**
950 SECOND AVENUE • PITTSBURGH, PA 15219
PHONE (412) 350-2000 • (412) 350-2032
WWW.ALLEGHENYCOUNTY.US

AC_CM_002708



**3B- Suicide Gown**

**Clayton McCray  # 169149**

**06.29.20   2000hrs.**

AC_CM_002709